# Department of Public Safety & Corrections
## State of Louisiana
Louisiana State Penitentiary



**JOHN BEL EDWARDS**
Governor

**JAMES M. LE BLANC**
Secretary

STATE OF LOUISIANA

WEST FELICIANA PARISH

ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the

originals that are maintained at Louisiana State Penitentiary.

Certified Copy of Investigative Services Report Case NO. AIS-19-B-0137

Delshadee Scott #153568

Ex–Officio Notary

Department of Public Safety & Corrections/LSP

Date: 6-30-2020

Glynn Hawkins 606437 CASE

# Department of Public Safety & Corrections
## State of Louisiana
Louisiana State Penitentiary

JOHN BEL EDWARDS
GOVERNOR



JAMES M. LE BLANC
SECRETARY

## INVESTIGATIVE SERVICES

### Case #AIS-19-B-0167

**SUBJECT:** Contraband and Confrontation With Security

**OFFENSE/ALLEGATION:** Offender Rule Violations 1: Contraband; Offender Rule Violation 3: Defiance; Offender Rule Violation 5: Disobedience, Aggravated

**DATE OF INCIDENT:** 02/01/2019

**DATE OF REPORT:** 03/01/2019

**LOCATION: Main Prison West Yard / Pine 3/ Oak & Pine Walk & Yard/ CBD**

**PERSONS INVOLVED:**
Offender Glynn Hawkins #606437
Major Christopher James
Captain Wyvonna Kettley
Sergeant Shakinah King
MSgt Stacy Turner
Lt Dashonda Womack
Captain Chad Hardy
Lt Col Luke Rheams
Lt Col Williams Rosso
Ms Sharon Lachney, RN
Dr Daniel Crook, MD

**EVIDENCE DESCRIPTION:**
1-DVD-R Video MP Cellblock Walk in front of CBE & CBD Lobby-L/L Shower
Photo Log
Unusual Occurrence Report written by Major Christopher James dated 02/01/2019
Unusual Occurrence Report written by Captain Wyvonna Kettley
Unusual Occurrence Report written by Sgt Shakinah King
Unusual Occurrence Report written by MSgt Stacy Turner
Unusual Occurrence Report written by Lt Dashonda Womack
Unusual Occurrence Report written by Captain Chad Hardy
Lab Sheet dated 02/01/2019 AIS-19-B-0164 written by Colonel Vaughn
Unusual Occurrence Report written by Colonel Luke Rheams
Written Statement by Lt Col William Rosso
LDPS & C LSP Disciplinary Report written by Colonel Luke Rheams dated 02/01/2019 for Offender Glynn Hawkins
LDPS & C LSP Disciplinary Report written by Captain Chad Hardy dated 02/01/2019 for Offender Glynn Hawkins
LDPS & C LSP Disciplinary Report written by Major Christopher James dated 02/01/2019 Offender Glynn Hawkins
LSP REBJrTC Accident / Injury Report Glynn Hawkins #606437 dated 02/01/2019

**WITNESSES:**
Major Christopher James
Captain Wyvonna Kettley
Sergeant Shakinah King
MSgt Stacy Turner
Lt Dashonda Womack
Captain Chad Hardy
Lt Col Luke Rheams
Lt Col Williams Rosso

Page 2 of 4
AIS-19-B-0167

**INTERVIEWS CONDUCTED:**

**EXHIBITS, DOCUMENTS/UORS/STATEMENTS COLLECTED:**
1-DVD-R Video MP Cellblock Walk in front of CBE & CBD Lobby-L/L Shower
Photo Log
Unusual Occurrence Report written by Major Christopher James dated 02/01/2019
Unusual Occurrence Report written by Captain Wyvonna Kettley
Unusual Occurrence Report written by Sgt Shakinah King
Unusual Occurrence Report written by MSgt Stacy Turner
Unusual Occurrence Report written by Lt Dashonda Womack
Unusual Occurrence Report written by Captain Chad Hardy
Lab Sheet dated 02/01/2019 AIS-19-B-0164 written by Colonel Vaughn
Unusual Occurrence Report written by Colonel Luke Rheams
Written Statement by Lt Col William Rosso
LDPS & C LSP Disciplinary Report written by Colonel Luke Rheams dated 02/01/2019 for Offender Glynn Hawkins
LDPS & C LSP Disciplinary Report written by Captain Chad Hardy dated 02/01/2019 for Offender Glynn Hawkins
LDPS & C LSP Disciplinary Report written by Major Christopher James dated 02/01/2019 Offender Glynn Hawkins
LSP REBJrTC Accident / Injury Report Glynn Hawkins #606437 dated 02/01/2019

**SUMMARY OF INVESTIGATION:**

On February 1, 2019 at approximately 3:05 P.M., Investigative Services was requested to Main Prison West Yard Pine 3 relative to a Confrontation with Security and Contraband, by Lt Col Williams Rosso. Upon arrival at MPWY Pine 3 area Colonel Vaughn was informed that when Offender Glynn Hawkins #606437 came through Walnut / Hickory Gate Offender Hawkins had a strong odor of Marijuana. At Oak & Pine Gate/ Booth Major Christopher James told Offender Glynn Hawkins to come to him, Offender Hawkins cooperated and came toward the booth within a few steps and attempted to run when Major James grabbed Offender Hawkins and a Confrontation Ensued. Offender Hawkins came out of his Jacket & shirt by pulling it over his head, resisting Major James attempt to restrain him by holding onto the clothing. Major James attempt to call for assistance and Offender Hawkins resistance caused Major James to drop his radio and fell to his knees and continued to try and hold onto Offender Hawkins. Offender Glynn Hawkins was able to get out of the hold Major James had and started running through Oak yard and gate to the Oak 4 yard area where he was caught by Lt D Womack

Colonel M Vaughn received the following Unusual Occurrence Report from Major Christopher James which reads verbatim as follow: *"On the above date and time while I, Major Christopher James was observing offender traffic on the Oak and Pine walk. During this time I smelled a loud odor of raw marijuana coming from the person of Offender Glynn Hawkins #606437. I gave Offender Hawkins a direct verbal order to come here so he could be searched. At that time Offender Hawkins attempted to run back towards Oak Na Pine Unit. I immediately grabbed Offender Hawkins in a attempt to get him to stop running. After grabbing Offender Hawkins he began to wrestle and fight. I took him to the ground and called for assistance. Captain Wyvonna Kettley and Sgt Shakinah King assisted. He got back up and tore off his shirt as I was trying to grab him again. At this time I grabbed Offender Hawkins by his legs to take him down again. Offender Hawkins started kicking me and I lost hold of him. Offender Hawkins ran down Oak and Pine walk, onto Oak Yard and behind Oak 4 Dormitory. After a search of the Oak and Pine Yard in the area Offender Hawkins ran, a bundle of marijuana was bound under Oak 3 dormitory. I, Major Christopher James was later seen by medical and cleared to return to work. Colonel Caselot and Warden Trent Barton was notified of this incident. Signed Major C James"*

Colonel M Vaughn received the following Unusual Occurrence Report from Captain Wyvonna Kettley which reads verbatim as follow: *"On the above date and time I, Captain Wyvonna Kettly, observed a altercation on Oak and Pine Walk involving Major Christopher James and Offender Glynn Hawkins #606437. I immediately assisted Major James along with Sgt Shakinah King in an attempt to stop Offender Hawkins from running. Major James took him to the ground. He got back up and tore off his shirt. Offender Hawkins started kicking while trying to get away from Major James and ran down Oak and Pine Walk, onto Oak Yard and behind Oak 4 Dormitory. Offender Hawkins later came from behind Oak 4 dorm and was handcuffed by Lt Dashonda Womack. He was then escorted to Administration Segregation. I, Camptain Kettley, was later seen by medical and cleared to return to work. Colonel Cazelot and Warden Trent Barton was notified of this incident. Signed Capt Wyvonna Kettley"*

Colonel M Vaughn received the following Unusual Occurrence Report from Sgt Shakinah King which reads verbatim as follow: *"On the above date and time, I, Sgt Shakinah King observed Major Chris James in altercation with Offender Glynn Hawkins #606437 on the walk by the West gate. At that time, I Sgt S King proceeded to go assist, when I observed Offender Hawkins get up and run towards Oak and Pine yard. Offender Hawkins then exited my view. I, Sgt S King via radio for West Yard supervisors to come assist. This is for your further information: Signed Shakinah King"*

Page 3 of 4
AIS-19-B-0167

Colonel M Vaughn received the following Unusual Occurrence Report from MSgt Stacy Turner which reads verbatim as follow: *"On the above date and time, while doing inventory in the Oak and Pine canteen, I MSgt Stacy Turner heard a loud commotion on the Oak/Pine walk. Upon coming outside of the canteen door, I, observed Offender Glynn Hawkins #606437 running on the Oak 4 ledge. Offender Hawkins jumped off the ledge and threw an object under Oak 4 dormitory. Offender Hawkins turned saw me and retrieved the object from under Oak 4 dorm. Hawkins then ran around to Oak 3 dorm and then proceeded to throw the object under Oak 3 dorm. At that time, I notified Warden Barton. Shortly afterwards I went to the location where I saw offender Hawkins throw the object along with Warden Barton and the object was recovered. This is for your information. Signed MSgt Stacy Turner"*

Colonel M Vaughn received the following Unusual Occurrence Report from Lt Dashonda Womack which reads verbatim as follow: *"On the above date and time, I, Lieutenant Dashonda Womack was at Main Prison West Yard Tower 19 checkout gate, when I heard a altercation over the radio involving an officer on Oak and Pine. At that time I, Lt D Womack heard via radio that an offender was running on Pine yard, when I headed to assist, I observed Offender Glynn Hawkins #606437 running on the yard behind Pine 3. At that time I ran from Tower 19 gate onto Oak and Pine Yard, giving Offender Hawkins several verbal direct orders to stop running. Offender Hawkins complied. I, Lt D Womack placed Offender Glynn Hawkins in restraints. Warden Boeker escorted Offender Hawkins to Administrative Segregation. Offender Hawkins was seen by medical. Signed Lt Dashonda Womack"*

Colonel M Vaughn received the following Unusual Occurrence Report from Captain Chad Hardy which reads verbatim as follow: *"On the above date and approximate time, Offender Glynn Hawkins, #606437, was involved in a physical confrontation with Major Christopher James. This offender broke away from Major James and was seen to run towards the Oak and Pine Dorms. Offender Hawkins was later seen running through the yard between Oak 3 and Pine 4. While conducting a search fo the area through which offenders Hawkins passed, I was informed by Master Sergeant Stacy Turner that she observed Offender Hawkins throw something under the Oak 3 dormitory ledge. I then found a plastic bag containing a green leafy substance underneath the Oak 3 dormitory. I took possession of the contraband, filled out the proper Chain of Custody documentation and turned the contraband over to Investigative Services Colonel Michael Vaughn, Warden Barton was notified of this incident. This for Your information and further handling. Signed Capt Chad Hardy"*

Colonel Vaughn provided a Lab Sheet reflecting that a bundle of a green leafy substance weighing 28.0 grams is what was found and it tested positive for THC/Marijuana by using NarcoPouch 908 test.

Colonel M Vaughn received the following Unusual Occurrence Report from Colonel L Rheams which reads verbatim as follow:*"On the above date at approx.. 2:45 PM while I was fueling up Unit IC19 at AS&R I heard a call for assistance on Oak and Pine Yard. I immediately exited the AS&R gates and proceeded to the Tower 9 gate and pulled down to the walk gate by the West Yard Tool Shed. Due to the gate officer no being there to unlock the gatel, along with several other officers, used a Gerber Tool to cut the bottom of the gate to allow access onto the West Yard Walk. Once on the walk I began running towards Oak and Pine Units. As I reached Pine Unit I met Capatin Voohries, who was escorting Offender Hawkins. Offender Hawkins was being loud and boisterous and refusing orders to stop the disturbance. I then began assisting Captain Voorhies with escorting the offender. I was on the offenders left side with Captain Voorhies on the offenders right side. Repeated orders were given to the offender to stop causing a disturbance while being escorted. The offender made repeated statements of "You pussy bitch" and shouting to the offenders on the walk. Once through the MPO the offender ceases his boistorious behavior. We proceeded to CBD and placed the offender in CBD Lower Left Shower. The shower door was closed and I gave the offender an order to remove his clothes to be stripped searched. The offender stated "I can't" At that time I ordered the shower door open and Lt Colonel Rosso and I entered the CBD Lower Left Shower. I then ordered Offender Hawkins to remove his clothing. Offender Hawkins stated his arm was hurting so at that time I assisted him with removing his pants. Once all of the offenders clothing was removed and the shakedown was complete the offender was given a jumpsuit and ordered to put the jumpsuit on. Once the Jumpsuit was on I began restraining the offender. I placed handcuffs on the wrist of Offender Hawkins. I ordered Offender Hawkins to turn around and face the wall while I secured the belt around the offender waist. While the offender was facing the wall with his back to me I ordered the offender to raise his right leg back to allow me to place the shackle around his ankle. Offender Hawkins raised his right leg back as ordered and I began to place the shackle around his right ankle. As the shackle pressed against the ankle of Offender Hawkins the offenders foot jerked from my grasp and seemed as though the offender was attempting to turn around. At that time I reached and grabbed the offenders right foot and gave the offender an order to stop resisting. As I cought the offenders right foot and prevented the offender from turning around the offender fell to the ground. I then gave the offender another direct verbal order to stop resisting. The offender then complied with my order. I then completed placing the shackles on the offender and assisted the offender up. At that time I noticed a small laceration above the offenders left eye. I then assisted with escorting Offender Hawkins to the REBJrTC ATU. Offender Hawkins was seen by medical. I notified Colonel Vaughn with Investigative Services and he later arrived to speak with Offender Hawkins. This is for your information and further handling." Signed Colonel Luke Rheams"*

Page 4 of 4
AIS-19-B-0167

Colonel Vaughn then received a written statement from Lt Colonel Williams Rosso which reads verbatim as follow: *"On Feb1, 2019 I, Lt Col William Rosso responded to MP West Yard to assist other staff that was in need of help. While running to Oak and Pine unit I observed Col L Rheams and Captain David Voohries escorting a combative offender off the unit, the offender was hollering and shouting. I walked in front of these officer and combative offender all the way to CBD unit. When on the unit we proceeded to CBD Lower Left shower, he was given orders to strip, he refused and stated that he couldn't, Col L Rheams ordered the shower open; I entered a long with CoL L Rheames. Once Inside the shower Colonel L Rheams assisted the offender with coming out of his clothing so he could be properly shook down. After the shakedown was done Col L Rheams was applying the leg irons to his right leg when it seemed as if he was snatching away from his hand. I ten observed Col L Rheams grab his leg in a effort to secure it, if the offender must have lost his balance he fell to the ground. He stopped moving his legs and complied with all orders given, was then fully restrained. Once he stood up I noticed a small laceration on his left eye. He was escorted to medical, where he received medical attention. Investigations was also notified. End of statement. The offenders name was later found to be Glynn Hawkins #606437. Signed Lt Col William Rosso"*

Colonel Vaughn went to Robert E Barrow Jr Treatment Center and contacted Offender Glynn Hawkins #606437 and took numerous photographs of him of his injuries. Offender Hawkins had a laceration over his left eye that was attended to by Dr Daniel Crook. Offender Hawkins also complained of a arm and wrist injury which was x-rayed and found to have no fractures or dislocations, by Dry JA Demouy

Colonel Vaughn had taken several photographs of the area where the contraband was thrown and of the Contraband itself.

Offender Glynn Hawkins #606437 was written up for Offender Rule Violation 1, by Captain Chad Hardy: Offender Hawkins was written up for Offender Rule Violation 3 & 5: Defiance & Disobedience, Aggravated, by Colonel Luke Rheams: and Offender Hawkins was written up for Offender Rule Violation 1, 3, & 5: Contraband, Defiance & Disobedience, Aggravated by Major Christopher James. Offender Glynn Hawkins #606437 was placed in Administrative Segregation.

Respectfully,

Michael G. Vaughn, Colonel
Investigative Services


c:    Warden D Vannoy
      Deputy Warden J Lamartiniere
      Deputy Warden S Lamartiniere
      Assistant Warden Tim Delaney
      Assistant Warden Trent Barton
      Assistant Warden Antonio Whitaker
      Assistant Warden Darian Thompson

**Form C-05-001-W-1**
**28 September 2018**

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Category A, B, C Incidents)

**INSTITUTION: LSP**

| NAME<br>Glynn Hawkins | NUMBER<br>606437 | DORM OR CELLBLOCK<br>Pine 3 | DATE OF INCIDENT<br>2-1-2019 | TIME OF INCIDENT<br>Approx 2:50 PM |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>Oak and Pine Walk | | WITNESSES<br>Capt. Wyvonna Kettley/Sgt. Shakinah King | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death other than from natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening injury
  - ☐ Offender on staff
  - ☐ Offender on offender
  - ☐ Staff on offender
- ☐ Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- ☐ Other
  - ☐ Significant property damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - ☐ Large scale evacuation of all or significant part of the facility
  - ☐ Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault resulting in significant injury
  - ☐ Offender on staff
  - ☐ Offender on offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide attempts
- ☐ Hunger strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrests
  - ☐ Not job-related employee arrests
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of Rule No. 21, Sex Offenses
  - ☐ 21.A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21.B Abusive sexual act (offender-on-offender)
  - ☐ 21.C Sexual misconduct (offender-on-offender)
  - ☐ 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21.E Obscenity
  - ☐ 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21.G Overt display of affection
  - ☐ 21.H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☒ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of substance (offender-on-offender)
  - ☐ Throwing of substance (offender-on-staff)
  - ☐ Other assault (offender-on-offender)
  - ☒ Other assault (offender-on-staff)
  - ☐ Weapon offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger strike (both individual and organized)
- ☐ Use of Force
  - ☒ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser®
  - ☐ Chemical agents

**Form C-05-001-W-1**
**24 July 2018**
**Page Two**

| DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED) |
|---|
| On the above date and time while I Major Christopher James was observing offender traffic on the Oak and Pine walk. During this time I smelled a loud odor of raw marijuana coming from the person of offender Glynn Hawkins #606437. I gave offender Hawkins a direct verbal order to come here so he could be searched. At that time offender Hawkins attempted to run back towards Oak and Pine Unit. I immediately grabbed offender Hawkins in a attempt to get him to stop running. After grabbing offender Hawkins he began to wrestle and fight. I took him to the ground and called for assistance. Captain Wyvonna Kettley and Sgt. Shakinah King assisted. He got back up and tore off his shirt as I was trying to grab him again. At this time I grabbed offender Hawkins by his legs to take him down again. Offender Hawkins started kicking me and I lost hold of him. Offender Hawkins ran down Oak and Pine Walk, onto Oak Yard and behind Oak 4 Dormitory. After a search of the yard Offender Hawkins was found and escorted to Admin Seg. After a search of the Oak and Pine Yard in the area offender Hawkins ran, a bundle of marijuana was found under Oak 3 dormitory. I Major Christopher James was later seen by medical and cleared to return to work. Colonel Cazelot and Warden Trent Barton was notified of this incident. |

_2-1-19_                    _6:00 pm_

REPORTING OFFICER          DATE COMPLETED          TIME COMPLETED

Form C-05-001-W-1
28 September 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Category A, B, C Incidents)

**INSTITUTION: LSP**

| NAME<br>Glynn Hawkings | NUMBER<br>606437 | DORM OR CELLBLOCK<br>Pine 3 | DATE OF INCIDENT<br>2-1-2019 | TIME OF INCIDENT<br>Approx 2:50 PM |
|---|---|---|---|---|
| **LOCATION OF INCIDENT**<br>Oak and Pine Walk | | **WITNESSES**<br>Major Christopher James/Sgt. Shakinah King | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death other than from natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening injury
  - ☐ Offender on staff
  - ☐ Offender on offender
  - ☐ Staff on offender
- ☐ Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- ☐ Other
  - ☐ Significant property damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - ☐ Large scale evacuation of all or significant part of the facility
  - ☐ Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault resulting in significant injury
  - ☐ Offender on staff
  - ☐ Offender on offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide attempts
- ☐ Hunger strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrests
  - ☐ Not job-related employee arrests
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of Rule No. 21, Sex Offenses
  - ☐ 21.A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21.B Abusive sexual act (offender-on-offender)
  - ☐ 21.C Sexual misconduct (offender-on-offender)
  - ☐ 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21.E Obscenity
  - ☐ 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21.G Overt display of affection
  - ☐ 21.H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☒ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of substance (offender-on-offender)
  - ☐ Throwing of substance (offender-on-staff)
  - ☐ Other assault (offender-on-offender)
  - ☒ Other assault (offender-on-staff)
  - ☐ Weapon offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger strike (both individual and organized)
- ☐ Use of Force
  - ☒ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser®
  - ☐ Chemical agents

Form C-05-001-W-1
24 July 2018
Page Two

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and time I, Captain Wyvonna Kettley, observed a altercation on Oak and Pine Walk involving Major Christopher James and Offender Glynn Hawkins #606437. I immediately assisted Major James along with Sgt. Shakinah King in an attempt to stop offender Hawkins from running. Major James took him to the ground. He got back up and tore off his shirt. Offender Hawkins started kicking while trying to get away from Major James and ran down Oak and Pine Walk, onto Oak Yard and behind Oak 4 Dormitory. Offender Hawkins later came from behind Oak 4 dorm and was handcuffed by Lt. Dashonda Womack. He was then escorted to Administration Segration. I, Captain Kettley, was later seen by medical and cleared to return to work. Colonel Cazelot and Warden Trent Barton was notified of this incident.

REPORTING OFFICER          DATE COMPLETED          TIME COMPLETED

2-1-19          4:45 pm

Form C-05-001-W-2-3C
26 June 2017

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Miscellaneous)
### INSTITUTION: LSP

| NAME<br>Glynn Hawkins | NUMBER<br>606437 | DORM OR CELLBLOCK<br>Pine 3 | DATE OF INCIDENT<br>2-1-2019 | TIME OF INCIDENT<br>Approx. 2:45 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>West gate | | WITNESSESS<br>Major James & Captain Kettley | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

☐ Accidents
    ☐ Employee Accident
    ☐ Offender Accident
    ☐ Vehicle Accident
☐ Contraband
    ☐ Inside Facility
    ☐ Outside Facility
☐ Drug Screen
☐ Maintenance

☐ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
    ☐ Routine
        ☐ Staff   ☐ Visitor   ☐ Offender
    ☐ Target
        ☐ Staff   ☐ Visitor   ☐ Offender
☐ Use of Tact Team and Chase Team as outside Assistance
☐ Use of Body Camera

☐ Other:

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and time, I Sgt Shakinah King observed Major Chris James in altercation with offender Glynn Hawkins #606437 on the walk by the Westgate. At that time, I Sgt S. King proceeded to go assist, when I observed offender Hawkins get up and run towards Oak and Pine yard. Offender Hawkins then exited my view. I Sgt S. King via radio for West Yard supervisors to come assist.

This is for your further information.

OFFICER SIGNATURE      2-1-19 DATE COMPLETED      2:45 pm TIMECOMPLETED

Form C-05-001-W-2-3C
26 June 2017

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Miscellaneous)
INSTITUTION: **LSP**

| NAME<br>Glynn Hawkins | NUMBER<br>606437 | DORM OR CELLBLOCK<br>Pine 3 | DATE OF INCIDENT<br>2-1-2019 | TIME OF INCIDENT<br>Approx. 2:45 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>Oak and Pine Yard | | WITNESSES<br>N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

☐ Accidents
    ☐ Employee Accident
    ☐ Offender Accident
    ☐ Vehicle Accident
☐ Contraband
    ☐ Inside Facility
    ☐ Outside Facility
☐ Drug Screen
☐ Maintenance

☐ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
    ☐ Routine
        ☐ Staff   ☐ Visitor   ☐ Offender
    ☐ Target
        ☐ Staff   ☐ Visitor   ☐ Offender
☐ Use of Tact Team and Chase Team as outside Assistance
☐ Use of Body Camera

☐ Other:

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and time, while doing inventory in the Oak and Pine canteen, I Msgt Stacy Turner heard a loud commotion on the Oak/ Pine walk. Upon coming outside of the canteen door, I observed offender Glynn Hawkins # 606437 running on the Oak 4 ledge. Offender Hawkins jumped off the ledge and threw an object under Oak 4 dormitory. Offender Hawkins turned saw me and retrieved the object from under Oak 4 dorm. Hawkins then ran around to Oak 3 dorm and then proceeded to throw the object under Oak 3 dorm. At that time, I notified Warden Barton. Shortly afterwards I went to the location where I saw offender Hawkins throw the object along with Warden Barton and the object was recovered.

This is for your further information.

| OFFICER SIGNATURE | DATE COMPLETED<br>2-1-19 | TIMECOMPLETED<br>4:40 pm |
|---|---|---|

Form C-05-001-W-1
28 September 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Category A, B, C Incidents)

**INSTITUTION: LSP**

| NAME<br>Gylnn Hawkins | NUMBER<br>606437 | DORM OR CELLBLOCK<br>Pine 3 | DATE OF INCIDENT<br>02-01-2019 | TIME OF INCIDENT<br>approx 2:50 pm |
|---|---|---|---|---|
| **LOCATION OF INCIDENT**<br>Oak & Pine Yard | | **WITNESSES**<br>Major James Capt Kettley Sgt King | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death other than from natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening injury
  - ☐ Offender on staff
  - ☐ Offender on offender
  - ☐ Staff on offender
- ☐ Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- ☐ Other
  - ☐ Significant property damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - ☐ Large scale evacuation of all or significant part of the facility
  - ☐ Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault resulting in significant injury
  - ☐ Offender on staff
  - ☐ Offender on offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide attempts
- ☐ Hunger strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrests
  - ☐ Not job-related employee arrests
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of Rule No. 21, Sex Offenses
  - ☐ 21.A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21.B Abusive sexual act (offender-on-offender)
  - ☐ 21.C Sexual misconduct (offender-on-offender)
  - ☐ 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21.E Obscenity
  - ☐ 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21.G Overt display of affection
  - ☐ 21.H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☒ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of substance (offender-on-offender)
  - ☐ Throwing of substance (offender-on-staff)
  - ☐ Other assault (offender-on-offender)
  - ☒ Other assault (offender-on-staff)
  - ☐ Weapon offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger strike (both individual and organized)
- ☐ Use of Force
  - ☐ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser®
  - ☐ Chemical agents

Form C-05-001-W-1
24 July 2018
Page Two

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and time, I Lieutenant Dashonda Womack was at Main Prison West Yard Tower 19 checkout gate, when I heard a alterication over the radio involving an officer on Oak and Pine. At that time I Lt. D Womack heard via radio that an offender was running on Pine yard, when I headed to assist, I observed offender Gylnn Hawkins # 606437 running on the yard behind Pine 3. At that time I ran from Tower 19 gate onto Oak and Pine yard, giving offender Hawkins several verbal direct orders to stop running. Offender Hawkins complied. I Lt D Womack placed offender Glynn Hawkins in restraints. Wardern Boeker ecorted offender Hawkins to Admin/ Seg. Offender Hawkins was seen by medical.

REPORTING OFFICER _Daehonda Womack_          DATE COMPLETED _2-1-19_          TIME COMPLETED _4:40pm_

Case 3:19-cv-00808-JWD-RLB Document 11-1 09/23/20 Page 14 of 34

Form C-0 -001-W-2
01 November 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Miscellaneous)

**INSTITUTION: LSP**

| NAME<br>Glynn Hawkins | Number<br>606437 | DORM OR CELLBLOCK<br>MPWY Pine-3 | DATE OF INCIDENT<br>2/1/19 | TIME OF INCIDENT<br>Approx. 3:02 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>Underneath Oak-3 Dorm | | WITNESSES<br>N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

☐ Accidents
  ☐ Employee Accident
  ☐ Offender Accident
  ☐ Vehicle Accident
☒ Contraband
  ☒ Inside Facility
  ☐ Outside Facility
☐ Drug Screen
☐ Maintenance
☐ Use of Body Camera or other RMD
☐ Request to Remove Service Dog

☐ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☒ Shakedowns
  ☒ Routine
    ☐ Staff   ☐ Visitor   ☐ Offender
  ☐ Target
    ☐ Staff   ☐ Visitor   ☐ Offender
☐ Use of Tact Team and Chase Team as outside
  assistance

☐ Other:

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, offender Glynn Hawkins, #606437, was involved in a physical confrontation with Major Christopher James. This offender broke away from Major James and was seen to run towards the Oak and Pine Dorms. Offender Hawkins was later seen running through the yard between Oak-3 and Pine-4. While conducting a search of the area through which offender Hawkins passed, I was informed by Master Sergeant Stacey Turner that she observed offender Hawkins throw something under the Oak-3 dormitory ledge. I then found a plastic bag containing a green leafy substance underneath the Oak-3 dormitory. I took possession of the contraband, filled out the proper Chain of Custody documentation and turned the contraband over to Investigative Services Colonel Michael Vaughn. Warden Barton was notified of this incident. This is for your information and further handling.

REPORTING OFFICER
Chad Hardy, Captain, MPCB, A-Team

2/1/19
DATE COMPLETED

4:00 pm
TIME COMPLETED

# LOUISIANA STATE PENITENTIARY

## INVESTIGATIVE SERVICES

AIS-19-B-0164

DATE OF INCIDENT: 02/01/2019

INITIAL INVESTIGATOR: Colonel M Vaughn

OFFENDER NAME: Glynn Hawkins

DOC #: 606347

HOUSING: MPWY Pine 3 Bed

Reporting Officer: Captain Chad Hardy

REASON: CONTRABAND

DESCRIPTION: 1-large bundle of a green leafy substance

WEIGHT: 28.0 grams

TEST USED: NarcoPouch 908Test If a finding of guilty, restitution of $2.43 for NarcoPouch 908 Test should be applicable

RESULTS: Positive for THC/Marijuana



Colonel Michael Vaughn

Investigative Services

02/04/2019  12:21    2256552167    CAMPCCLASSIFICATION    PAGE  02/03

Form C-05-001-W-1
04 November 2016

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

**INSTITUTION: LSP**

| NAME Glynn Hawkins | NUMBER 606437 | DORM OR CELLBLOCK MP PINE 3 | DATE OF INCIDENT Feb. 1, 2019 | TIME OF INCIDENT Approx. 3:00PM |
|---|---|---|---|---|
| LOCATION OF INCIDENT MP Walk/CBD | | WITNESSES LTC Rosso, Major M. Jones, Capt. D. Voorhies | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured In Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team / Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike - Individual
- ☐ Hunger Strike - Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation - Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Unit Head
- ☐ Use of Body Camera

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☐ Assault With No Significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Throwing of Substances
- ☒ Use of Force
  - ☐ Immediate
  - ☐ Planned
  - ☐ Chemical Agents on Single Offender
  - ☐ Use of Taser®
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☐ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☒ Staff on Offender
- ☐ Individual Hunger Strike
- ☐ Use of Body Camera

* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date at approx. 2:45 PM while I was fueling up Unit IC 19 at AS&R I heard a call for assistance on Oak and Pine Yard. I immediately exited the AS&R gates and proceeded to the Tower 9 Gate and pulled down to the walk gate by the West Yard Tool Shed. Due to the gate officer not being there to unlock the gate I, along with several other officers, used a gerber tool to cut the bottom of the gate to allow access onto the West Yard Walk. Once on the walk I began running towards Oak and Pine Units. As I reached Pine Unit I met Captain Voorhies, who was escorting Offender Hawkins. Offender Hawkins was being loud and boistrous and refusing orders to stop the disturbance. I then began assisting Captain Voorhies with escorting the offender. I was on the offenders left side with Captain Voorhies on the offenders right side. Repeated orders were given to the offender to stop causing a disturbance while being escorted.   The offender made repeated statements of, "You pussy

bitch." and shouting to the offenders on the walk. Once through the MPO the offender ceases his boistorious behavior. We proceeded to CBD and placed the offender in CBD Lower Left Shower. The shower door was closed and I gave the offender an order to remove his clothes to be stripped searched. The offender stated "I can't." At that time I ordered the shower door open and Lt. Colonel Rosso and I entered the CBD Lower Left Shower. I then ordered Offender Hawkins to remove his clothing. Offender Hawkins stated his arm was hurting so at that time I assisted him with removing his pants. Once all of the offenders clothing was removed and the shakedown was complete the offender was given a jumpsuit and ordered to put the jumpsuit on. Once the jumpsuit was on I began restraining the offender. I placed handcuffs on the wrist of Offender Hawkins. I ordered Offender Hawkins to turn around and face the wall while I secured the belt around the offenders waist. While the offender was facing the wall with his back to me I ordered the offender to raise his right leg back to allow me to place the shackle around his ankle. Offender Hawkins raised his right leg back as ordered and I began to place the shackle around his right ankle. As the shackle pressed against the ankle of Offender Hawkins the offenders foot jerked from my grasp and seemed as though the offender was attempting to turn around. At that time I reached and grabbed the offenders right foot and gave the offender an order to stop resisting. As I caught the offenders right foot and prevented the offender from turning around the offender fell to the ground. I then gave the offender another direct verbal order to stop resisting. The offender then complied with my order. I then completed placing the shackles on the offender and assisted the offender up. At that time I noticed a small lacertaion above the offenders left eye. I then assisted with escorting Offender Hawkins to the REBTC ATU. Offender Hawkins was seen by medical. I notified Colonel Vaughn with investigative Servies and he later arrived to speak with Offender Hawkins. This is for your information and further handling.

REPORTING OFFICER                    DATE COMPLETED                    TIME COMPLETED

02/04/2019  12:44    2256552167                CAMPCCLASSIFICATION                    PAGE  01/01

On Feb 1, 2019 I Lt Col. William Rosso responded to MP West Yard to assist other staff that was in need of help. While running to oak and Pine unit I observed Col. L. Rheames and Capt. David voohries escorting a combative offender off the unit, the offender was hollering and shouting. I walked in front of these officer and combative offender all the way to CBD unit. When on the unit we proceeded to CBD lower left shower, he was given orders to strip, he Refused and Stated that he couldn't, Col. L. Rheames ordered the shower open, I entered a long with Col. L. Rheames. Once inside the shower Col. L. Rheames assisted the offender with coming out of his clothing so he could be properly shook down. After the shakedown was done Col. L. Rheames was applying the leg irons to his Right leg when it seemed as if he was snatching a way from his hand. I then observed Col. L. Rheames grab his leg in a effort to secure it, the offender must have lost his balance he fell to the ground. He stoped moving his legs and complied with all orders given, was then fully Restrained. once he stood up I notice a small laceration on his left eye. He was escorted to medical, where he recieved medical attention. Investigations was also notified. End of Statent. The offenders name was later found to be Glynn Hawkins, # 606437.

Lt Col. William Rosso
william Rosso
1-11-2019

LOUISIANA STATE PENITENTIARY • 17544 TUNICA TRACE • ANGOLA, LA 70712 • PHONE 225-655-2286
ROBERT E. BARROW, JR. TREATMENT CENTER
ACCIDENT / INJURY REPORT
VITAL STATISTICS

DATE: 2/1/19                                                      TIME SEEN: 15:09

NAME: Glynn Hawkins     DOC#: 606437   AGE: 26   RACE: 13

LIVING QUARTERS: Pine 3     JOB ASSIGNMENT: Ord     LAST TETANUS: _____

MEDICATIONS: Effexor ER, parafon forte, Tegretol, excedrin     ALLERGIES: NKDA

DATE OF ACCIDENT: 2/1/19   TIME OF ACCIDENT: 14:45   ACCIDENT LOCATION: n block lay out aisle

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/SpO2 |
|------|-----|-------|------|-----|------|---------|
| 15:09 | 99/76 | 121 | 20 | A+0x3 | 97.6 | 97% |
| 15:57 | 130/74 | 100 | 20 | A+0x3 | ___ | 97% |
| : | / | | | | | |

CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Offender to the ATU being escorted by Security. _____ of altercation c security. Offender has 3cm laceration to the (R) eyebrow. Bleeding controlled. A+0x3, skin w/d. BBS CTA. O other obvious trauma's noted.

MEDIC SIGNATURE: _____

PHYSICIAN ASSESSMENT AND TREATMENT

☐CATEGORY A          ☐CATEGORY B          ☐CATEGORY C

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

Wound on (R) eyebrow cleaned c H2O. som
(R) Orbital Rh -3 cm antery
(R) Arm diffusely Tender - motor, sensory & vascular function intact
5-0 Ethibon - 5 Simple Sutures   Suture out in 10 Days   #0/5564

X Ray: Negative

☐ Duty Status _____          ☐ Appointment _____
☐ Diet _____          ☐ Dressing Change _____

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 1538 | TRANSPORTATION: Ambulatory | DESTINATION: RTO |
|---|---|---|
| LSP-TC 07   Rev. 04/2018 | ACCIDENT/INJURY REPORT | PAGE ___ OF ___ |

**ANGOLA STATE PRISON**
**17544 Tunica Trace**
**Angola, LA 71282**
**Phone: (225)655-2309**

**Name:** Glynn Hawkins
**Patient ID:** 300425132
**DOB:** 11/28/1993
**Phone:**
**Acc #:** 3771691
**Secondary ID:** 606437

**Exam Date:** 02/01/2019 03:30 PM
**Exam:** XR FOREARM LEFT 2 VIEWS | 73090
**Referrer:** Physician Unknown,

**EXAM:** XR FOREARM LEFT 2 VIEWS
**CLINICAL HISTORY:** Altercation. Injury.

**FINDINGS:** The radius and ulna appear intact and in good alignment. No foreign body is identified in the soft tissues.

**IMPRESSION:** No acute findings. No fracture or dislocation.

**Report Electronically Signed by: Jeffery Demouy MD**
**Report Electronically Signed on: 02/01/2019**

**Patient Name:** Glynn Hawkins
**Patient ID:** 300425132
**Completed Date:** 02/01/2019 03:30 PM
**Transcribed By:** P360 PowerScribe
**Transcribed Date:** 02/01/2019

**Exam:** XR FOREARM LEFT 2 VIEWS | 73090
**Acc #:** 3771691
**Interpreting Rad:** Jeffery Demouy MD
**Dictated Date:** 02/01/2019 03:35 PM
**Finalized Date:** 02/01/2019 03:35 PM

https://ris.brrg.com/Reports/PrintReportCustom.aspx?acc=3771691                    2/1/2019

**ANGOLA STATE PRISON**
**17544 Tunica Trace**
**Angola, LA 71282**
**Phone: (225)655-2309**

**Name:**          Glynn Hawkins
**Patient ID:**    300425132
**DOB:**           11/28/1993
**Phone:**
**Acc #:**         3771697
**Secondary ID:** 606437

**Exam Date:** 02/01/2019 03:31 PM
**Exam:**      XR WRIST COMP LEFT MIN 3 VIEWS |
               73110
**Referrer:**  Physician Unknown,

**EXAM:** XR WRIST COMP LEFT MIN 3 VIEWS
**CLINICAL HISTORY:** Altercation

**FINDINGS:** The bones of the wrist appear intact and in good alignment. No foreign body is seen in the soft tissue

**IMPRESSION:** Negative study.

**Report Electronically Signed by: Jeffery Demouy MD**
**Report Electronically Signed on: 02/01/2019**

**Patient Name:**    Glynn Hawkins
**Patient ID:**      300425132
**Completed Date:**  02/01/2019 03:31 PM
**Transcribed By:**  P360 PowerScribe
**Transcribed Date:** 02/01/2019

**Exam:**           XR WRIST COMP LEFT MIN 3
                    VIEWS | 73110
**Acc #:**          3771697
**Interpreting Rad:** Jeffery Demouy MD
**Dictated Date:**  02/01/2019 03:35 PM
**Finalized Date:** 02/01/2019 03:35 PM

https://ris.brrg.com/Reports/PrintReportCustom.aspx?acc=3771697                    2/1/2019













    

FORM B-05-013-A
20 August 2012

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

CBD L/R.

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Glynn Hawkins | 606437 | 2/1/19 | Approx. 3:02 pm |

| 5. Place of Incident | 6. Job Assignment (Offender) | Housing Assignment |
|---|---|---|
| Underneath Oak-3 Ledge | Janitor/Cleaner | Pine-3 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Contraband | #1 |

**10. Description of Incident** (Include all relevant information -- "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

On the above date and approximate time, offender Glynn Hawkins, #606437, was involved in a physical confrontation with Major Christopher James. This offender broke away from Major James and was seen to run towards the Oak and Pine Dorms. Offender Hawkins was later seen running through the yard between Oak-3 and Pine-4. While conducting a search of the area through which offender Hawkins passed, I was informed by Master Sergeant Stacey Turner that she observed offender Hawkins throw something under the Oak-3 dormitory ledge. I then found a plastic bag containing a green leafy substance underneath the Oak-3 dormitory. I took possession of the contraband, filled out the proper Chain of Custody documentation and turned the contraband over to Investigative Services Colonel Michael Vaughn. Warden Barton was notified of this incident. This is for your information and further handling.

| 11. Offender Placed in Admin. Seg. | X | YES | | NO | |
|---|---|---|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| | Chad Hardy, Captain, MPCB, A-Team |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to the above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 2/1/19 | 4:30 pm | | Not print to signa(@) |

| 18. Plea by Offender: | | Not Guilty | | X Guilty | 19. Verdict: | | Not Guilty | X Guilty |
|---|---|---|---|---|---|---|---|---|

| 20. Date of Hearing: | 2-5-19 | 21. Counsel Substitute: DOC#: | 11799  12754 |
|---|---|---|---|

22. Motions:

23. Reasons for Disposition:
[X] Report is clear and precise.   [ ] Lack of a credible defense/little or no defense.   [ ] Based on his statement.
[X] The officer's version is determined to be more credible than the Offender's.   [X] Plead guilty/accepted guilty plea.
[ ] Only defense is denying contents of report..   [ ] The Offender presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.   [X] Plea bargain
[ ] The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
[ ] Other

24. Reasons for Sentence:
[X] Seriousness of offense.   [ ] The need to protect the institution, employee, or other
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____
[X] Other

25. Sentence:

26. Sentence:

DISCIPLINARY BOARD: After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board May order restitution in accordance with Department Regulation No. B-05-003 "Imposition of Restitution."

_____
CHAIRMAN (DISCIPLINARY OFFICER)

_____
MEMBER

SCANNED

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### DISCIPLINARY REPORT

INSTITUTION: LSP

| | |
|---|---|
| 1. Name of Offender: Glynn Hawkins | 2. Number: 606437   3. Date of Incident: Feb 1, 2019   4. Time of Incident: Approx 3 pm |
| 5. Place of Incident: MP Walk / CBD | 6. Job Assignment (Offender): Dorm Ord / 650 02   7. Housing Assignment (Offender): MP Pine 3 |
| 8. Rule Violated: Defiance Agg. Disobedience | 9. Rule Number: 35 |

10. Description of Incident (include all relevant information - "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approx. time while I was assisting with escorting offender Hawkins #606437 the offender attempted to raise up and break loose from my grip. Offender Hawkins made repeated comments "You pussy bitch." I was given repeated orders to stop which he refused along with my orders to stop resisting. Once through the MVO the offender began complying. Once on CBD while in CBD lower left shower I gave the offender a direct verbal order to raise his right leg. The offender raised his right leg then as I was placing the leg iron around his right ankle the offender attempted to pull his right ankle away.

11. Offender Placed in Adm. Seg. ☑ Yes ☐ No

12. Signature of reporting employee: _____

13. Name, Title, Assignment (Print): Luke Kream, 61, Camp C

14. Date of Report: Feb 1, 2019   15. Time of Report: 5   16. Report (copy) given to above offender by: ☑   17. Offender's Signature: Copy given / Refused to Sign

18. Plea by Offender: ☐ Not Guilty ☐ Guilty    19. Verdict: ☐ Not Guilty ☐ Guilty

20. Date of Hearing: _____    21. Counsel Substitute: DOC#

22. Motions: _____

23. Reasons for Disposition:
☐ Report is clear and precise.
☐ Lack of a credible defense/little or no defense.
☐ Based on his statement.
☐ The officer's version is determined to be more credible than the offender's.
☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.
☐ The offender presented no evidence to refute the charges.
☐ The investigative officer's testimony was deemed more truthful and accurate than the offender's.
☐ Plea bargain.
☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
☐ Other _____

24. Reasons for Sentence:
☐ Seriousness of offense.
☐ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
A total of _____ # _____ rule violations since _____
☐ Other _____

25. Sentence:    Suspended ☐ _____ Days    Imposed ☐

26. Sentence:    Suspended ☐ _____ Days    Imposed ☐

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER) _____

MEMBER _____

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Glynn Hawkins | 606437 | 02/01/2019 | Approx. 2:50pm |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| Oak/Pine Walk | Dorm Orderly | Pine 3 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| 1, 3, 5 | Contraband, Defiance, Agg. Disobedience |

10. Description of Incident (Include all relevant information – "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

On the above date and time while I, Major Christopher James, was observing offender traffic on the Oak/Pine walk. During this time, I smelled a loud odor of raw marijuana coming from the person of Offender Glynn Hawkins #606437. I gave offender Hawkins a direct verbal order to come here so he could be searched. At that time, Offender Hawkins attempted to run back towards Oak and Pine. I immediately grabbed offender Hawkins in an attempt to stop him from running. After grabbing offender Hawkins, he began to wrestle and fight. I took him to the ground and called for assistance. He got back up and tore off his shirt as I was trying to grab him again. Offender Hawkins started kicking me and I lost hold of him. Offender Hawkins ran down the Oak and Pine Walk, onto Oak Yard and behind Oak dormitory. After a search of the yard Offender Hawkins was found and escorted to Admin Segregation. After a search of the Oak and Pine Yard in the area offender Hawkins ran, a bundle of marijuana was found under Oak 3 dormitory. Asst. Warden Trent Barton and Colonel Wilford Cazelot were notified.

| 11. Inmate Placed in Admin. Seg. | X | YES | | NO | |
|---|---|---|---|---|---|

| 12. Signature of reporting employee. | 13. Name, Title, Assignment (Print) |
|---|---|
| | Christopher James, Captain, MPWY A |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to the above inmate by: | 17. Inmate's Signature |
|---|---|---|---|
| 2-1-19 | Approx. 2:50 pm | CJ | Refused |

| 18. Plea by Inmate: | Not Guilty | Guilty | 19. Verdict: | Not Guilty | Guilty |
|---|---|---|---|---|---|

| 20. Date of Hearing: | 21. Counsel Substitute: DOC#: |
|---|---|

22. Motions: _____

23. Reasons for Disposition:
[ ] Report is clear and precise.   [ ] Lack of a credible defense/little or no defense.   [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's.   [ ] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report.   [ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.   [ ] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other _____

24. Reasons for Sentence:
[ ] Seriousness of offense.   [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____

[ ] Other _____

25. Sentence: _____

Suspended [   ] _____ Days
Imposed [   ]

26. Sentence: _____

Suspended [   ] _____ Days
Imposed [   ]

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER) _____

MEMBER _____