# Department of Public Safety & Corrections
## State of Louisiana
Louisiana State Penitentiary



**JOHN BEL EDWARDS**
Governor

**JAMES M. LE BLANC**
Secretary

STATE OF LOUISIANA

WEST FELICIANA PARISH

ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the

originals that are maintained at Louisiana State Penitentiary.

Certified Copy of Unusual Occurrence Report dated February 1, 2020

Delshadee Scott #153568

Ex–Officio Notary

Department of Public Safety & Corrections/LSP

Date: 6-26-2020

Glynn Hawkins 606437 CASE

Form C-05-001-W-1
04 November 2016

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

### INSTITUTION: LSP

| NAME<br>Glynn Hawkins | NUMBER<br>606437 | DORM OR CELLBLOCK<br>MP PINE 3 | DATE OF INCIDENT<br>Feb. 1, 2019 | TIME OF INCIDENT<br>Approx. 3:00PM |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>MP Walk/CBD | | WITNESSES<br>LTC Rosso, Major M. Jones, Capt. D. Voorhies | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured In Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team / Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike - Individual
- [ ] Hunger Strike - Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation - Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Unit Head
- [ ] Use of Body Camera

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [ ] Immediate
  - [ ] Planned
  - [ ] Chemical Agents on Single Offender
  - [ ] Use of Taser®
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [ ] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [x] Staff on Offender
- [ ] Individual Hunger Strike
- [ ] Use of Body Camera

**RECEIVED**

**FEB 11 2019**

**LSP/RECORDS**

\* Copy to Investigations

SCANNED

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date at approx. 2:45 PM while I was fueling up Unit IC 19 at AS&R I heard a call for assistance on Oak and Pine Yard. I immediately exited the AS&R gates and proceeded to the Tower 9 Gate and pulled down to the walk gate by the West Yard Tool Shed. Due to the gate officer not being there to unlock the gate I, along with several other officers, used a gerber tool to cut the bottom of the gate to allow access onto the West Yard Walk. Once on the walk I began running towards Oak and Pine Units. As I reached Pine Unit I met Captain Voohries, who was escorting Offender Hawkins. Offender Hawkins was being loud and boistrous and refusing orders to stop the disturbance. I then began assisting Captain Voorhies with escoritng the offender. I was on the offenders left side with Captain Voorhies on the offenders right side. Repeated orders were given to the offender to stop causing a disturbance while being escorted. The offender made repeated statements of, "You pussy

bitch." and shouting to the offenders on the walk. Once through the MPO the offender ceases his boistorious behavior. We proceeded to CBD and placed the offender in CBD Lower Left Shower. The shower door was closed and I gave the offender an order to remove his clothes to be stripped searched. The offender stated "I can't." At that time I ordered the shower door open and Lt. Colonel Rosso and I entered the CBD Lower Left Shower. I then ordered Offender Hawkins to remove his clothing. Offender Hawkins stated his arm was hurting so at that time I assisted him with removing his pants. Once all of the offenders clothing was removed and the shakedown was complete the offender was given a jumpsuit and ordered to put the jumpsuit on. Once the jumpsuit was on I began restraining the offender. I placed handcuffs on the wrist of Offender Hawkins. I ordered Offender Hawkins to turn around and face the wall while I secured the belt around the offenders waist. While the offender was facing the wall with his back to me I ordered the offender to raise his right leg back to allow me to place the shackle around his ankle. Offender Hawkins raised his right leg back as ordered and I began to place the shackle around his right ankle. As the shackle pressed against the ankle of Offender Hawkins the offenders foot jerked from my grasp and seemed as though the offender was attempting to turn around. At that time I reached and grabbed the offenders right foot and gave the offender an order to stop resisting. As I caught the offenders right foot and prevented the offender from turning around the offender fell to the ground. I then gave the offender another direct verbal order to stop resisting. The offender then complied with my order. I then completed placing the shackles on the offender and assisted the offender up. At that time I noticed a small lacertaion above the offenders left eye. I then assisted with escorting Offender Hawkins to the REBTC ATU. Offender Hawkins was seen by medical. I notified Colonel Vaughn with Investigative Servies and he later arrived to speak with Offender Hawkins. This is for your information and further handling.

| _Williams, Col_ | _8-4-15_ | _8:30_ |
| --- | --- | --- |
| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |

RECEIVED

FEB 11 2019

LSP/RECORDS

SCANNED

Form C-05-001-W-2-3C
26 June 2017

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Miscellaneous)
INSTITUTION: LSP

| NAME Glynn Hawkins | NUMBER 606437 | DORM OR CELLBLOCK Pine 3 | DATE OF INCIDENT 2-1-2019 | TIME OF INCIDENT Approx. 2:45 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT Oak and Pine Yard | | WITNESSES N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

☐ Accidents
    ☐ Employee Accident
    ☐ Offender Accident
    ☐ Vehicle Accident
☐ Contraband
    ☐ Inside Facility
    ☐ Outside Facility
☐ Drug Screen
☐ Maintenance

☐ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
    ☐ Routine
        ☐ Staff    ☐ Visitor    ☐ Offender
    ☐ Target
        ☐ Staff    ☐ Visitor    ☐ Offender
☐ Use of Tact Team and Chase Team as outside Assistance
☐ Use of Body Camera

☐ Other:

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and time, while doing inventory in the Oak and Pine canteen, I Msgt Stacy Turner heard a loud commotion on the Oak/ Pine walk. Upon coming outside of the canteen door, I observed offender Glynn Hawkins # 606437 running on the Oak 4 ledge. Offender Hawkins jumped off the ledge and threw an object under Oak 4 dormitory. Offender Hawkins turned saw me and retrieved the object from under Oak 4 dorm. Hawkins then ran around to Oak 3 dorm and then proceeded to throw the object under Oak 3 dorm. At that time, I notified Warden Barton. Shortly afterwards I went to the location where I saw offender Hawkins throw the object along with Warden Barton and the object was recovered.

This is for your further information.

*Good work!*

RECEIVED
FEB 12 2019
WARDEN'S OFFICE

| OFFICER SIGNATURE | DATE COMPLETED 2-1-19 | TIME COMPLETED 4:45 pm |
|---|---|---|

Form C-05-001-W-2-3C
2 January 2018

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
### (Miscellaneous)
### INSTITUTION: LSP
### INDEX

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Glynn Hawkins | 606437 | Pine 3 | 2-1-19 | Approx 2:45 pm |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| Oak and Pine Yard | N/A |

## TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

- [ ] Accidents
  - [ ] Employee Accident
  - [ ] Offender Accident
  - [ ] Vehicle Accident
- Contraband
  - [x] Inside Facility
  - [ ] Outside Facility
- [ ] Drug Screen
- [ ] Maintenance

- [ ] Medical
- [ ] Mental Health
- [ ] Protection Request
- [ ] Security Inspections
- [ ] Shakedowns
  - [ ] Routine
    - [ ] Staff   [ ] Visitor   [ ] Offender
  - [ ] Target
    - [ ] Staff   [ ] Visitor   [ ] Offender
- [ ] Use of Tact Team and Chase Team as outside Assistance
- [ ] Use of Body Camera

- [ ] Other:

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and time, while doing inventory in the Oak/Pine Canteen, I Msgt. Stacy Turner heard a loud commotion on the Oak/Pine walk. Upon coming outside of the canteen door, I observed offender Glynn Hawkins #606437 running on the Oak 4 ledge. Offender Hawkins jumped off the ledge and threw an object under Oak 4 dormitory. Offender Hawkins turned, saw me and retreived the object from under Oak 4 dorm. Hawkins then ran around to Oak 3 dorm and then proceeded to throw the object under Oak 3 dorm. At which time I notified Warden Barton, I later went to the location where I saw offender Hawkins

| Stacy Turner | 2/1/19- | 4:40pm |
|---|---|---|
| OFFICER SIGNATURE | DATE COMPLETED | TIME COMPLETED |

Form C-05-001-W-2-3C
2 January 2018

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
~~CORRECTIONS SERVICES~~
### UNUSUAL OCCURRENCE REPORT
(Miscellaneous)
### INSTITUTION: LSP

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| | | | | |

| LOCATION OF INCIDENT | WITNESSES | |
|---|---|---|
| | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

☐ Accidents
    ☐ Employee Accident
    ☐ Offender Accident
    ☐ Vehicle Accident
Contraband
    ☒ Inside Facility
    ☐ Outside Facility
☐ Drug Screen
☐ Maintenance

☐ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
    ☐ Routine
        ☐ Staff    ☐ Visitor    ☐ Offender
    ☐ Target
        ☐ Staff    ☐ Visitor    ☐ Offender
☐ Use of Tact Team and Chase Team as outside Assistance
☐ Use of Body Camera

☐ Other:

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

throw the object, along with Warden Barton and the object was recovered.

CS Kary Turner
**OFFICER SIGNATURE**

2-14-18
**DATE COMPLETED**

approx 4:40pm
**TIME COMPLETED**

Form C-05-001-W-1
28 September 2018

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: LSP

| NAME<br>Glynn Hawkins | NUMBER<br>606437 | DORM OR CELLBLOCK<br>Pine 3 | DATE OF INCIDENT<br>2-1-2019 | TIME OF INCIDENT<br>Approx 2:50 PM |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>Oak and Pine Walk | | WITNESSES<br>Capt. Wyvonna Kettley/Sgt. Shakinah King | | |

## TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death other than from natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening injury
  - ☐ Offender on staff
  - ☐ Offender on offender
  - ☐ Staff on offender
- ☐ Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- ☐ Other
  - ☐ Significant property damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - ☐ Large scale evacuation of all or significant part of the facility
  - ☐ Any other significant/high profile incident as determined by the Unit Head

RECEIVED

FEB 12 2019

WARDEN'S OFFICE

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault resulting in significant injury
  - ☐ Offender on staff
  - ☐ Offender on offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide attempts
- ☐ Hunger strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrests
  - ☐ Not job-related employee arrests
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

_Good job!_ (handwritten) (signature)

**Category C Incidents:**
- ☐ Violation of Rule No. 21, Sex Offenses
  - ☐ 21.A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21.B Abusive sexual act (offender-on-offender)
  - ☐ 21.C Sexual misconduct (offender-on-offender)
  - ☐ 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21.E Obscenity
  - ☐ 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21.G Overt display of affection
  - ☐ 21.H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☒ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of substance (offender-on-offender)
  - ☐ Throwing of substance (offender-on-staff)
  - ☐ Other assault (offender-on-offender)
  - ☒ Other assault (offender-on-staff)
  - ☐ Weapon offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger strike (both individual and organized)
- ☐ Use of Force
  - ☒ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☒ Taser®
  - ☐ Chemical agents

Form C-05-001-W-1
24 July 2018
Page Two

| DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED) |
|---|
| On the above date and time while I Major Christopher James was observing offender traffic on the Oak and Pine walk. During this time I smelled a loud odor of raw marijuana coming from the person of offender Glynn Hawkins #606437. I gave offender Hawkins a direct verbal order to come here so he could be searched. At that time offender Hawkins attempted to run back towards Oak and Pine Unit. I immediately grabbed offender Hawkins in a attempt to get him to stop running. After grabbing offender Hawkins he began to wrestle and fight. I took him to the ground and called for assistance. Captain Wyvonna Kettley and Sgt. Shakinah King assisted. He got back up and tore off his shirt as I was trying to grab him again. At this time I grabbed offender Hawkins by his legs to take him down again. Offender Hawkins started kicking me and I lost hold of him. Offender Hawkins ran down Oak and Pine Walk, onto Oak Yard and behind Oak 4 Dormitory. After a search of the yard Offender Hawkins was found and escorted to Admin Seg. After a search of the Oak and Pine Yard in the area offender Hawkins ran, a bundle of marijuana was found under Oak 3 dormitory. I Major Christopher James was later seen by medical and cleared to return to work. Colonel Cazelot and Warden Trent Barton was notified of this incident. |

REPORTING OFFICER          DATE COMPLETED 2-1-2019          TIME COMPLETED 5:00 pm

Form C-05-001-W-1
28 September 2018

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: LSP

| NAME Gylnn Hawkins | NUMBER 606437 | DORM OR CELLBLOCK Pine 3 | DATE OF INCIDENT 02-01-2019 | TIME OF INCIDENT approx 2:50 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT Oak & Pine Yard | | WITNESSES Major James Capt Kettley Sgt King | | |

TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death other than from natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening injury
  - [ ] Offender on staff
  - [ ] Offender on offender
  - [ ] Staff on offender
- [ ] Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- [ ] Other
  - [ ] Significant property damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - [ ] Large scale evacuation of all or significant part of the facility
  - [ ] Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault resulting in significant injury
  - [ ] Offender on staff
  - [ ] Offender on offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide attempts
- [ ] Hunger strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrests
  - [ ] Not job-related employee arrests
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- [ ] Violation of Rule No. 21, Sex Offenses
  - [ ] 21.A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21.B Abusive sexual act (offender-on-offender)
  - [ ] 21.C Sexual misconduct (offender-on-offender)
  - [ ] 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21.E Obscenity
  - [ ] 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21.G Overt display of affection
  - [ ] 21.H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [x] Assault resulting in minor injury or no injury
  - [ ] Fight (offender-on-offender)
  - [ ] Throwing of substance (offender-on-offender)
  - [ ] Throwing of substance (offender-on-staff)
  - [ ] Other assault (offender-on-offender)
  - [x] Other assault (offender-on-staff)
  - [ ] Weapon offender-on-offender)
  - [ ] Weapon (offender-on-staff)
- [ ] Suicide Gesture
- [ ] Hunger strike (both individual and organized)
- [ ] Use of Force
  - [ ] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser®
  - [ ] Chemical agents

Form C-05-001-W-1
24 July 2018
Page Two

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and time, I Lieutenant Dashonda Womack was at Main Prison West Yard Tower 19 checkout gate, when I heard a alterication over the radio involving an officer on Oak and Pine. At that time I Lt. D Womack heard via radio that an offender was running on Pine yard, when I headed to assist, I observed offender Gylnn Hawkins # 606437 running on the yard behind Pine 3. At that time I ran from Tower 19 gate onto Oak and Pine yard, giving offender Hawkins several verbal direct orders to stop running. Offender Hawkins complied. I Lt D Womack placed offender Glynn Hawkins in restraints. Wardern Boeker ecorted offender Hawkins to Admin/ Seg. Offender Hawkins was seen by medical.

REPORTING OFFICER _Dashonda Womack_    DATE COMPLETED _2-1-19_    TIME COMPLETED _4:40pm_

**Form C-05-001-W-1**
**28 September 2018**

~~DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS~~
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Category A, B, C Incidents)

**INSTITUTION:  LSP**

| NAME Offion Hawkins | NUMBER u56457 | DORM OR CELLBLOCK Pine 3 | DATE OF INCIDENT 2-1-19 | TIME OF INCIDENT approx 2:50pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT Oak and Pine Yard | | WITNESSES Major James Capt Kelley Ogt King | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death other than from natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening injury
  - ☐ Offender on staff
  - ☐ Offender on offender
  - ☐ Staff on offender
- ☐ Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- ☐ Other
  - ☐ Significant property damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - ☐ Large scale evacuation of all or significant part of the facility
  - ☐ Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault resulting in significant injury
  - ☐ Offender on staff
  - ☐ Offender on offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide attempts
- ☐ Hunger strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrests
  - ☐ Not job-related employee arrests
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of Rule No. 21, Sex Offenses
  - ☐ 21.A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21.B Abusive sexual act (offender-on-offender)
  - ☐ 21.C Sexual misconduct (offender-on-offender)
  - ☐ 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21.E Obscenity
  - ☐ 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21.G Overt display of affection
  - ☐ 21.H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☒ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of substance (offender-on-offender)
  - ☐ Throwing of substance (offender-on-staff)
  - ☐ Other assault (offender-on-offender)
  - ☒ Other assault (offender-on-staff)
  - ☐ Weapon offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger strike (both individual and organized)
- ☐ Use of Force
  - ☐ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser®
  - ☐ Chemical agents

Form C-05-001-W-1
24 July 2018
Page Two

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and time, I Lieutenant Dashunda Womack was at Main Prison West yard Tower 19 check out gate, when I heard a confirmation over the radio involving an officer on Oak and Pine. At that time I Lt. D Womack heard via radio that an offender was running on Pine yard, when I headed to assist, I observed offender Glynn Hawkins #606437 running on the yard behind Pine 3. At that time I ran from Tower 19 gate onto Oak and Pine yard, giving offender Hawkins several verbal direct orders to stop running, offender Hawkins complied. I Lt D Womack placed offender Glynn Hawkins in restraints. Warden Boeker escorted offender Hawkins to Admin/Seg. Offender Hawkins was seen by medical.

REPORTING OFFICER: Dashunda Womack

DATE COMPLETED: 2.1.19

TIME COMPLETED: 4:40pm

Form C-05-001-W-1
28 September 2018

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: LSP

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| Glinn Hawkins | 606437 | Pine 3 | 2-1-19 | Apnx 2:50pm |

| LOCATION OF INCIDENT | WITNESSES |
|----------------------|-----------|
| Oak and Pine Walk | Major Christopher James/Sgt Shakinah King |

## TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death other than from natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening injury
  - ☐ Offender on staff
  - ☐ Offender on offender
  - ☐ Staff on offender
- ☐ Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- ☐ Other
  - ☐ Significant property damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - ☐ Large scale evacuation of all or significant part of the facility
  - ☐ Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault resulting in significant injury
  - ☐ Offender on staff
  - ☐ Offender on offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide attempts
- ☐ Hunger strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrests
  - ☐ Not job-related employee arrests
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of Rule No. 21, Sex Offenses
  - ☐ 21.A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21.B Abusive sexual act (offender-on-offender)
  - ☐ 21.C Sexual misconduct (offender-on-offender)
  - ☐ 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21.E Obscenity
  - ☐ 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21.G Overt display of affection
  - ☐ 21.H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☒ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of substance (offender-on-offender)
  - ☐ Throwing of substance (offender-on-staff)
  - ☐ Other assault (offender-on-offender)
  - ☒ Other assault (offender-on-staff)
  - ☐ Weapon offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger strike (both individual and organized)
- ☒ Use of Force
  - ☒ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser®
  - ☐ Chemical agents

Form C-05-001-W-1
24 July 2018
Page Two

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and time, I, Captain Wyvonna Kettley, observed an altercation on Oak and Pine Walk involving Major Christopher James and offender Glynn Hawkins #606437. I immediately assisted Major James along with Sgt Shakinah King in an attempt to stop offender Hawkins from running. Major James took him to the ground. He got back up and tore off his shirt. Offender Hawkins started kicking while trying to get away from Major James and ran down Oak and Pine Walk, onto Oak Yard and behind Oak 4 Dormitory. Offender Hawkins later came from behind Oak 4 dorm and was handcuffed by Lt. Dashonda Womack. He was then escorted to Administration. I, Capt Kettley, was later seen by medical and cleared to return to work. Colonel Cazelot and Warden Trent Barton were notified of the incident

Capt W. Kettley
_____
REPORTING OFFICER

2-1-19
_____
DATE COMPLETED

4:45 pm
_____
TIME COMPLETED

**Form C-05-001-W-1**
**28 September 2018**

### DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

**INSTITUTION: LSP**

| NAME<br>Glynn Hawkings | NUMBER<br>606437 | DORM OR CELLBLOCK<br>Pine 3 | DATE OF INCIDENT<br>2-1-2019 | TIME OF INCIDENT<br>Approx 2:50 PM |
|---|---|---|---|---|
| **LOCATION OF INCIDENT**<br>Oak and Pine Walk | | **WITNESSES**<br>Major Christopher James/Sgt. Shakinah King | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death other than from natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening injury
  - ☐ Offender on staff
  - ☐ Offender on offender
  - ☐ Staff on offender
- ☐ Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- ☐ Other
  - ☐ Significant property damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - ☐ Large scale evacuation of all or significant part of the facility
  - ☐ Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault resulting in significant injury
  - ☐ Offender on staff
  - ☐ Offender on offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide attempts
- ☐ Hunger strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrests
  - ☐ Not job-related employee arrests
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of Rule No. 21, Sex Offenses
  - ☐ 21.A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21.B Abusive sexual act (offender-on-offender)
  - ☐ 21.C Sexual misconduct (offender-on-offender)
  - ☐ 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21.E Obscenity
  - ☐ 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21.G Overt display of affection
  - ☐ 21.H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☒ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of substance (offender-on-offender)
  - ☐ Throwing of substance (offender-on-staff)
  - ☐ Other assault (offender-on-offender)
  - ☒ Other assault (offender-on-staff)
  - ☐ Weapon offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger strike (both individual and organized)
- ☒ Use of Force
  - ☒ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser®
  - ☐ Chemical agents

Form C-05-001-W-1
24 July 2018
Page Two

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and time I, Captain Wyvonna Kettley, observed a altercation on Oak and Pine Walk involving Major Christopher James and Offender Glynn Hawkins #606437. I immediately assisted Major James along with Sgt. Shakinah King in an attempt to stop offender Hawkins from running. Major James took him to the ground. He got back up and tore off his shirt. Offender Hawkins started kicking while trying to get away from Major James and ran down Oak and Pine Walk, onto Oak Yard and behind Oak 4 Dormitory. Offender Hawkins later came from behind Oak 4 dorm and was handcuffed by Lt. Dashonda Womack. He was then escorted to Administration Segration. I, Captain Kettley, was later seen by medical and cleared to return to work. Colonel Cazelot and Warden Trent Barton was notified of this incident.

REPORTING OFFICER            DATE COMPLETED            TIME COMPLETED

Form C-0-001-W-2
01 November 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Miscellaneous)

INSTITUTION: LSP

| NAME<br>Glynn Hawkins | Number<br>606437 | DORM OR CELLBLOCK<br>MPWY Pine-3 | DATE OF INCIDENT<br>2/1/19 | TIME OF INCIDENT<br>Approx. 3:02 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>Underneath Oak-3 Dorm | | WITNESSES<br>N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

- [ ] Accidents
    - [ ] Employee Accident
    - [ ] Offender Accident
    - [ ] Vehicle Accident
- [x] Contraband
    - [x] Inside Facility
    - [ ] Outside Facility
- [ ] Drug Screen
- [ ] Maintenance
- [ ] Use of Body Camera or other RMD
- [ ] Request to Remove Service Dog

- [ ] Medical
- [ ] Mental Health
- [ ] Protection Request
- [ ] Security Inspections
- [x] Shakedowns
    - [x] Routine
        - [ ] Staff    [ ] Visitor    [ ] Offender
    - [ ] Target
        - [ ] Staff    [ ] Visitor    [ ] Offender
- [ ] Use of Tact Team and Chase Team as outside assistance

- [ ] Other:

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, offender Glynn Hawkins, #606437, was involved in a physical confrontation with Major Christopher James. This offender broke away from Major James and was seen to run towards the Oak and Pine Dorms. Offender Hawkins was later seen running through the yard between Oak-3 and Pine-4. While conducting a search of the area through which offender Hawkins passed, I was informed by Master Sergeant Stacey Turner that she observed offender Hawkins throw something under the Oak-3 dormitory ledge. I then found a plastic bag containing a green leafy substance underneath the Oak-3 dormitory. I took possession of the contraband, filled out the proper Chain of Custody documentation and turned the contraband over to Investigative Services Colonel Michael Vaughn. Warden Barton was notified of this incident. This is for your information and further handling.

REPORTING OFFICER
Chad Hardy, Captain, MPCB, A-Team

2/1/19
DATE COMPLETED

4:00 pm
TIME COMPLETED

Good job!

RECEIVED
FEB 12 2019
WARDEN'S OFFICE