### Department of Public Safety & Corrections
#### State of Louisiana
Louisiana State Penitentiary



**JOHN BEL EDWARDS**
Governor

**JAMES M. LE BLANC**
Secretary

STATE OF LOUISIANA

WEST FELICIANA PARISH

ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the

originals that are maintained at Louisiana State Penitentiary.

Certified Copy of Disciplinary Report dated February 1, 2019 for Glynn Hawkins 606437

*Delshadee Scott*

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 10-26-2020

Glynn Hawkins 606437 CASE

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Glynn Hawkins | 606437 | 02/01/2019 | Approx. 2:50pm |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| Oak/Pine Walk | Dorm Orderly | Pine 3 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| 1, 3, 5 | Contraband, Defiance, Agg. Disobedience |

10. Description of Incident (Include all relevant information – "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

On the above date and time while I, Major Christopher James, was observing offender traffic on the Oak/Pine walk. During this time, I smelled a loud odor of raw marijuana coming from the person of Offender Glynn Hawkins #606437. I gave offender Hawkins a direct verbal order to come here so he could be searched. At that time, Offender Hawkins attempted to run back towards Oak and Pine. I immediately grabbed offender Hawkins in an attempt to stop him from running. After grabbing offender Hawkins, he began to wrestle and fight. I took him to the ground and called for assistance. He got back up and tore off his shirt as I was trying to grab him again. Offender Hawkins started kicking me and I lost hold of him. Offender Hawkins ran down the Oak and Pine Walk, onto Oak Yard and behind Oak dormitory. After a search of the yard Offender Hawkins was found and escorted to Admin Segregation. After a search of the Oak and Pine Yard in the area offender Hawkins ran, a bundle of marijuana was found under Oak 3 dormitory. Asst. Warden Trent Barton and Colonel Wilford Cazelot were notified.

| 11. Inmate Placed in Admin. Seg. | X | YES | | NO | | |
|---|---|---|---|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| | Christopher James, Captain, MPWY A |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to the above inmate by: | 17. Inmate's Signature: |
|---|---|---|---|
| 2-1-19 | 2:50 pm | | Refused |

| 18. Plea by Inmate: | | Not Guilty | | Guilty | 19. Verdict: | | Not Guilty | | Guilty |
|---|---|---|---|---|---|---|---|---|---|

| 20. Date of Hearing: | 2-5-19 | 21. Counsel Substitute: DOC#: | 111799 Kinsey |
|---|---|---|---|

22. Motions: _____

23. Reasons for Disposition:
[X] Report is clear and precise.    [ ] Lack of a credible defense/little or no defense.    [ ] Based on his statement.
[X] The officer's version is determined to be more credible than the inmate's.    [ ] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report..    [ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.    [X] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other

24. Reasons for Sentence:
[ ] Seriousness of offense.    [ ] The need to protect the institution, employee, or other
[ ] Poor Conduct record. A total of ____ rule violation(s). A total of ____ Schedule B violations since ____
A total of ____ # ____ rule violations since ____
[ ] Other ____

25. Sentence: Forfeiture 180 days good time    [ ] Suspended [ ]    Days
                                                  [ ] Imposed [ ]

26. Sentence: Custody Change to Extended Lockdown    [ ] Suspended [ ]    Days
                                                       [ ] Imposed [ ]

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

RECEIVED FEB 07 2019 LSP/RECORDS

SCANNED

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## DISCIPLINARY REPORT

INSTITUTION: _LSP_          CBD4R.

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Glynn Hawkins | 606437 | Feb 1, 2019 | Approx 3 pm |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| MP Walk / CBD | Dorm Ord / 600 02 | MP Pine 3 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Defiance, Agg. Disobedience | 35 |

**10. Description of Incident** (Include all relevant information – "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approx. time while I was assisting with escorting offender Hawkins #606437 the offender attempted to raise up and break loose from my grip. Offender Hawkins made repeated comments "You pussy bitch." I was given repeated orders to stop which he refused along with my orders to stop resisting. Once through the MPo the offender began complying. Once on CBD while in CBD lower left shower I gave the offender a direct verbal order to raise his right leg. The offender raised his right leg then as I was placing the leg iron around his right ankle the offender attempted to pull his right ankle away.

**11. Offender Placed in Adm. Seg.** [X] Yes [ ] No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Matthews, Lt | Luke Kherns, Col Camp L |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above offender by: | 17. Offender's Signature: |
|---|---|---|---|
| Feb 1, 2019 | 5:15 | | Refused to Sign — Copy Give. |

**18. Plea by Offender:** [ ] Not Guilty [X] Guilty    **19. Verdict:** [ ] Not Guilty [X] Guilty

**20. Date of Hearing:** 2-5-19    **21. Counsel Substitute DOC#** 111799  127754

**22. Motions:** _____

**23. Reasons for Disposition:**
- [X] Report is clear and precise.
- [ ] Lack of a credible defense/little or no defense.
- [ ] Based on his statement.
- [X] The officer's version is determined to be more credible than the offender's.
- [X] Pled guilty/accepted guilty plea.
- [ ] Only defense is denying contents of report.
- [ ] The offender presented no evidence to refute the charges.
- [ ] The investigative officer's testimony was deemed more truthful and accurate than the offender's.
- [ ] Plea bargain.
- [ ] The offender's demeanor led the board to believe that the offender's testimony was untrue.
- [ ] Other _____

**24. Reasons for Sentence:**
- [X] Seriousness of offense.
- [ ] The need to protect the institution, employee, or other.
- [ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
- [ ] A total of _____ # _____ rule violations since _____
- [ ] Other _____

RECEIVED
FEB 07 2019
LSP/RECORDS

**25. Sentence:** Custody Change / Pending Review

Suspended [ ] _____ Days
Imposed [X]
Suspended [ ] _____ Days
Imposed [X]

SCANNED

Continue Custody change to extended Pending Review

90 days good time

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER



FORM B-05-0°1-A
20 August 201°

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: **L.S.P. ANGOLA**

CBD L/R.

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Glynn Hawkins | 606437 | 2/1/19 | Approx. 3:02 pm |

| 5. Place of Incident | 6. Job Assignment (Offender) | Housing Assignment |
|---|---|---|
| Underneath Oak-3 Ledge | *Janitor/Cleaner* | Pine-3 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Contraband | #1 |

10. Description of Incident (Include all relevant information – "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

On the above date and approximate time, offender Glynn Hawkins, #606437, was involved in a physical confrontation with Major Christopher James. This offender broke away from Major James and was seen to run towards the Oak and Pine Dorms. Offender Hawkins was later seen running through the yard between Oak-3 and Pine-4. While conducting a search of the area through which offender Hawkins passed, I was informed by Master Sergeant Stacey Turner that she observed offender Hawkins throw something under the Oak-3 dormitory ledge. I then found a plastic bag containing a green leafy substance underneath the Oak-3 dormitory. I took possession of the contraband, filled out the proper Chain of Custody documentation and turned the contraband over to Investigative Services Colonel Michael Vaughn. Warden Barton was notified of this incident. This is for your information and further handling.

| 11. Offender Placed in Admin. Seg. | X YES | NO |
|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| | Chad Hardy, Captain, MPCB, A-Team |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to the above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 2/1/19 | 4:30 pm | | Not present to signa |

| 18. Plea by Offender: | Not Guilty | Guilty X | 19. Verdict: | Not Guilty | Guilty X |
|---|---|---|---|---|---|

| 20. Date of Hearing: 2-5-19 | 21. Counsel Substitute: DOC#: 111799 127754 |
|---|---|

22. Motions: _____

23. Reasons for Disposition:
[X] Report is clear and precise.   [ ] Lack of a credible defense/little or no defense.   [ ] Based on his statement.
[X] The officer's version is determined to be more credible than the Offender's.   [X] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report..   [ ] The Offender presented no evidence to refute the charges.
[ ] The investigative officer's testimony was deemed more truthful and accurate than the Offender's.   [X] Plea bargain
[ ] The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
[ ] Other _____

24. Reasons for Sentence:
[X] Seriousness of offense.   [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of ___ rule violation(s). A total of ___ Schedule B violations since ___
A total of ___ # ___ rule violations since ___

[X] Other _____

25. Sentence: ___ Suspended [ ] ___ Days
Imposed [ ]

26. Sentence: ___ Suspended [ ] ___ Days
Imposed [X]

[ ] DISCIPLINARY BOARD) After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board May order restitution in accordance with Department Regulation No. B-05-003 "Imposition of Restitution."

_____
CHAIRMAN (DISCIPLINARY OFFICER)

RECEIVED
FEB 07 2019
LSP/RECORDS

_____
MEMBER

SCANNED