## Department of Public Safety & Corrections
### State of Louisiana
Louisiana State Penitentiary

**JOHN BEL EDWARDS**
Governor



**JAMES M. LE BLANC**
Secretary

STATE OF LOUISIANA

WEST FELICIANA PARISH

ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the

originals that are maintained at Louisiana State Penitentiary.

Certified Copy of DVD Video MP Cellblock walk in front of CBE and CBD Lobby L/L Shower

Delshadee Scott #153568

Ex–Officio Notary

Department of Public Safety & Corrections/LSP

Date: 6-30-2020

Glynn Hawkins 606437 CASE