**LOUISIANA STATE PENITENTIARY**
**R.E . BARROW, JR. TREATMENT CENTER**
**ANGOLA, LA   70712**

**MEMORANDUM**

TO: SECURITY          MEMO TYPED DATE:02/04/2019          ISSUED DATE:02/01/2019

FROM: HEALTH INFORMATION MANAGEMENT DEPARTMENT          RE: SUTURE REMOVAL
=============================================================================
LOCATION:CBD L/R 0

DOC#:606437          NAME:HAWKINS          ,GLYNN          RACE:B

THE ABOVE NAMED AND NUMBERED OFFENDER IS TO REPORT TO THE ATU ON 02/11/2019 FOR
SUTURE REMOVAL. OFFENDER CAN NOT REFUSE AND SECURITY MUST TRANSPORT



EXPIRES:               02/11/2019
PER ORDERS OF:         DR. CROOK, MD.

CC: INMATE SIGNATURE_____
    SECURITY SIGNATURE_____
    FILE

**ANGOLA STATE PRISON**
**17544 Tunica Trace**
**Angola, LA 71282**
**Phone: (225)655-2309**

**Name:** Glynn Hawkins
**Patient ID:** 300425132
**DOB:** 11/28/1993
**Phone:**
**Acc #:** 3771691
**Secondary ID:** 606437

**Exam Date:** 02/01/2019 03:30 PM
**Exam:** XR FOREARM LEFT 2 VIEWS | 73090
**Referrer:** Physician Unknown,

**EXAM:** XR FOREARM LEFT 2 VIEWS
**CLINICAL HISTORY:** Altercation. Injury.

**FINDINGS:** The radius and ulna appear intact and in good alignment. No foreign body is identified in the soft tissues.

**IMPRESSION:** No acute findings. No fracture or dislocation.

**Report Electronically Signed by: Jeffery Demouy MD**
**Report Electronically Signed on: 02/01/2019**

**Patient Name:** Glynn Hawkins
**Patient ID:** 300425132
**Completed Date:** 02/01/2019 03:30 PM
**Transcribed By:** P360 PowerScribe
**Transcribed Date:** 02/01/2019

**Exam:** XR FOREARM LEFT 2 VIEWS | 73090
**Acc #:** 3771691
**Interpreting Rad:** Jeffery Demouy MD
**Dictated Date:** 02/01/2019 03:35 PM
**Finalized Date:** 02/01/2019 03:35 PM

**ANGOLA STATE PRISON**
**17544 Tunica Trace**
**Angola, LA 71282**
**Phone: (225)655-2309**

| | |
|---|---|
| **Name:** Glynn Hawkins | **Exam Date:** 02/01/2019 03:31 PM |
| **Patient ID:** 300425132 | **Exam:** XR WRIST COMP LEFT MIN 3 VIEWS \| 73110 |
| **DOB:** 11/28/1993 | **Referrer:** Physician Unknown, |
| **Phone:** | |
| **Acc #:** 3771697 | |
| **Secondary ID:** 606437 | |

**EXAM:** XR WRIST COMP LEFT MIN 3 VIEWS
**CLINICAL HISTORY:** Altercation

**FINDINGS:** The bones of the wrist appear intact and in good alignment. No foreign body is seen in the soft tissue

**IMPRESSION:** Negative study.

**Report Electronically Signed by: Jeffery Demouy MD**
**Report Electronically Signed on: 02/01/2019**

| | | | |
|---|---|---|---|
| **Patient Name:** | Glynn Hawkins | **Exam:** | XR WRIST COMP LEFT MIN 3 VIEWS \| 73110 |
| **Patient ID:** | 300425132 | | |
| **Completed Date:** | 02/01/2019 03:31 PM | **Acc #:** | 3771697 |
| **Transcribed By:** | P360 PowerScribe | **Interpreting Rad:** | Jeffery Demouy MD |
| **Transcribed Date:** | 02/01/2019 | **Dictated Date:** | 02/01/2019 03:35 PM |
| | | **Finalized Date:** | 02/01/2019 03:35 PM |

https://ris.brrg.com/Reports/PrintReportCustom.aspx?acc=3771697                 2/1/2019

**ANGOLA STATE PRISON**
**17544 Tunica Trace**
**Angola, LA 71282**
**Phone:  (225)655-2309**

| | |
|---|---|
| **Name:** Glynn Hawkins | **Exam Date:** 02/01/2019 03:31 PM |
| **Patient ID:** 300425132 | **Exam:** XR WRIST COMP LEFT MIN 3 VIEWS \| 73110 |
| **DOB:** 11/28/1993 | **Referrer:** Physician Unknown, |
| **Phone:** | |
| **Acc #:** 3771697 | |
| **Secondary ID:** 606437 | |

**EXAM:** XR WRIST COMP LEFT MIN 3 VIEWS
**CLINICAL HISTORY:** Altercation

**FINDINGS:** The bones of the wrist appear intact and in good alignment. No foreign body is seen in the soft tissue

**IMPRESSION:** Negative study.

**Report Electronically Signed by:  Jeffery Demouy MD**
**Report Electronically Signed on:  02/01/2019**

| | |
|---|---|
| **Patient Name:** Glynn Hawkins | **Exam:** XR WRIST COMP LEFT MIN 3 VIEWS \| 73110 |
| **Patient ID:** 300425132 | **Acc #:** 3771697 |
| **Completed Date:** 02/01/2019 03:31 PM | **Interpreting Rad:** Jeffery Demouy MD |
| **Transcribed By:** P360 PowerScribe | **Dictated Date:** 02/01/2019 03:35 PM |
| **Transcribed Date:** 02/01/2019 | **Finalized Date:** 02/01/2019 03:35 PM |

https://ris.brrg.com/Reports/PrintReportCustom.aspx?acc=3771697                     2/1/2019

**ANGOLA STATE PRISON**
**17544 Tunica Trace**
**Angola, LA 71282**
**Phone: (225)655-2309**

**Name:** Glynn Hawkins
**Patient ID:** 300425132
**DOB:** 11/28/1993
**Phone:**
**Acc #:** 3771691
**Secondary ID:** 606437

**Exam Date:** 02/01/2019 03:30 PM
**Exam:** XR FOREARM LEFT 2 VIEWS | 73090
**Referrer:** Physician Unknown,

**EXAM:** XR FOREARM LEFT 2 VIEWS
**CLINICAL HISTORY:** Altercation. Injury.

**FINDINGS:** The radius and ulna appear intact and in good alignment. No foreign body is identified in the soft tissues.

**IMPRESSION:** No acute findings. No fracture or dislocation.

**Report Electronically Signed by: Jeffery Demouy MD**
**Report Electronically Signed on: 02/01/2019**

**Patient Name:** Glynn Hawkins
**Patient ID:** 300425132
**Completed Date:** 02/01/2019 03:30 PM
**Transcribed By:** P360 PowerScribe
**Transcribed Date:** 02/01/2019

**Exam:** XR FOREARM LEFT 2 VIEWS | 73090
**Acc #:** 3771691
**Interpreting Rad:** Jeffery Demouy MD
**Dictated Date:** 02/01/2019 03:35 PM
**Finalized Date:** 02/01/2019 03:35 PM

## LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER

### DIAGNOSTIC RADIOLOGY

| | | |
|---|---|---|
| ☐ Clinic<br>☐ In-patient - Location Room/Bed _____ | ☒ Emergency Room<br>☐ Isolation | NAME: _Glynn Hawkins_ |
| Diagnosis & Pertinent Clinical Information:<br>_Altercation_ | | DOC#: _606 437_<br>LOCATION: _Pine 3_ |
| Date Exam Desired: | Physician:<br>_Crork_ | AGE: _25_     RACE: _Bm_ |
| Previous X-Ray Done:<br>☐ Yes<br>☐ No | Exam Date: | Exam Time:<br>_____ AM<br>_____ PM |
| Examination Ordered:<br>_(L). Forearm & wrist_ | | |
| Technician Remarks: | | Technician Initials: |

LSP-TCXR 02    Rev. 04/2012

**DIAGNOSTIC RADIOLOGY**

LOUISISANA STATE PENITENTIARY • 17544 TUNICA TRACE • ANGOLA LA 70712 • PHONE 225-655-2286

## ROBERT E. BARROW, JR. TREATMENT CENTER
### EMERGENCY MEDICAL REPORT
### VITAL STATISTICS

DATE: 2/16/19     TIME SEEN: 10:12

NAME: Glynn Hawkins     DOC#: 606437     AGE: 26     RACE: B

LIVING QUARTERS: Hawk     JOB ASSIGNMENT: Janitor     LAST TETANUS: _____

MEDICATIONS: Vaseline paragorfil     ALLERGIES: NKDA
regetol percced neffexor

| DATE OF ACCIDENT: | | TIME OF ACCIDENT: | | | ACCIDENT LOCATION: | | |
|---|---|---|---|---|---|---|---|

| TIME: 10:12 | B/P: 130/78 | PULSE: 80 | RESP: 16 | LOC: AOV3 | TEMP: 98 | BS/Sp02: 100 |
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/Sp02: |
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/Sp02: |

### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: _____

Pt in ATU for suture removal.
Pt has 5 sutures L brow - skin
approximated well, 0 sign of infection

MEDIC SIGNATURE: S McClloke

### PHYSICIAN ASSESSMENT AND TREATMENT

√o Dr. Crook
Remove sutures - don
pt tolerated well

☐ Duty Status _____

☐ Diet _____

☐ Appointment _____

☐ Dressing Change _____

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 1020 | TRANSPORTATION: | DESTINATION: |
|---|---|---|

LSP-TC 16     Rev. 11/99     EMERGENCY MEDICAL REPORT     PAGE ____ OF ____

**Form HC-01-A**
**14 September 2009**

027694

**Health Care Request Form**

Institution: _LSP_

Glynn Hawkins    606137    25    OBD    LTD

Name    DOC#    Age    Housing    Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

SOE

**Health Care Personnel Screening:** Date: 2/2/19   Time: 1113   Location Seen: OBD

(Circle One): **Emergency** / Routine Sick Call / Work Related Allergies: _NKDA_

B/P 118/76   Pulse 78   Resp 16   Temp 98.6   Other _____

**Assessment/Comment:** A&Ox4 ambulatory c/o LBP X 1 day 2°
confrontation c security noted, appear to have extremity
redness/swelling c trauma close of IBU-⊘ ⊘ 2° 200mg PO
for pain

**Disposition:**

MD o/c ⊘

**New Medications Ordered:**

_____
_____
_____   Total #: _____

Screener's Signature: _____

**Health Care Practitioner Notes:**

⊘ Sick call PRN
2/4/19

HCP's Signature: _____   Date: 2/4/19

☐ No Fees  ☐ $3 Access Fee  ☒ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $ 0

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Offender's Signature    606437    2/2/19    Witness Signature

DOC#    Date

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

**LOUSIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**
**REFERRAL SLIP**

015564

DATE: 2/1/19

NAME: Glynn Hawkins DOC#: 606437 HOUSING UNIT: Pine 3

LOCATION SEEN: ATU

REFERRAL TO: ATU

DATE OF REFERRAL: 2.11.19 TIME OF REFERRAL: 9⁰⁰ A.M. P.M.

REASON FOR REFERRAL: Suture Removal

TEMPORARY DUTY STATUS:

TEMPORARY DUTY STATUS EXPIRATION DATE:

Per Dr. Cook / Jackson

SIGNATURE OF HEALTH CARE PROVIDER

CC: HIM         (WHITE)
    PATIENT     (YELLOW)
    SECURITY    (PINK)

LSP-TCEMS 01   REV. 10/97

LUISANA STATE PENITENTIARY • 17544 TUNICA TRACE • ANGOLA, LA 70712 • PHONE 225-655-2286
ROBERT E. BARROW, JR. TREATMENT CENTER
ACCIDENT / INJURY REPORT
VITAL STATISTICS

DATE: 2 / 1 / 19                                          TIME SEEN: 15:09

NAME: Glynn Hawkins     DOC#: 606437     AGE: 26     RACE: B

LIVING QUARTERS: Pine 3     JOB ASSIGNMENT: Ord     LAST TETANUS:

MEDICATIONS: Effexor ER Paratin fite, Tegretol, excedrin     ALLERGIES: NKDA

DATE OF ACCIDENT: 2/1/19     TIME OF ACCIDENT: ~14:45     ACCIDENT LOCATION: on block Oak side

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/SpO2 |
|------|-----|-------|------|-----|------|---------|
| 15:09 | 139/76 | 121 | 20 | A+Ox3 | 97.6 | 97% RA |
| 15:57 | 130/74 | 100 | 20 | A+Ox3 | — | 97% RA |
| | / | | | | | |

CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT:
Offender to the ATU being escorted by Security p altercation c security. Offender has 3 cm laceration to the (L) eyebrow. Bleeding controlled A+Ox3, skin W/D, BBS CTA. Ø other obvious trauma noted.

MEDIC SIGNATURE: Sharon Lachryn

PHYSICIAN ASSESSMENT AND TREATMENT

☐CATEGORY A          ☐CATEGORY B          ☐CATEGORY C
***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

Wound on (L) eyebrow cleaned c H2O. ssm
(L) Orbital Rx - 3cm suture
(L) Arm difficulty Tender - noto sensory & vascular function intact
5-0 Ethilon - 5 Simple Sutures     Suture out in 10 Days x (L)  #01556
XRay: Negative

☐Duty Status _____          ☐Appointment _____
☐Diet _____                ☐Dressing Change _____

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 1558 | TRANSPORTATION: ambulatory | DESTINATION: RTQ |
|---|---|---|

LSP-TC 07     Rev. 04/2018     ACCIDENT/INJURY REPORT     PAGE ____ OF ____

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
ANGOLA, LOUISIANA 70712

## AUTHORIZATION FOR SURGICAL TREATMENT

**PLEASE READ THE FORM CAREFULLY.** State law requires us to obtain your consent for your contemplated surgery. What you are being asked to sign is confirmation that we have discussed the nature and purpose of your contemplated operation and the risks associated with it, and that we have answered all of your questions in a satisfactory manner. Ask about anything you do not understand.

1. I hereby authorize ___Dr. Crook___ With associates or assistants of his choice to perform upon ___Glynn Hawkins___ ___606431___ the following surgical, diagnostic or medical
procedure ___Sutures to () eye___

Name        DOC#

Including any necessary or advisable anesthesia, to include local anesthesia and outpatient anesthesia (i.e. I.V. sedation). I further advise the doctors to perform any other procedure that in their judgement is advisable for my well being. This operation has been explained to me. Alternative methods of treatment, if any, have also been explained to me, as have the advantages and disadvantages of each. I am advised that though good results are expected, the possibility and nature of complications cannot be accurately anticipated and that, therefore, there can be no guarantee as expressed or implied either as to the results of the medical procedure or as to cure.

2. In general terms, the nature and purpose of this operation or medical procedure is:

Some risks (but not all) known to be associated with this procedure, including anesthesia are:

I have been informed of the probability of occurrence of each of the foregoing risks as the result of, or in connection with, the surgical or medical procedure contemplated herein.

I hereby authorize and direct the above named doctor with associates or assistants to provide such additional services as they may deem reasonable and necessary including, but not limited to, the administration of any anesthetic agent, or services of the x-ray department or laboratories, and hereby consent thereto.

I hereby state that I have read and understand the consent, all questions about the procedure(s) have been answered in a satisfactory manner, and that all blanks were filled in prior to my signature. This consent is valid until revoked by me in writing.

SIGNATURE OF PATIENT: X_____   DATE: 2/1/19

SIGNATURE OF RELATIVE: _____
SIGNATURE OF REPRESENTATIVE: _____   (Where Required)
(Where Required)
WITNESS: _____

certify that all blanks in this form were filled in prior to signature and I explained them to the patient or his representative before requesting the patient or his representative to sign it.

_____
Signature of the above named physician