```
110k2S
   DATE: 07/20/2020                          DPS&C CORRECTIONS SERVICES                    KTTRANS
   TIME: 14:44:08                       CAPPED TRAINING - EMPLOYEE TRANSCRIPT              PAGE 001 OF 009
                                         DATE RANGE: 01/01/18 THRU 07/20/20

     EMPLOYEE: 118573   RHEAMS, LUCAS J                    R/S: CM


CRS CRS  CLASS  CLSS  FINISH  E CLASS  HRS YRL                                                PRO
TYP NUM  NUMBR  LOCN   DATE   S HOURS  ACM TOT      COURSE  NAME        PRIMARY  INSTRUCTOR   VID        COMMENTS
=== ===  =====  ====  ======= = ====== =======  =========================  ===================  ===  ===============================
ADM 263  00444  TAC   07/08/20 P 008.00   72.00  RESTRICTIVE HOUSING                               LSP  RESTRICTIVE HOUSING INSERVICE
SEC 019  40562  LSP   06/23/20 P 000.50   64.00  PROCESS AND PROCEDURE FOR                         LSP  PREA
SEC 019  40571  LSP   06/10/20 P 000.25   63.50  PROCESS AND PROCEDURE FOR                         LSP  FIRE & EMERGENCY PROCEDURES
SEC 021  03163  LSP   06/03/20 P 001.00   63.25  TACT TEAM TRAINING                                LSP  TACTICAL COMMANDERS MEETING
SEC 007  03887  LSP   06/02/20 P 002.00   62.25  CHASE TEAM & SCENARIOS                            LSP  DOCCLS56220
STY 006  23488  LSP   05/27/20 P 000.25   60.25  SAFETY TRAINING TOPICS                            LSP  HAZCOM
SEC 007  03886  LSP   05/26/20 P 001.50   60.00  CHASE TEAM & SCENARIOS                            LSP  DOCCLS52620
SEC 007  03878  LSP   05/26/20 P 001.50   58.50  CHASE TEAM & SCENARIOS                            LSP  MANTRACKING WITH BLOOKHOUND KAT
SEC 019  40362  LSP   05/20/20 P 000.25   57.00  PROCESS AND PROCEDURE FOR                         LSP  PREA REFRESHER: OFFENDER PRIVAC
SEC 021  03162  LSP   05/15/20 P 001.00   56.75  TACT TEAM TRAINING                                LSP  TACT TEAM COMMANDERS MEETING
SEC 008  02702  LSP   05/15/20 P 000.25   55.75  CHEMICAL WEAPONS USE OF                           LSP  USE OF FORCE (CHEMICAL AGENT)
ADM 116  28486  TAC   05/15/20 P 000.50   55.50  STAFF MEETING                                     LSP  WARDEN'S MEETING
ADM 116  28440  LSP   05/13/20 P 000.50   55.00  STAFF MEETING                                     LSP  STAFF MEETING
SEC 019  40062  LSP   05/07/20 P 000.25   54.50  PROCESS AND PROCEDURE FOR                         LSP  PROHIBITED POLITICAL ACTIVITY
STY 006  23414  LSP   05/06/20 P 000.25   54.25  SAFETY TRAINING TOPICS                            LSP  HAZARD COMMUNICATIONS: UNDERSTA
SEC 019  40072  LSP   05/06/20 P 000.25   54.00  PROCESS AND PROCEDURE FOR                         LSP  PROHIBITED POLITICAL ACTIVITY
STY 006  23415  LSP   05/05/20 P 000.25   53.75  SAFETY TRAINING TOPICS                            LSP  PERSONAL PROTECTIVE EQUIPMENT
STY 006  23416  LSP   05/04/20 P 000.25   53.50  SAFETY TRAINING TOPICS                            LSP  PERSONAL PROTECTIVE EQUIPMENT
ADM 280  00319  LSP   04/28/20 P 000.50   53.25  COVID-19 GOVERNOR PROC                            LSP  COVID-19 MEETING
SEC 019  39922  LSP   04/27/20 P 000.25   52.75  PROCESS AND PROCEDURE FOR                         LSP  RC SAFETY PROCEDURES
SEC 019  39882  LSP   04/22/20 P 000.25   52.50  PROCESS AND PROCEDURE FOR                         LSP  SAFETY PROCEDURES
SEC 019  39883  LSP   04/21/20 P 000.25   52.25  PROCESS AND PROCEDURE FOR                         LSP  SAFETY PROCEDURES
SEC 019  39874  LSP   04/20/20 P 000.25   52.00  PROCESS AND PROCEDURE FOR                         LSP  PREA REFRESHER: FIRST RESPONDER
SEC 019  39878  LSP   04/16/20 P 000.25   51.75  PROCESS AND PROCEDURE FOR                         LSP  PREA REFRESHERS: FIRST RESPONDE
SEC 019  39759  LSP   04/14/20 P 000.25   51.50  PROCESS AND PROCEDURE FOR                         LSP  PREA REFRESHER: PRISONS AND JAI
SEC 019  39644  LSP   04/13/20 P 000.25   51.25  PROCESS AND PROCEDURE FOR                         LSP  PREA REFRESHER: PRISON AND JAIL
SEC 019  39642  LSP   04/08/20 P 000.25   51.00  PROCESS AND PROCEDURE FOR                         LSP  PREA REFRESHER: PRISONS AND JAI
SEC 019  39921  LSP   04/07/20 P 000.25   50.75  PROCESS AND PROCEDURE FOR                         LSP  DISPOSAL OF OFFENDER PERSONAL B
SEC 019  39560  LSP   04/06/20 P 000.25   50.50  PROCESS AND PROCEDURE FOR                         LSP  DISPOSAL OF OFFENDER PERSONAL B
SEC 019  39564  LSP   04/03/20 P 000.25   50.25  PROCESS AND PROCEDURE FOR                         LSP  DISPOSAL OF OFFENDER PERESONAL
```

```
DATE: 07/20/2020                              DPS&C CORRECTIONS SERVICES                    KTTRANS
TIME: 14:44:08                            CAPPED TRAINING - EMPLOYEE TRANSCRIPT             PAGE 002 OF 009
                                          DATE RANGE: 01/01/18 THRU 07/20/20

        EMPLOYEE: 118573   RHEAMS, LUCAS J               R/S: CM
```

| CRS TYP | CRS NUM | CLASS NUMBR | CLSS LOCN | FINISH DATE | E S | CLASS HOURS | HRS ACM | YRL TOT | COURSE NAME | PRIMARY INSTRUCTOR | PROVID | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEC | 019 | 39593 | LSP | 04/02/20 | P | 000.25 | | 50.00 | PROCESS AND PROCEDURE FOR | | LSP | DISPOSOAL OF OFFENDER PERSONAL |
| SEC | 019 | 39581 | LSP | 04/01/20 | P | 000.25 | | 49.75 | PROCESS AND PROCEDURE FOR | | LSP | DISPOSAL OF OFFENDER PERSONAL B |
| ADM | 116 | 28360 | LSP | 04/01/20 | P | 000.50 | | 49.50 | STAFF MEETING | | LSP | STAFF MEETING ON CORONA VIRUS |
| WBT | 175 | 00126 | WEB | 03/31/20 | P | 001.00 | | 49.00 | PREVENTING SEXUAL HARASSM | | RSK | PREVENTING SEXUAL HARASSMENT FO |
| SEC | 019 | 39380 | LSP | 03/31/20 | P | 001.00 | | 48.00 | PROCESS AND PROCEDURE FOR | | LSP | DISPOSAL OF OFFENDER PERSONAL B |
| IMT | 014 | 10993 | WEB | 03/31/20 | P | 001.00 | | 47.75 | SEXUAL HARASSMENT | | RSK | SEXUAL HARASSMENT |
| HLS | 069 | 05367 | WEB | 03/31/20 | P | 001.00 | | 46.75 | BLOODBORNE PATHOGENS | | RSK | BLOODBORNE PATHOGENS |
| DLC | 001 | 07728 | WEB | 03/31/20 | P | 001.00 | | 45.75 | DEFENSIVE DRIVING | | RSK | DEFENSIVE DRIVING |
| ADM | 240 | 03122 | WEB | 03/31/20 | P | 001.00 | | 44.75 | ETHICS-LA CODE FOR PUBLIC | | CVS | LA CODE OF GOVERNMENTAL ETHICS |
| SEC | 019 | 39584 | LSP | 03/30/20 | P | 000.25 | | 43.75 | PROCESS AND PROCEDURE FOR | | LSP | RC DISPOSAL OF OFFENDER PERSONA |
| SEC | 019 | 39525 | LSP | 03/27/20 | P | 000.25 | | 43.50 | PROCESS AND PROCEDURE FOR | | LSP | DISPOSAL OF OFFENDER PERSONAL B |
| SEC | 019 | 39561 | LSP | 03/26/20 | P | 000.25 | | 43.25 | PROCESS AND PROCEDURE FOR | | LSP | DISPOSAL OF OFFENDER PERSONAL B |
| SEC | 019 | 39530 | LSP | 03/25/20 | P | 000.25 | | 43.00 | PROCESS AND PROCEDURE FOR | | LSP | DISPOSAL OF OFFENDER PERSONAL B |
| SEC | 019 | 39361 | LSP | 03/24/20 | P | 000.25 | | 42.75 | PROCESS AND PROCEDURE FOR | | LSP | DISPOSAL OF OFFENDER PERSONAL B |
| SEC | 019 | 39291 | LSP | 03/23/20 | P | 000.25 | | 42.50 | PROCESS AND PROCEDURE FOR | | LSP | DISPOSAL OF OFFENDER PERSONAL B |
| ADM | 116 | 28357 | LSP | 03/20/20 | P | 001.00 | | 42.25 | STAFF MEETING | | LSP | STAFF MEETING |
| SEC | 019 | 39258 | LSP | 03/19/20 | P | 000.25 | | 41.25 | PROCESS AND PROCEDURE FOR | | LSP | RC RETURN TO WORK |
| SEC | 227 | 00012 | TAC | 03/18/20 | P | 016.00 | | 41.00 | 2020 CORRESPONDENCE-INDEP | | LSP | INSERVICE INDEPENDENT READING |
| ADM | 116 | 28389 | LSP | 03/18/20 | P | 000.50 | | 25.00 | STAFF MEETING | | LSP | |
| SEC | 226 | 00049 | TAC | 03/17/20 | P | 008.00 | | 24.50 | 2020 CLASSROOM INSTRUCTIO | | LSP | INSERVICE CRI |
| SEC | 019 | 39337 | LSP | 03/17/20 | P | 000.25 | | 16.50 | PROCESS AND PROCEDURE FOR | | LSP | Return to Work Following a Work |
| ADM | 280 | 00069 | LSP | 03/12/20 | P | 000.25 | | 16.25 | COVID-19 GOVERNOR PROC | | LSP | |
| SEC | 019 | 39004 | LSP | 03/10/20 | P | 000.25 | | 16.00 | PROCESS AND PROCEDURE FOR | | LSP | RETURN TO WORK |
| ADM | 116 | 28337 | LSP | 03/05/20 | P | 001.00 | | 15.75 | STAFF MEETING | | LSP | MARCH SUPERVISOR MEETING |
| ADM | 116 | 28338 | LSP | 03/03/20 | P | 001.00 | | 14.75 | STAFF MEETING | | LSP | MARCH SUPERVISOR MEETING |
| MIS | 009 | 10106 | LSP | 02/27/20 | P | 000.25 | | 13.75 | PREA SEXUAL ASSAULT-ABUSE | | LSP | RC/PREA REFRESHER:PROF COMMUNIC |
| ADM | 116 | 28251 | LSP | 02/26/20 | P | 001.00 | | 13.50 | STAFF MEETING | | LSP | STFMTG |
| FRM | 008 | 09168 | LSP | 02/24/20 | P | 004.00 | | 12.50 | FIREARMS CERTIFICATION ON | | LSP | |
| IMT | 014 | 10813 | LSP | 02/21/20 | P | 000.25 | | 8.50 | SEXUAL HARASSMENT | | LSP | SEXUAL HARASSMENT |
| ADM | 116 | 28250 | LSP | 02/13/20 | P | 001.00 | | 8.25 | STAFF MEETING | | LSP | STFMTG |

```
DATE: 07/20/2020                           DPS&C CORRECTIONS SERVICES                    KTTRANS
TIME: 14:44:08                         CAPPED TRAINING - EMPLOYEE TRANSCRIPT             PAGE 003 OF 009
                                         DATE RANGE: 01/01/18 THRU 07/20/20

     EMPLOYEE: 118573   RHEAMS, LUCAS J                       R/S: CM
```

| CRS TYP | CRS NUM | CLASS NUMBR | CLSS LOCN | FINISH DATE | E S | CLASS HOURS | HRS ACM | YRL TOT | COURSE NAME | PRIMARY INSTRUCTOR | PRO VID | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IMT | 014 | 10770 | LSP | 02/11/20 | P | 000.25 | | 7.25 | SEXUAL HARASSMENT | | LSP | RC/SEXUAL HARASSMENT |
| ADM | 116 | 28219 | LSP | 02/11/20 | P | 001.00 | | 7.00 | STAFF MEETING | | LSP | STAFF MEETING |
| ADM | 116 | 28209 | LSP | 02/06/20 | P | 000.50 | | 6.00 | STAFF MEETING | | LSP | STAFF MEETING |
| STY | 057 | 03759 | LSP | 01/30/20 | P | 001.00 | | 5.50 | SAFETY TOPIC MEETING | | LSP | SFTY OFF. TRN./HAZARD MATERIAL |
| ADM | 116 | 28193 | LSP | 01/28/20 | P | 000.75 | | 4.50 | STAFF MEETING | | LSP | |
| SEC | 019 | 38939 | LSP | 01/26/20 | P | 000.25 | | 3.75 | PROCESS AND PROCEDURE FOR | | LSP | RC/OPEN DISCUSSION |
| SEC | 019 | 38937 | LSP | 01/24/20 | P | 000.25 | | 3.50 | PROCESS AND PROCEDURE FOR | | LSP | RC/OPEN DISCUSSION |
| IMT | 014 | 10504 | LSP | 01/23/20 | P | 000.25 | | 3.25 | SEXUAL HARASSMENT | | LSP | RC/SEXUAL HARASSMENT |
| ADM | 116 | 28125 | LSP | 01/17/20 | P | 001.00 | | 3.00 | STAFF MEETING | | LSP | STFMTG/PARCHMAN |
| ADM | 116 | 28220 | LSP | 01/16/20 | P | 001.00 | | 2.00 | STAFF MEETING | | LSP | STAFF MEETING (MONTHLY) |
| SEC | 019 | 38934 | LSP | 01/15/20 | P | 000.25 | | 1.00 | PROCESS AND PROCEDURE FOR | | LSP | RC/OPEN DISCUSSION |
| SEC | 041 | 05482 | LSP | 01/13/20 | P | 000.25 | | 0.75 | SEARCHES AND PATDOWNS | | LSP | RC/SEARCHES OF OFFENDERS |
| SEC | 019 | 38933 | LSP | 01/07/20 | P | 000.25 | | 0.50 | PROCESS AND PROCEDURE FOR | | LSP | SFTYMTG/PRISON PROBLEMS |
| SEC | 019 | 38849 | LSP | 01/06/20 | P | 000.25 | | 0.25 | PROCESS AND PROCEDURE FOR | | LSP | RC/PRISON PROBLEMS |
| STY | 003 | 05352 | LSP | 12/26/19 | P | 000.25 | 183.85 | | EMERGENCY PREPAREDNESS | | LSP | RC/SEC CONCERNS DURING HOLIDAYS |
| STY | 003 | 05347 | LSP | 12/23/19 | P | 000.25 | 183.60 | | EMERGENCY PREPAREDNESS | | LSP | RC/SEC CONCERNS DURING HOLIDAYS |
| STY | 003 | 05286 | LSP | 12/20/19 | P | 000.25 | 183.35 | | EMERGENCY PREPAREDNESS | | LSP | SECURITY CONCERNS DURING THE HO |
| STY | 003 | 05289 | LSP | 12/19/19 | P | 000.25 | 183.10 | | EMERGENCY PREPAREDNESS | | LSP | SECURITY CONCERNS DURING THE HO |
| STY | 003 | 05288 | LSP | 12/18/19 | P | 000.25 | 182.85 | | EMERGENCY PREPAREDNESS | | LSP | SECURITY CONCERNS DURING THE HO |
| ADM | 116 | 27977 | LSP | 12/10/19 | P | 000.50 | 182.60 | | STAFF MEETING | | LSP | STFMTG |
| ADM | 263 | 00120 | LSP | 12/09/19 | P | 000.25 | 182.10 | | RESTRICTIVE HOUSING | | LSP | RC/RESTRICTIVE HOUSING |
| ADM | 263 | 00084 | LSP | 12/05/19 | P | 000.50 | 181.85 | | RESTRICTIVE HOUSING | | LSP | RC/RESTRICTIVE HOUSING |
| ADM | 263 | 00111 | LSP | 12/03/19 | P | 000.25 | 181.35 | | RESTRICTIVE HOUSING | | LSP | RC/RESTRICTIVE HOUSING |
| ADM | 116 | 27967 | LSP | 12/03/19 | P | 001.00 | 181.10 | | STAFF MEETING | | LSP | STFMTG/SUPERVISOR MTG |
| ADM | 016 | 06767 | LSP | 11/27/19 | P | 000.25 | 180.10 | | EMPLOYEE RULES AND DISCIP | | LSP | EMPLOYEE MANUAL |
| ADM | 116 | 27927 | LSP | 11/20/19 | P | 001.00 | 179.85 | | STAFF MEETING | | LSP | |
| ADM | 016 | 06597 | LSP | 11/18/19 | P | 000.25 | 178.85 | | EMPLOYEE RULES AND DISCIP | | LSP | RC/EMPLOYEE MANUAL |
| SEC | 199 | 00541 | LSP | 11/07/19 | P | 006.00 | 178.60 | | SHAKEDOWNS | | LSP | SHAKEDOWN LSP |
| SEC | 103 | 03964 | LSP | 11/07/19 | P | 000.25 | 172.60 | | OFFENDER RIGHTS & RESPONS | | LSP | RC/CIVIL RIGHTS OF OFFENDERS |
| ADM | 116 | 27929 | LSP | 11/07/19 | P | 001.00 | 172.35 | | STAFF MEETING | | LSP | |

```
DATE: 07/20/2020                            DPS&C CORRECTIONS SERVICES                        KTTRANS
TIME: 14:44:08                        CAPPED TRAINING - EMPLOYEE TRANSCRIPT                   PAGE 004 OF 009
                                        DATE RANGE: 01/01/18 THRU 07/20/20


     EMPLOYEE: 118573   RHEAMS, LUCAS J                    R/S: CM
```

| CRS TYP | CRS NUM | CLASS NUMBR | CLSS LOCN | FINISH DATE | E S | CLASS HOURS | HRS ACM | YRL TOT | COURSE NAME | PRIMARY INSTRUCTOR | PRO VID | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEC | 007 | 03828 | LSP | 11/06/19 | P | 004.00 | 171.35 | | CHASE TEAM & SCENARIOS | | LSP | TRACKING W/BLOODHOUNDS |
| SEC | 103 | 03954 | LSP | 11/05/19 | P | 000.50 | 167.35 | | OFFENDER RIGHTS & RESPONS | | LSP | RC/CIVIL RIGHTS OF OFFENDERS |
| ADM | 116 | 27928 | LSP | 11/05/19 | P | 001.00 | 166.85 | | STAFF MEETING | | LSP | |
| ADM | 116 | 27831 | LSP | 10/30/19 | P | 001.00 | 165.85 | | STAFF MEETING | | LSP | STAFF MEETING |
| ADM | 194 | 28431 | LSP | 10/29/19 | P | 000.25 | 164.85 | | INSTITUTIONAL POLICIES & | | LSP | NO TOLERANCE FOR NONPROFESSIONA |
| ADM | 194 | 28430 | LSP | 10/24/19 | P | 000.25 | 164.60 | | INSTITUTIONAL POLICIES & | | LSP | NO TOLERANCE FOR NONPROFESSIONA |
| ADM | 116 | 27818 | LSP | 10/24/19 | P | 001.50 | 164.35 | | STAFF MEETING | | LSP | STAFF MEETING |
| SEC | 021 | 03118 | LSP | 10/22/19 | P | 001.00 | 162.85 | | TACT TEAM TRAINING | | LSP | TACT TEAM MEETING |
| ADM | 194 | 28424 | LSP | 10/21/19 | P | 000.25 | 161.85 | | INSTITUTIONAL POLICIES & | | LSP | NO TOLERANCE FOR NONPROFESSIONA |
| RPT | 007 | 06916 | LSP | 10/18/19 | P | 000.25 | 161.60 | | REPORT WRITING | | LSP | |
| RPT | 007 | 06749 | LSP | 10/09/19 | P | 000.25 | 161.35 | | REPORT WRITING | | LSP | RC/REPORT WRITING |
| SEC | 105 | 08309 | LSP | 10/05/19 | P | 000.25 | 161.10 | | SECURITY PROCEDURES | | LSP | RC/OFFENDER CONTROL TECH |
| SEC | 105 | 08306 | LSP | 10/05/19 | P | 000.25 | 160.85 | | SECURITY PROCEDURES | | LSP | RC/OFFENDER CONTROL TECH |
| SEC | 105 | 08308 | LSP | 10/04/19 | P | 000.25 | 160.60 | | SECURITY PROCEDURES | | LSP | RC/OFFENDER CONTROL TECH |
| ADM | 116 | 27694 | LSP | 09/24/19 | P | 002.00 | 160.35 | | STAFF MEETING | | LSP | LEADERSHIP MEETING & TRAINING W |
| ACA | 017 | 04217 | LSP | 09/22/19 | P | 000.25 | 158.35 | | DEESCALATION TECHNIQUES | | LSP | RC/DE-ESCALATION SKILLS |
| ADM | 116 | 27716 | LSP | 09/19/19 | P | 000.25 | 158.10 | | STAFF MEETING | | LSP | STFMTG/SUPERVISOR MTG |
| ADM | 116 | 27717 | LSP | 09/17/19 | P | 000.50 | 157.85 | | STAFF MEETING | | LSP | STFMTG/SUPERVISOR MEETING |
| ADM | 116 | 27682 | LSP | 09/17/19 | P | 000.50 | 157.35 | | STAFF MEETING | | LSP | STF MTG |
| ACA | 017 | 04219 | LSP | 09/17/19 | P | 000.25 | 156.85 | | DEESCALATION TECHNIQUES | | LSP | RC/DE-ESCALATION SKILLS |
| ACA | 017 | 04040 | LSP | 09/16/19 | P | 000.25 | 156.60 | | DEESCALATION TECHNIQUES | | LSP | RC/DE-ESCALATION SKILLS |
| ACA | 017 | 04037 | LSP | 09/13/19 | P | 000.25 | 156.35 | | DEESCALATION TECHNIQUES | | LSP | RC/DE-ESCALATION SKILLS |
| ADM | 116 | 27653 | LSP | 09/06/19 | P | 001.00 | 156.10 | | STAFF MEETING | | LSP | STFMTG/WARDENS/COLS  EETING |
| ADM | 116 | 27606 | LSP | 08/23/19 | P | 000.50 | 155.10 | | STAFF MEETING | | LSP | |
| ADM | 116 | 27563 | LSP | 08/16/19 | P | 000.10 | 154.60 | | STAFF MEETING | | LSP | STFMTG |
| ADM | 116 | 27618 | LSP | 08/14/19 | P | 001.00 | 154.50 | | STAFF MEETING | | LSP | AUGUST SUPERVISOR MEETING |
| SEC | 045 | 06744 | LSP | 08/07/19 | P | 000.25 | 153.50 | | OFFENDER RULES AND REGULA | | LSP | |
| ADM | 116 | 27542 | LSP | 08/01/19 | P | 000.50 | 153.25 | | STAFF MEETING | | LSP | WARDEN'S MEETING |
| SEC | 147 | 03659 | LSP | 07/31/19 | P | 000.25 | 152.75 | | COUNT PROCEDURES | | LSP | OFFENDER COUNTS & PROCEDURES |
| ADM | 116 | 27566 | LSP | 07/31/19 | P | 001.50 | 152.50 | | STAFF MEETING | | LSP | DB CHAIRMAN MEETING |

```
DATE: 07/20/2020                          DPS&C CORRECTIONS SERVICES                        KTTRANS
TIME: 14:44:08                      CAPPED TRAINING - EMPLOYEE TRANSCRIPT                    PAGE 005 OF 009
                                     DATE RANGE: 01/01/18 THRU 07/20/20

        EMPLOYEE: 118573    RHEAMS, LUCAS J                    R/S: CM
```

| CRS TYP | CRS NUM | CLASS NUMBR | CLSS LOCN | FINISH DATE | E S | CLASS HOURS | HRS ACM | YRL TOT | COURSE NAME | PRIMARY INSTRUCTOR | PRO VID | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADM | 108 | 10473 | LSP | 07/30/19 | P | 000.25 | | 151.00 | DRUG FREE WORK PLACE | | LSP | DRUG FREE WORK PLACE |
| SEC | 147 | 03440 | LSP | 07/24/19 | P | 000.25 | | 150.75 | COUNT PROCEDURES | | LSP | RC-OFFENDER CTS & PROCS |
| ADM | 203 | 03913 | LSP | 07/14/19 | P | 000.25 | | 150.50 | LEAVE POLICY | | LSP | RC/EMPLOYEE LEAVE |
| ADM | 203 | 03912 | LSP | 07/13/19 | P | 000.25 | | 150.25 | LEAVE POLICY | | LSP | RC/EMPLOYEE LEAVE |
| ADM | 203 | 03905 | LSP | 07/13/19 | P | 000.25 | | 150.00 | LEAVE POLICY | | LSP | RC/EMPLOYEE LEAVE |
| ADM | 203 | 03911 | LSP | 07/12/19 | P | 000.25 | | 149.75 | LEAVE POLICY | | LSP | RC/EMPLOYEE LEAVE |
| SEC | 043 | 00076 | LSP | 07/10/19 | P | 000.25 | | 149.50 | PHYSICAL RESTRAINT TECHNI | | LSP | RC/USE OF PAPER GOWN;MASK & 4-P |
| ADM | 203 | 03910 | LSP | 07/09/19 | P | 000.25 | | 149.25 | LEAVE POLICY | | LSP | RC/EMPLOYEE LEAVE |
| ADM | 116 | 27404 | LSP | 07/08/19 | P | 001.00 | | 149.00 | STAFF MEETING | | LSP | STFMTG |
| SEC | 075 | 09573 | TAC | 06/26/19 | P | 003.00 | | 148.00 | USE OF FORCE | | LSP | FBI CIVIL RIGHTS/ PUBLIC CORRUP |
| ADM | 116 | 27268 | LSP | 06/12/19 | P | 001.00 | | 145.00 | STAFF MEETING | | LSP | WARDENS MEETING |
| SEC | 008 | 02659 | TAC | 06/11/19 | P | 001.00 | | 144.00 | CHEMICAL WEAPONS USE OF | | LSP | ANNUAL SUPERVISOR CHEMICAL AGEN |
| HLS | 082 | 00030 | TAC | 06/11/19 | P | 000.50 | | 143.00 | NALOXONE-ADMINISTRATION-T | | LSP | ANNUAL SUPERVISOR NORCAN TRAINI |
| ADM | 272 | 00001 | TAC | 06/11/19 | P | 008.00 | | 142.50 | DOC SUPERVISOR TRAINING ( | | LSP | EMOTIONAL INTELL. DOCUMENT AND |
| ADM | 154 | 01014 | TAC | 06/11/19 | P | 001.00 | | 134.50 | DRUG TESTING | | LSP | ANNUAL SUPERVISOR TOX CUP TRAIN |
| ADM | 116 | 27290 | LSP | 06/07/19 | P | 001.00 | | 133.50 | STAFF MEETING | | LSP | WARDEN'S MEETING |
| ADM | 116 | 27259 | LSP | 06/06/19 | P | 001.00 | | 132.50 | STAFF MEETING | | LSP | JUNE 2019 |
| SEC | 041 | 04977 | LSP | 06/04/19 | P | 000.25 | | 131.50 | SEARCHES AND PATDOWNS | | LSP | OFFENDER SEARCHES |
| SEC | 041 | 04976 | LSP | 06/03/19 | P | 000.25 | | 131.25 | SEARCHES AND PATDOWNS | | LSP | OFFENDER SEARCHES |
| SEC | 186 | 03209 | LSP | 05/30/19 | P | 000.25 | | 131.00 | SOCIAL NETWORKING | | LSP | |
| ADM | 116 | 27220 | LSP | 05/29/19 | P | 001.50 | | 130.75 | STAFF MEETING | | LSP | WARDENS & COLONELS |
| SEC | 186 | 03086 | LSP | 05/22/19 | P | 000.25 | | 129.25 | SOCIAL NETWORKING | | LSP | |
| ADM | 116 | 27274 | LSP | 05/20/19 | P | 001.00 | | 129.00 | STAFF MEETING | | LSP | SUPERVISOR MEETING |
| ACA | 008 | 01357 | LSP | 05/20/19 | P | 001.00 | | 128.00 | ACA (TITLE IN COMMENTS) | | LSP | ACA AUDIT |
| ADM | 194 | 27742 | LSP | 05/18/19 | P | 000.25 | | 127.00 | INSTITUTIONAL POLICIES & | | LSP | PROHIBITED POLITICAL ACTIVITY |
| ADM | 116 | 27171 | LSP | 05/16/19 | P | 001.00 | | 126.75 | STAFF MEETING | | LSP | MAY SUPERVISOR MEETING |
| ADM | 116 | 27161 | LSP | 05/16/19 | P | 002.00 | | 125.75 | STAFF MEETING | | LSP | 2018 EMPLOYEE AWARDS |
| ADM | 194 | 27589 | LSP | 05/14/19 | P | 000.25 | | 123.75 | INSTITUTIONAL POLICIES & | | LSP | PROHIBITED POLITICAL ACTIVITY |
| ADM | 116 | 27170 | LSP | 05/14/19 | P | 001.00 | | 123.50 | STAFF MEETING | | LSP | MAY SUPERVISOR MEETING |
| ADM | 116 | 27155 | LSP | 05/14/19 | P | 001.50 | | 122.50 | STAFF MEETING | | LSP | 2017 EMPLOYEE AWARDS |

```
DATE: 07/20/2020                          DPS&C CORRECTIONS SERVICES                    KTTRANS
TIME: 14:44:08                      CAPPED TRAINING - EMPLOYEE TRANSCRIPT               PAGE 006 OF 009
                                     DATE RANGE: 01/01/18 THRU 07/20/20


     EMPLOYEE: 118573    RHEAMS, LUCAS J                    R/S: CM
```

| CRS TYP | CRS NUM | CLASS NUMBR | CLSS LOCN | FINISH DATE | E S | CLASS HOURS | HRS ACM | YRL TOT | COURSE NAME | PRIMARY INSTRUCTOR | PRO VID | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADM | 194 | 27520 | LSP | 05/09/19 | P | 000.25 | | 121.00 | INSTITUTIONAL POLICIES & | | LSP | PROHIBITED POLITICAL ACTIVITY |
| ADM | 194 | 27516 | LSP | 05/07/19 | P | 000.25 | | 120.75 | INSTITUTIONAL POLICIES & | | LSP | PROHIBITED POLITICAL ACTIVITY |
| SEC | 021 | 03008 | LSP | 05/03/19 | P | 007.00 | | 120.50 | TACT TEAM TRAINING | | LSP | |
| SEC | 021 | 03006 | LSP | 04/27/19 | P | 011.00 | | 113.50 | TACT TEAM TRAINING | | LSP | RODEO |
| STY | 016 | 09737 | LSP | 04/24/19 | P | 000.25 | | 102.50 | SAFETY PROCEDURES | | LSP | |
| ADM | 116 | 27040 | LSP | 04/23/19 | P | 000.75 | | 102.25 | STAFF MEETING | | LSP | |
| SEC | 007 | 03758 | LSP | 04/22/19 | P | 004.00 | | 101.50 | CHASE TEAM & SCENARIOS | | LSP | MANTRACKING WITH BLOODHOUNDS |
| SEC | 021 | 02995 | LSP | 03/26/19 | P | 010.00 | | 97.50 | TACT TEAM TRAINING | | LSP | CERTIFICATION OF TRAINING PPCT |
| SEC | 007 | 03761 | WCC | 03/22/19 | P | 014.00 | | 87.50 | CHASE TEAM & SCENARIOS | | WCC | MAN TRACKING SEMINAR |
| SEC | 021 | 02990 | LSP | 03/18/19 | P | 010.00 | | 73.50 | TACT TEAM TRAINING | | LSP | CERTIFICATION OF TRAINING PPCT |
| ADM | 116 | 26942 | LSP | 03/14/19 | P | 001.00 | | 63.50 | STAFF MEETING | | LSP | WARDEN'S MEETING |
| ADM | 064 | 01274 | LSP | 03/14/19 | P | 000.25 | | 62.50 | RETURN TO WORK | | LSP | |
| SEC | 007 | 03756 | LSP | 03/12/19 | P | 001.00 | | 62.25 | CHASE TEAM & SCENARIOS | | LSP | MANTRACKING WITH BLOODHOUND |
| SEC | 019 | 38644 | LSP | 03/08/19 | P | 000.25 | | 61.25 | PROCESS AND PROCEDURE FOR | | LSP | LEO DO'S & DON'TS |
| SEC | 019 | 38643 | LSP | 03/07/19 | P | 000.25 | | 61.00 | PROCESS AND PROCEDURE FOR | | LSP | LEO DO'S & DON'TS |
| SEC | 019 | 38628 | LSP | 03/06/19 | P | 000.25 | | 60.75 | PROCESS AND PROCEDURE FOR | | LSP | LEO DO'S & DON'TS |
| ADM | 116 | 26908 | LSP | 03/04/19 | P | 000.50 | | 60.50 | STAFF MEETING | | LSP | |
| HLS | 080 | 00070 | TAC | 03/01/19 | P | 008.00 | | 60.00 | MENTAL HEALTH FIRST AID 8 | | LSP | MENTAL HEALTH/FIRST AID TRAININ |
| ADM | 116 | 26806 | LSP | 02/28/19 | P | 001.00 | | 52.00 | STAFF MEETING | | LSP | WARDEN'S MEETING |
| FRM | 008 | 08839 | LSP | 02/27/19 | P | 004.00 | | 51.00 | FIREARMS CERTIFICATION ON | | LSP | |
| WBT | 175 | 00015 | WEB | 02/19/19 | P | 001.00 | | 47.00 | PREVENTING SEXUAL HARASSM | | RSK | |
| IMT | 014 | 09738 | WEB | 02/19/19 | P | 001.00 | | 46.00 | SEXUAL HARASSMENT | | RSK | |
| HLS | 069 | 05189 | WEB | 02/19/19 | P | 001.00 | | 45.00 | BLOODBORNE PATHOGENS | | RSK | |
| DLC | 001 | 07415 | WEB | 02/19/19 | P | 001.00 | | 44.00 | DEFENSIVE DRIVING | | RSK | |
| ADM | 240 | 02753 | WEB | 02/19/19 | P | 001.00 | | 43.00 | ETHICS-LA CODE FOR PUBLIC | | CVS | |
| ADM | 116 | 26731 | LSP | 02/13/19 | P | 001.00 | | 42.00 | STAFF MEETING | | LSP | WARDEN/STAFF MEETING |
| ADM | 116 | 26721 | LSP | 02/08/19 | P | 000.50 | | 41.00 | STAFF MEETING | | LSP | |
| SEC | 214 | 00002 | TAC | 02/07/19 | P | 016.00 | | 40.50 | 2019 CORRESPONDENCE-INDEP | | LSP | EIR INSERVICE TRAINING |
| SEC | 075 | 09466 | TAC | 02/07/19 | P | 001.00 | | 24.50 | USE OF FORCE | | LSP | UOF/COLOR OF LAW/DT INSERVICE T |
| SEC | 010 | 04200 | TAC | 02/07/19 | P | 003.00 | | 23.50 | DEFENSIVE TACTICS USE OF | | LSP | USE OF FORCE / DT INSERVICE TRA |

```
DATE: 07/20/2020                              DPS&C CORRECTIONS SERVICES                        KTTRANS
TIME: 14:44:08                          CAPPED TRAINING - EMPLOYEE TRANSCRIPT                   PAGE 007 OF 009
                                          DATE RANGE: 01/01/18 THRU 07/20/20

        EMPLOYEE: 118573   RHEAMS, LUCAS J                    R/S: CM
```

| CRS TYP | CRS NUM | CLASS NUMBR | CLSS LOCN | FINISH DATE | E S | CLASS HOURS | HRS ACM | YRL TOT | COURSE NAME | PRIMARY INSTRUCTOR | PRO VID | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPR | 016 | 00842 | TAC | 02/07/19 | P | 004.00 | | 20.50 | AHA HEARTSAVER RECERT OR | | LSP | CPR/FIRST AID INSERVICE TRAININ |
| ADM | 116 | 26729 | LSP | 02/07/19 | P | 001.00 | | 16.50 | STAFF MEETING | | LSP | SUPERVISOR MTG A/C/8HRS |
| SEC | 213 | 00008 | TAC | 02/05/19 | P | 008.00 | | 15.50 | 2019 CLASSROOM INSTRUCTIO | | LSP | CLASSROOM INSTRUCTION INSERVICE |
| ADM | 116 | 26728 | LSP | 02/05/19 | P | 001.00 | | 7.50 | STAFF MEETING | | LSP | SUPERVISOR MTG B/D/8HR |
| ADM | 116 | 26724 | LSP | 02/04/19 | P | 000.25 | | 6.50 | STAFF MEETING | | LSP | ACA MEETING 9AM |
| ADM | 162 | 00132 | LSP | 01/28/19 | P | 000.25 | | 6.25 | CROSS GENDER SENSITIVITY | | LSP | |
| ADM | 116 | 26637 | LSP | 01/24/19 | P | 001.25 | | 6.00 | STAFF MEETING | | LSP | WARDEN/STAFF MEETING |
| ADM | 201 | 01431 | LSP | 01/22/19 | P | 000.25 | | 4.75 | MISSION STATEMENT | | LSP | |
| ADM | 116 | 26635 | LSP | 01/18/19 | P | 000.25 | | 4.50 | STAFF MEETING | | LSP | |
| ADM | 201 | 01411 | LSP | 01/17/19 | P | 000.25 | | 4.25 | MISSION STATEMENT | | LSP | |
| ADM | 116 | 26631 | LSP | 01/10/19 | P | 001.00 | | 4.00 | STAFF MEETING | | LSP | WARDENS/STAFF MEETING |
| ADM | 116 | 26612 | LSP | 01/09/19 | P | 001.00 | | 3.00 | STAFF MEETING | | LSP | |
| ADM | 116 | 26611 | LSP | 01/08/19 | P | 001.00 | | 2.00 | STAFF MEETING | | LSP | |
| ADM | 116 | 26553 | LSP | 01/03/19 | P | 001.00 | | 1.00 | STAFF MEETING | | LSP | WARDENS STAFF MTG |
| SEC | 021 | 02964 | LSP | 12/18/18 | P | 007.00 | | 118.50 | TACT TEAM TRAINING | | LSP | MOCK EMERGENCY DRILLS |
| IMT | 014 | 09218 | WEB | 11/30/18 | P | 001.00 | | 111.50 | SEXUAL HARASSMENT | | RSK | |
| DLC | 001 | 07324 | WEB | 11/30/18 | P | 001.00 | | 110.50 | DEFENSIVE DRIVING | | RSK | |
| WBT | 073 | 00063 | WEB | 11/29/18 | P | 001.00 | | 109.50 | EMOTIONAL INTELLIGENCE I | | CVS | |
| WBT | 071 | 00069 | WEB | 11/29/18 | P | 001.00 | | 108.50 | INSPIRATIONAL LEADERSHIP | | CVS | |
| WBT | 059 | 00104 | WEB | 11/29/18 | P | 001.00 | | 107.50 | CHANGE MGMT CPTP | | CVS | |
| WBT | 034 | 00275 | WEB | 11/29/18 | P | 001.00 | | 106.50 | TOP DOWN COMMUNICATION CP | | CVS | |
| WBT | 032 | 00072 | WEB | 11/29/18 | P | 000.50 | | 105.50 | DELEGATING EFFECTIVELY CP | | CVS | |
| ADM | 116 | 26473 | LSP | 11/01/18 | P | 001.00 | | 105.00 | STAFF MEETING | | LSP | STFMTG/SUPERVISOR |
| HLS | 069 | 05090 | WEB | 10/31/18 | P | 001.00 | | 104.00 | BLOODBORNE PATHOGENS | | RSK | 2018 ORM BLOODBORNE PATHOGENS |
| ADM | 240 | 02519 | WEB | 10/31/18 | P | 001.00 | | 103.00 | ETHICS-LA CODE FOR PUBLIC | | CVS | 2018 CODE OF ETHICS FOR PUBLIC |
| ADM | 116 | 26472 | LSP | 10/25/18 | P | 001.00 | | 102.00 | STAFF MEETING | | LSP | STFMTG/SUPERVISOR |
| RPT | 007 | 06746 | LSP | 10/10/18 | P | 000.25 | | 101.00 | REPORT WRITING | | LSP | RC/REPORT WRITING |
| SEC | 007 | 03687 | LSP | 09/12/18 | P | 002.50 | | 100.75 | CHASE TEAM & SCENARIOS | | LSP | TRAILING WITH BLOODHOUNDS |
| SEC | 007 | 03685 | LSP | 09/06/18 | P | 002.00 | | 98.25 | CHASE TEAM & SCENARIOS | | LSP | TRACKING WITH BLOODHOUND |
| SEC | 007 | 03650 | LSP | 08/21/18 | P | 002.50 | | 96.25 | CHASE TEAM & SCENARIOS | | LSP | TRAILING WITH BLOODHOUND |

```
DATE: 07/20/2020                          DPS&C CORRECTIONS SERVICES                    KTTRANS
TIME: 14:44:08                     CAPPED TRAINING - EMPLOYEE TRANSCRIPT                PAGE 008 OF 009
                                    DATE RANGE: 01/01/18 THRU 07/20/20


     EMPLOYEE: 118573   RHEAMS, LUCAS J                    R/S: CM
```

| CRS TYP | CRS NUM | CLASS NUMBR | CLSS LOCN | FINISH DATE | E S | CLASS HOURS | HRS ACM | YRL TOT | COURSE NAME | PRIMARY INSTRUCTOR | PRO VID | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEC | 008 | 02641 | LSP | 08/15/18 | P | 001.00 | | 93.75 | CHEMICAL WEAPONS USE OF | | LSP | |
| ADM | 268 | 00005 | LSP | 08/15/18 | P | 008.00 | | 92.75 | BUILDING BLOCKS OF EFFECT | | LSP | |
| ADM | 154 | 00984 | LSP | 08/15/18 | P | 001.00 | | 84.75 | DRUG TESTING | | LSP | TOXI CUP DRUG TEST TRAINING |
| SEC | 075 | 09326 | TAC | 07/31/18 | P | 001.00 | | 83.75 | USE OF FORCE | | LSP | COLOR OF LAW INSERVICE TRAINING |
| SEC | 010 | 04132 | TAC | 07/31/18 | P | 003.00 | | 82.75 | DEFENSIVE TACTICS USE OF | | LSP | DEFENSIVE TACTICS INSERVICE TRA |
| CPR | 016 | 00796 | TAC | 07/31/18 | P | 004.00 | | 79.75 | AHA HEARTSAVER RECERT OR | | LSP | CPR / FIRST AID INSERVICE TRAIN |
| ADM | 116 | 25976 | LSP | 07/31/18 | P | 001.00 | | 75.75 | STAFF MEETING | | LSP | STFMTG/SUPERVISOR MEETING |
| SEC | 021 | 02894 | LSP | 07/26/18 | P | 004.00 | | 74.75 | TACT TEAM TRAINING | | LSP | |
| SEC | 199 | 00441 | LSP | 07/19/18 | P | 005.00 | | 70.75 | SHAKEDOWNS | | LSP | SHAKEDOWN TU/HICKORY/FALCON |
| SEC | 199 | 00443 | LSP | 07/18/18 | P | 002.00 | | 65.75 | SHAKEDOWNS | | LSP | SHAKEDOWN TU |
| MIS | 119 | 00060 | TAC | 07/12/18 | P | 016.00 | | 63.75 | 2018 CORRESPONDENCE INDEP | | LSP | INDEPENDENT READING INSERVICE T |
| SEC | 209 | 00090 | TAC | 07/10/18 | P | 008.00 | | 47.75 | 2018 CLASSROOM INSTRUCTIO | | LSP | CLASSROOM INSTRUCTION INSERVICE |
| SEC | 021 | 02887 | LSP | 07/10/18 | P | 002.00 | | 39.75 | TACT TEAM TRAINING | | LSP | CELL EXTRACTION TRAINING |
| SEC | 007 | 03641 | LSP | 06/20/18 | P | 005.00 | | 37.75 | CHASE TEAM & SCENARIOS | | LSP | TRACKING W/BLOODHOUNDS ON RIVER |
| ADM | 116 | 25849 | LSP | 05/30/18 | P | 001.00 | | 32.75 | STAFF MEETING | | LSP | SUPERVISOR'S MEETING |
| ADM | 116 | 25693 | LSP | 05/11/18 | P | 001.50 | | 31.75 | STAFF MEETING | | LSP | SECURITY/RETURNING HEARTS CELEB |
| SEC | 007 | 03629 | LSP | 05/08/18 | P | 001.50 | | 30.25 | CHASE TEAM & SCENARIOS | | LSP | COMBAT FIRST AID TRAINING |
| SEC | 021 | 02848 | LSP | 05/02/18 | P | 002.00 | | 28.75 | TACT TEAM TRAINING | | LSP | TACT TEAM (E SQUAD TRAINING) |
| ADM | 116 | 25506 | LSP | 03/28/18 | P | 004.00 | | 26.75 | STAFF MEETING | | LSP | STFMTG/WARDENSSTAFFMEETING-ALL |
| FRM | 008 | 08579 | LSP | 03/21/18 | P | 004.00 | | 22.75 | FIREARMS CERTIFICATION ON | | LSP | FIREARMS CERTIFICATION |
| SEC | 007 | 03617 | LSP | 03/16/18 | P | 004.00 | | 18.75 | CHASE TEAM & SCENARIOS | | LSP | TRACKING WITH BLOODHOUNDS |
| CIV | 009 | 00201 | LSP | 03/13/18 | P | 003.00 | | 14.75 | CONDUCTING AN EFFECTIVE J | | HDQ | CONDUCTING EFFECTIVE JOB INTERV |
| ADM | 116 | 25453 | LSP | 03/08/18 | P | 001.00 | | 11.75 | STAFF MEETING | | LSP | STFMTG/SUPERVISORMEETING-CAMP C |
| SEC | 021 | 02820 | LSP | 03/01/18 | P | 003.00 | | 10.75 | TACT TEAM TRAINING | | LSP | SNIPER/MARKSMANSHIP & RECON/SUR |
| SEC | 019 | 38253 | LSP | 02/27/18 | P | 000.25 | | 7.75 | PROCESS AND PROCEDURE FOR | | LSP | ROLLCALL/ORGANIZATIONOFCELLS-C/ |
| ADM | 045 | 07482 | LSP | 02/26/18 | P | 000.50 | | 7.50 | POLICY REVIEW | | LSP | OTHER/SMOKING POLICY |
| SEC | 021 | 02819 | LSP | 02/22/18 | P | 004.00 | | 7.00 | TACT TEAM TRAINING | | LSP | TACTICAL OPERATIONS TEAM DYNAMI |
| SEC | 019 | 38245 | LSP | 02/20/18 | P | 000.50 | | 3.00 | PROCESS AND PROCEDURE FOR | | LSP | STFMTG/ESSENTIAL PERSONNEL MEMO |
| ADM | 116 | 25405 | LSP | 02/08/18 | P | 001.00 | | 2.50 | STAFF MEETING | | LSP | STFMTG/SUPERVISOR MEETING |
| ADM | 116 | 25406 | LSP | 02/06/18 | P | 001.00 | | 1.50 | STAFF MEETING | | LSP | STFMTG/SUPERVISOR MEETING |

```
DATE: 07/20/2020                          DPS&C CORRECTIONS SERVICES                    KTTRANS
TIME: 14:44:08                      CAPPED TRAINING - EMPLOYEE TRANSCRIPT               PAGE 009 OF 009
                                       DATE RANGE: 01/01/18 THRU 07/20/20

     EMPLOYEE: 118573   RHEAMS, LUCAS J              R/S: CM


CRS CRS  CLASS CLSS  FINISH  E CLASS  HRS YRL                                           PRO
TYP NUM  NUMBR LOCN   DATE   S HOURS  ACM TOT     COURSE  NAME        PRIMARY  INSTRUCTOR VID       COMMENTS
=== ===  ===== ====  ======== = ====== ======= =========================== ===================== === ===============================
ADM 146  04516 LSP  01/22/18 P 000.25     0.50 DRESS CODE                                        LSP ROLLCALL-UNIFORM DRESS CODE
ADM 146  04511 LSP  01/13/18 P 000.25     0.25 DRESS CODE                                        LSP ROLLCALL-UNIFORM DRESS CODE
```