```
110k2S
     DATE: 07/20/2020                              DPS&C CORRECTIONS SERVICES                      KTTRANS
     TIME: 14:45:14                         CAPPED TRAINING - EMPLOYEE TRANSCRIPT                  PAGE 001 OF 012
                                              DATE RANGE: 01/01/18 THRU 07/20/20

     EMPLOYEE: 118566   VOORHIES  JR, DAVID              R/S: BM
```

| CRS TYP | CRS NUM | CLASS NUMBR | CLSS LOCN | FINISH DATE | E S | CLASS HOURS | HRS ACM | YRL TOT | COURSE NAME | PRIMARY INSTRUCTOR | PROVID | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEC | 227 | 00015 | TAC | 07/04/20 | P | 016.00 | | 66.00 | 2020 CORRESPONDENCE-INDEP | | LSP | EMPLOYEE INDEPENDENT READING IN |
| SEC | 226 | 00050 | TAC | 07/02/20 | P | 008.00 | | 50.00 | 2020 CLASSROOM INSTRUCTIO | | LSP | CLASSROOM INSTRUCTION IN-SERVIC |
| SEC | 019 | 40619 | LSP | 06/19/20 | P | 000.75 | | 42.00 | PROCESS AND PROCEDURE FOR | | LSP | PREA |
| SEC | 019 | 40531 | LSP | 06/16/20 | P | 000.50 | | 41.25 | PROCESS AND PROCEDURE FOR | | LSP | PREA |
| SEC | 019 | 40489 | LSP | 06/11/20 | P | 000.25 | | 40.75 | PROCESS AND PROCEDURE FOR | | LSP | FIRE & EMERGENCY PROCEDURES |
| SEC | 019 | 40488 | LSP | 06/10/20 | P | 000.25 | | 40.50 | PROCESS AND PROCEDURE FOR | | LSP | FIRE & EMERGENCY PROCEDURES |
| SEC | 019 | 40423 | LSP | 06/07/20 | P | 000.25 | | 40.25 | PROCESS AND PROCEDURE FOR | | LSP | FIRE & EMERGENCY PROCEDURES |
| SEC | 019 | 40422 | LSP | 06/06/20 | P | 000.25 | | 40.00 | PROCESS AND PROCEDURE FOR | | LSP | FIRE & EMERGENCY PROCEDURES |
| SEC | 019 | 40421 | LSP | 06/05/20 | P | 000.25 | | 39.75 | PROCESS AND PROCEDURE FOR | | LSP | FIRE & EMERGENCY PROCEDURES |
| SEC | 019 | 40391 | LSP | 06/01/20 | P | 000.25 | | 39.50 | PROCESS AND PROCEDURE FOR | | LSP | FIRE AND EMERGENCY PROCEDURES |
| SEC | 019 | 40272 | LSP | 05/28/20 | P | 000.50 | | 39.25 | PROCESS AND PROCEDURE FOR | | LSP | PREA REFRESHER: OFFENDERS PRIVA |
| FRM | 008 | 09239 | LSP | 05/20/20 | P | 004.00 | | 38.75 | FIREARMS CERTIFICATION ON | | LSP | |
| SEC | 019 | 40149 | LSP | 05/19/20 | P | 000.25 | | 34.75 | PROCESS AND PROCEDURE FOR | | LSP | PREA REFRESHER: OFFENDERS PRIVA |
| SEC | 019 | 40180 | LSP | 05/18/20 | P | 000.25 | | 34.50 | PROCESS AND PROCEDURE FOR | | LSP | EMPLOYEE PROHIBITD POLITICAL AC |
| SEC | 019 | 40142 | LSP | 05/14/20 | P | 000.25 | | 34.25 | PROCESS AND PROCEDURE FOR | | LSP | EMPLOYEE PROHIBITED POLITICAL A |
| SEC | 019 | 40140 | LSP | 05/13/20 | P | 000.25 | | 34.00 | PROCESS AND PROCEDURE FOR | | LSP | EMPLOYEE PROHIBITED POLITICAL A |
| SEC | 019 | 39966 | LSP | 05/05/20 | P | 000.25 | | 33.75 | PROCESS AND PROCEDURE FOR | | LSP | EMPLOYEE PROHIBITED POLITICAL A |
| SEC | 019 | 39968 | LSP | 05/04/20 | P | 000.25 | | 33.50 | PROCESS AND PROCEDURE FOR | | LSP | EMPLOYEE PROHIBITED POLITICAL A |
| SEC | 019 | 39871 | LSP | 04/30/20 | P | 000.25 | | 33.25 | PROCESS AND PROCEDURE FOR | | LSP | RC SAFETY PROCEDURES |
| SEC | 019 | 39908 | LSP | 04/29/20 | P | 000.25 | | 33.00 | PROCESS AND PROCEDURE FOR | | LSP | SAFETY PROCEDURES |
| MIS | 009 | 10026 | LSP | 02/25/20 | P | 000.25 | | 32.75 | PREA SEXUAL ASSAULT-ABUSE | | LSP | PROFESSIONAL COMMUNICATIONS & B |
| SEC | 019 | 38956 | LSP | 02/24/20 | P | 000.25 | | 32.50 | PROCESS AND PROCEDURE FOR | | LSP | CELLBLOCK CLUTTER |
| ADM | 194 | 29045 | LSP | 02/24/20 | P | 000.25 | | 32.25 | INSTITUTIONAL POLICIES & | | LSP | NO TOLERANCE FOR NON PROFESSION |
| ADM | 194 | 29044 | LSP | 02/20/20 | P | 000.50 | | 32.00 | INSTITUTIONAL POLICIES & | | LSP | NO TOLERANCE FOR NON PROFESSION |
| IMT | 014 | 10815 | LSP | 02/19/20 | P | 000.25 | | 31.50 | SEXUAL HARASSMENT | | LSP | SEXUAL HARASSMENT |
| SEC | 019 | 38952 | LSP | 02/16/20 | P | 000.25 | | 31.25 | PROCESS AND PROCEDURE FOR | | LSP | RC/PROFESSIONALISM DURING WORK |
| SEC | 019 | 38953 | LSP | 02/15/20 | P | 000.25 | | 31.00 | PROCESS AND PROCEDURE FOR | | LSP | RC/PROFESSIONALISM DURING WORK |
| SEC | 019 | 38954 | LSP | 02/14/20 | P | 000.25 | | 30.75 | PROCESS AND PROCEDURE FOR | | LSP | RC/PROFESSIONALISM DURING WORK |
| SEC | 019 | 38951 | LSP | 02/11/20 | P | 000.25 | | 30.50 | PROCESS AND PROCEDURE FOR | | LSP | RC/PROFESSIONALISM DURING WORK |
| ADM | 194 | 29007 | LSP | 02/10/20 | P | 000.25 | | 30.25 | INSTITUTIONAL POLICIES & | | LSP | RC/PROFESSIONALISM DURING WRK E |

```
DATE: 07/20/2020                              DPS&C CORRECTIONS SERVICES                    KTTRANS
TIME: 14:45:14                          CAPPED TRAINING - EMPLOYEE TRANSCRIPT               PAGE 002 OF 012
                                          DATE RANGE: 01/01/18 THRU 07/20/20

        EMPLOYEE: 118566    VOORHIES  JR, DAVID            R/S: BM


CRS CRS  CLASS  CLSS  FINISH   E CLASS  HRS YRL                                             PRO
TYP NUM  NUMBR  LOCN  DATE     S HOURS  ACM TOT     COURSE  NAME        PRIMARY  INSTRUCTOR VID      COMMENTS
=== ===  =====  ====  ======== = ====== =======  ========================  ================== === ================================
ADM 194  29006  LSP   02/06/20 P 000.25   30.00 INSTITUTIONAL POLICIES &                    LSP RC/PROFESSIONALISM DURING WRK E
ADM 116  28204  LSP   02/06/20 P 000.25   29.75 STAFF MEETING                               LSP SUPERVISOR'S MEETING
ADM 194  29005  LSP   02/05/20 P 000.25   29.50 INSTITUTIONAL POLICIES &                    LSP RC/PROFESSIONALISM DURING WRK E
ADM 194  28927  LSP   01/28/20 P 000.25   29.25 INSTITUTIONAL POLICIES &                    LSP RC/PROFESSIONLISM DURING WORK E
ADM 194  28926  LSP   01/27/20 P 000.25   29.00 INSTITUTIONAL POLICIES &                    LSP RC/PROFESSIONALISM DURING WORK
SEC 019  38908  LSP   01/23/20 P 025.00   28.75 PROCESS AND PROCEDURE FOR                   LSP RC/PROFESSIONALISM DURING WRK E
SEC 019  38907  LSP   01/22/20 P 000.25    3.75 PROCESS AND PROCEDURE FOR                   LSP RC/PROFESSIONALISM DURING WRK E
ADM 194  28889  LSP   01/19/20 P 000.25    3.50 INSTITUTIONAL POLICIES &                    LSP RC/PROF DURING WRK ENV
SEC 019  38893  LSP   01/18/20 P 000.25    3.25 PROCESS AND PROCEDURE FOR                   LSP RC/MOJO STRIPS
ADM 194  28891  LSP   01/18/20 P 000.25    3.00 INSTITUTIONAL POLICIES &                    LSP SFTYMTG/PROF DURING WRK ENV
SEC 019  38892  LSP   01/17/20 P 000.25    2.75 PROCESS AND PROCEDURE FOR                   LSP RC/MOJO STRIP
SEC 019  38887  LSP   01/17/20 P 000.25    2.50 PROCESS AND PROCEDURE FOR                   LSP RC/MOJO TRAINING
ADM 194  28890  LSP   01/17/20 P 000.25    2.25 INSTITUTIONAL POLICIES &                    LSP SFTYMTG/PROF DURING WRK ENV
ADM 146  05126  LSP   01/17/20 P 000.25    2.00 DRESS CODE                                  LSP RC/EMP DRESS CODE
ADM 194  28820  LSP   01/14/20 P 000.25    1.75 INSTITUTIONAL POLICIES &                    LSP RC/PRO DURING WORK ENV
ADM 194  28823  LSP   01/13/20 P 000.25    1.50 INSTITUTIONAL POLICIES &                    LSP RC/PRO DURING WK WNV
STY 003  05453  LSP   01/09/20 P 000.25    1.25 EMERGENCY PREPAREDNESS                      LSP RC/SEC CONCERNS DURING HOLIDAYS
STY 003  05452  LSP   01/08/20 P 000.25    1.00 EMERGENCY PREPAREDNESS                      LSP RC/SEC CONCERNS DURING HOLIDAYS
STY 003  05451  LSP   01/05/20 P 000.25    0.75 EMERGENCY PREPAREDNESS                      LSP RC/SEC CONCERNS DURING HOLIDAYS
STY 003  05450  LSP   01/04/20 P 000.25    0.50 EMERGENCY PREPAREDNESS                      LSP RC/SEC CONCERNS DURING HOLIDAYS
STY 003  05449  LSP   01/03/20 P 000.25    0.25 EMERGENCY PREPAREDNESS                      LSP RC/SEC CONCERNS DURING HOLIDAYS
STY 003  05401  LSP   12/31/19 P 000.25  193.75 EMERGENCY PREPAREDNESS                      LSP SECURITY CONCERNS DURING THE HO
STY 003  05400  LSP   12/30/19 P 000.25  193.50 EMERGENCY PREPAREDNESS                      LSP SECURITY CONCERNS DURING THE HO
STY 003  05327  LSP   12/26/19 P 000.25  193.25 EMERGENCY PREPAREDNESS                      LSP RC/SEC CONCERNS DURING HOLIDAYS
STY 003  05311  LSP   12/25/19 P 000.25  193.00 EMERGENCY PREPAREDNESS                      LSP RC/SEC CONCERNS DURING HOLIDAYS
STY 003  05300  LSP   12/22/19 P 000.25  192.75 EMERGENCY PREPAREDNESS                      LSP SECURITY CONCERNS DURING THE HO
STY 003  05299  LSP   12/21/19 P 000.25  192.50 EMERGENCY PREPAREDNESS                      LSP SECURITY CONCERNS DURING THE HO
STY 003  05298  LSP   12/20/19 P 000.25  192.25 EMERGENCY PREPAREDNESS                      LSP SECURITY CONCERNS DURING THE HO
SEC 021  03137  LSP   12/19/19 P 007.00  192.00 TACT TEAM TRAINING                          LSP STATEWIDE TACT TEAM TRAINING &
STY 003  05263  LSP   12/17/19 P 000.25  185.00 EMERGENCY PREPAREDNESS                      LSP RC/SEC CONCERNS DURING HOLIDAYS
```

```
DATE: 07/20/2020                          DPS&C CORRECTIONS SERVICES                      KTTRANS
TIME: 14:45:14                       CAPPED TRAINING - EMPLOYEE TRANSCRIPT                PAGE 003 OF 012
                                        DATE RANGE: 01/01/18 THRU 07/20/20


     EMPLOYEE: 118566   VOORHIES  JR, DAVID              R/S: BM
```

| CRS TYP | CRS NUM | CLASS NUMBR | CLSS LOCN | FINISH DATE | E S | CLASS HOURS | HRS ACM | YRL TOT | COURSE NAME | PRIMARY INSTRUCTOR | PRO VID | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STY | 006 | 22883 | LSP | 12/16/19 | P | 000.25 | 184.75 | | SAFETY TRAINING TOPICS | | LSP | SECURITY CONCERNS DURING HOLIDA |
| ADM | 263 | 00198 | LSP | 12/12/19 | P | 000.25 | 184.50 | | RESTRICTIVE HOUSING | | LSP | RC/RESTRICTIVE HOUSING |
| ADM | 263 | 00195 | LSP | 12/11/19 | P | 000.25 | 184.25 | | RESTRICTIVE HOUSING | | LSP | RC/RESTRICTIVE HOUSING |
| ADM | 263 | 00132 | LSP | 12/08/19 | P | 000.25 | 184.00 | | RESTRICTIVE HOUSING | | LSP | RC/RESTRICTIVE HOUSING |
| SEC | 057 | 11398 | LSP | 12/07/19 | P | 000.25 | 183.75 | | OFFENDER POSTED POLICIES | | LSP | RC/PREPARATION OF OUTSIDE FOOD |
| SEC | 045 | 06784 | LSP | 12/07/19 | P | 000.25 | 183.50 | | OFFENDER RULES AND REGULA | | LSP | RC/DISC RPTS |
| SEC | 019 | 38821 | LSP | 12/07/19 | P | 000.25 | 183.25 | | PROCESS AND PROCEDURE FOR | | LSP | RC/EMP VERIFICATION OF FUNDS |
| SEC | 019 | 38819 | LSP | 12/07/19 | P | 000.25 | 183.00 | | PROCESS AND PROCEDURE FOR | | LSP | RC/VERIFICATION OF FUNDS |
| ADM | 263 | 00156 | LSP | 12/07/19 | P | 000.25 | 182.75 | | RESTRICTIVE HOUSING | | LSP | RC/OFFENDER CLUB PREPARATION FO |
| SEC | 057 | 11400 | LSP | 12/06/19 | P | 000.25 | 182.50 | | OFFENDER POSTED POLICIES | | LSP | RC/PREP OF OUTSIDE FOOD |
| SEC | 057 | 11399 | LSP | 12/06/19 | P | 000.25 | 182.25 | | OFFENDER POSTED POLICIES | | LSP | RC/OFFENDER CLUBS PREPARING OUT |
| SEC | 045 | 06783 | LSP | 12/06/19 | P | 000.25 | 182.00 | | OFFENDER RULES AND REGULA | | LSP | RC/DISC RPTS |
| SEC | 019 | 38820 | LSP | 12/06/19 | P | 000.25 | 181.75 | | PROCESS AND PROCEDURE FOR | | LSP | RC/EMP VERIFICATION OF FUNDS |
| SEC | 019 | 38818 | LSP | 12/06/19 | P | 000.25 | 181.50 | | PROCESS AND PROCEDURE FOR | | LSP | RC/VERIFICATION OF FUNDS |
| SEC | 019 | 38812 | LSP | 12/04/19 | P | 000.50 | 181.25 | | PROCESS AND PROCEDURE FOR | | LSP | RC/VERIFICATION OF FUNDS |
| SEC | 057 | 11393 | LSP | 12/03/19 | P | 000.50 | 180.75 | | OFFENDER POSTED POLICIES | | LSP | RC/PREP OF OUTSIDE FOOD |
| SEC | 057 | 11392 | LSP | 12/03/19 | P | 000.50 | 180.25 | | OFFENDER POSTED POLICIES | | LSP | RC/PREP OUTSIDE FOOD |
| SEC | 045 | 06777 | LSP | 12/03/19 | P | 000.25 | 179.75 | | OFFENDER RULES AND REGULA | | LSP | RC/DISC RPTS |
| SEC | 019 | 38811 | LSP | 12/03/19 | P | 000.50 | 179.50 | | PROCESS AND PROCEDURE FOR | | LSP | RC/EMP VERIFICATION OF FUNDS |
| SEC | 045 | 06776 | LSP | 12/02/19 | P | 000.25 | 179.00 | | OFFENDER RULES AND REGULA | | LSP | RC/DISC RPTS |
| SEC | 057 | 11378 | LSP | 11/28/19 | P | 000.25 | 178.75 | | OFFENDER POSTED POLICIES | | LSP | PREPARATION OF OUTSIDE FOOD |
| SEC | 045 | 06767 | LSP | 11/28/19 | P | 000.25 | 178.50 | | OFFENDER RULES AND REGULA | | LSP | DISCIPLINARY REPORTS |
| ADM | 016 | 06791 | LSP | 11/28/19 | P | 000.25 | 178.25 | | EMPLOYEE RULES AND DISCIP | | LSP | VERIFICATION OF FUNDS |
| ADM | 016 | 06790 | LSP | 11/28/19 | P | 000.25 | 178.00 | | EMPLOYEE RULES AND DISCIP | | LSP | EMPLOYEE RULES |
| SEC | 057 | 11377 | LSP | 11/27/19 | P | 000.25 | 177.75 | | OFFENDER POSTED POLICIES | | LSP | OFFENDER CLUBS PREPARING OUTSID |
| ADM | 016 | 06789 | LSP | 11/27/19 | P | 000.25 | 177.50 | | EMPLOYEE RULES AND DISCIP | | LSP | EMPLOYEE VERIFICATION OF FUNDS |
| ADM | 016 | 06788 | LSP | 11/27/19 | P | 000.25 | 177.25 | | EMPLOYEE RULES AND DISCIP | | LSP | EMPLOYEE RULES |
| ADM | 016 | 06787 | LSP | 11/24/19 | P | 000.25 | 177.00 | | EMPLOYEE RULES AND DISCIP | | LSP | EMPLOYEE RULES |
| ADM | 016 | 06786 | LSP | 11/23/19 | P | 000.25 | 176.75 | | EMPLOYEE RULES AND DISCIP | | LSP | EMPLOYEE RULES |
| ADM | 016 | 06785 | LSP | 11/22/19 | P | 000.25 | 176.50 | | EMPLOYEE RULES AND DISCIP | | LSP | EMPLOYEE RULES |

```
DATE: 07/20/2020                                    DPS&C CORRECTIONS SERVICES                        KTTRANS
TIME: 14:45:14                                 CAPPED TRAINING - EMPLOYEE TRANSCRIPT                  PAGE 004 OF 012
                                                  DATE RANGE: 01/01/18 THRU 07/20/20

     EMPLOYEE: 118566   VOORHIES  JR, DAVID                    R/S: BM
```

| CRS TYP | CRS NUM | CLASS NUMBR | CLSS LOCN | FINISH DATE | E S | CLASS HOURS | HRS ACM | YRL TOT | COURSE NAME | PRIMARY INSTRUCTOR | PRO VID | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADM | 016 | 06784 | LSP | 11/19/19 | P | 000.25 | 176.25 | | EMPLOYEE RULES AND DISCIP | | LSP | EMPLOYEE RULES |
| ADM | 016 | 06783 | LSP | 11/18/19 | P | 000.25 | 176.00 | | EMPLOYEE RULES AND DISCIP | | LSP | EMPLOYEE RULES |
| SEC | 103 | 03855 | LSP | 11/14/19 | P | 000.25 | 175.75 | | OFFENDER RIGHTS & RESPONS | | LSP | RC/CIVIL RIGHTS OF OFFENDERS |
| ADM | 116 | 27879 | LSP | 11/14/19 | P | 000.50 | 175.50 | | STAFF MEETING | | LSP | STF MTG |
| SEC | 103 | 03856 | LSP | 11/13/19 | P | 000.25 | 175.00 | | OFFENDER RIGHTS & RESPONS | | LSP | RC/CIVIL RIGHTS OF OFFENDERS |
| SEC | 103 | 03797 | LSP | 11/10/19 | P | 000.25 | 174.75 | | OFFENDER RIGHTS & RESPONS | | LSP | RC/CIVIL RIGHTS OF OFFENDERS |
| STY | 006 | 22809 | LSP | 11/09/19 | P | 000.25 | 174.50 | | SAFETY TRAINING TOPICS | | LSP | RC/SECURITY ADVISORY BULLETIN |
| SEC | 103 | 03796 | LSP | 11/09/19 | P | 000.25 | 174.25 | | OFFENDER RIGHTS & RESPONS | | LSP | RC/CIVIL RIGHTS OF OFFENDERS |
| SEC | 103 | 03794 | LSP | 11/08/19 | P | 000.25 | 174.00 | | OFFENDER RIGHTS & RESPONS | | LSP | RC/CIVIL RIGHTS OF OFFENDERS |
| SEC | 103 | 03795 | LSP | 11/05/19 | P | 000.25 | 173.75 | | OFFENDER RIGHTS & RESPONS | | LSP | RC/CIVIL RIGHTS OF OFFENDERS |
| SEC | 103 | 03712 | LSP | 11/04/19 | P | 000.25 | 173.50 | | OFFENDER RIGHTS & RESPONS | | LSP | RC/CIVIL RIGHTS OF OFFENDERS |
| IMT | 014 | 10393 | LSP | 11/04/19 | P | 000.25 | 173.25 | | SEXUAL HARASSMENT | | LSP | RC/SEXUAL HARASSMENT |
| ADM | 194 | 28448 | LSP | 10/31/19 | P | 000.25 | 173.00 | | INSTITUTIONAL POLICIES & | | LSP | NO TOLERANCE FOR NONPROFESSIONA |
| IMT | 014 | 10350 | LSP | 10/30/19 | P | 000.25 | 172.75 | | SEXUAL HARASSMENT | | LSP | |
| IMT | 014 | 10315 | LSP | 10/27/19 | P | 000.25 | 172.50 | | SEXUAL HARASSMENT | | LSP | RC/SEXUAL HARASSMENT |
| IMT | 014 | 10314 | LSP | 10/26/19 | P | 000.25 | 172.25 | | SEXUAL HARASSMENT | | LSP | RC/SEXUAL HARASSMENT |
| IMT | 014 | 10313 | LSP | 10/25/19 | P | 000.25 | 172.00 | | SEXUAL HARASSMENT | | LSP | RC/SEXUAL HARASSMENT |
| SEC | 007 | 03821 | LSP | 10/22/19 | P | 003.00 | 171.75 | | CHASE TEAM & SCENARIOS | | LSP | LOW LIGHT/NO LIGHT |
| IMT | 014 | 10284 | LSP | 10/22/19 | P | 000.25 | 168.75 | | SEXUAL HARASSMENT | | LSP | RC/SEXUAL HARASSMENT |
| ADM | 194 | 28296 | LSP | 10/21/19 | P | 000.25 | 168.50 | | INSTITUTIONAL POLICIES & | | LSP | RC/NO TOLERANCE NON-PRO WORK EN |
| RPT | 007 | 06727 | LSP | 10/17/19 | P | 000.25 | 168.25 | | REPORT WRITING | | LSP | RC/REPORT WRITING |
| RPT | 007 | 06719 | LSP | 10/12/19 | P | 000.25 | 168.00 | | REPORT WRITING | | LSP | RC/REPORT WRITING |
| RPT | 007 | 06683 | LSP | 10/11/19 | P | 000.25 | 167.75 | | REPORT WRITING | | LSP | RC/REPORT WRITING |
| RPT | 007 | 06648 | LSP | 10/08/19 | P | 000.25 | 167.50 | | REPORT WRITING | | LSP | RC/REPORT WRITING |
| SEC | 105 | 08310 | LSP | 10/07/19 | P | 000.25 | 167.25 | | SECURITY PROCEDURES | | LSP | RC/OFFENDER CONTROL TECH |
| SEC | 105 | 08274 | LSP | 10/03/19 | P | 000.25 | 167.00 | | SECURITY PROCEDURES | | LSP | RC/OFFENDER CONTROL TECHNIQUES |
| HLS | 069 | 05288 | WEB | 09/30/19 | P | 001.00 | 166.75 | | BLOODBORNE PATHOGENS | | RSK | 2019 BLOODBORNE PATHOGENS |
| DLC | 001 | 07564 | WEB | 09/30/19 | P | 001.00 | 165.75 | | DEFENSIVE DRIVING | | RSK | 2019 DEFENSIVE DRIVING |
| ADM | 240 | 02908 | WEB | 09/30/19 | P | 001.00 | 164.75 | | ETHICS-LA CODE FOR PUBLIC | | CVS | 2019 CODE OF ETHICS |
| SEC | 105 | 08235 | LSP | 09/29/19 | P | 000.25 | 163.75 | | SECURITY PROCEDURES | | LSP | RC/OFFENDER CONTROL TECHNIQUES |

```
DATE: 07/20/2020                                DPS&C CORRECTIONS SERVICES                        KTTRANS
TIME: 14:45:14                              CAPPED TRAINING - EMPLOYEE TRANSCRIPT                 PAGE 005 OF 012
                                             DATE RANGE: 01/01/18 THRU 07/20/20

        EMPLOYEE: 118566   VOORHIES  JR, DAVID              R/S: BM
```

| CRS TYP | CRS NUM | CLASS NUMBR | CLSS LOCN | FINISH DATE | E S | CLASS HOURS | HRS ACM | YRL TOT | COURSE NAME | PRIMARY INSTRUCTOR | PRO VID | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEC | 105 | 08175 | LSP | 09/29/19 | P | 000.25 | 163.50 | | SECURITY PROCEDURES | | LSP | RC/OFFENDER CONTROL TECHNIQUES |
| SEC | 105 | 08174 | LSP | 09/28/19 | P | 000.25 | 163.25 | | SECURITY PROCEDURES | | LSP | RC/OFFENDER CONTROL TECHNIQUES |
| SEC | 105 | 08173 | LSP | 09/27/19 | P | 000.25 | 163.00 | | SECURITY PROCEDURES | | LSP | RC/OFFENDER CONTROL TECHNIQUES |
| RPT | 007 | 06572 | LSP | 09/27/19 | P | 000.25 | 162.75 | | REPORT WRITING | | LSP | STFMTG/DB REPORT WRITING & TIME |
| ADM | 116 | 27694 | LSP | 09/24/19 | P | 002.00 | 162.50 | | STAFF MEETING | | LSP | LEADERSHIP MEETING & TRAINING W |
| ACA | 017 | 04199 | LSP | 09/24/19 | P | 000.25 | 160.50 | | DEESCALATION TECHNIQUES | | LSP | |
| ACA | 017 | 04182 | LSP | 09/23/19 | P | 000.25 | 160.25 | | DEESCALATION TECHNIQUES | | LSP | |
| WBT | 175 | 00060 | WEB | 09/22/19 | P | 001.00 | 160.00 | | PREVENTING SEXUAL HARASSM | | RSK | PSH FOR SUPERVISOR 2019 |
| ACA | 017 | 04113 | LSP | 09/19/19 | P | 000.25 | 159.00 | | DEESCALATION TECHNIQUES | | LSP | |
| ACA | 017 | 04109 | LSP | 09/18/19 | P | 000.25 | 158.75 | | DEESCALATION TECHNIQUES | | LSP | |
| WBT | 021 | 00038 | WEB | 09/17/19 | P | 000.75 | 158.50 | | STRESS MANAGEMENT CPTP | | CVS | STRESS MANAGEMENT |
| ACA | 017 | 04005 | LSP | 09/15/19 | P | 000.25 | 157.75 | | DEESCALATION TECHNIQUES | | LSP | RC/DE-ESCALATION SKILLS |
| STY | 006 | 22701 | LSP | 09/14/19 | P | 000.25 | 157.50 | | SAFETY TRAINING TOPICS | | LSP | RC/THE UNSAFE ACT |
| ACA | 017 | 04003 | LSP | 09/13/19 | P | 000.25 | 157.25 | | DEESCALATION TECHNIQUES | | LSP | RC/DE-ESCALATION SKILLS |
| ACA | 017 | 03887 | LSP | 09/09/19 | P | 000.25 | 157.00 | | DEESCALATION TECHNIQUES | | LSP | RC/DE-ESCALATIN SKILLS |
| WBT | 164 | 00017 | WEB | 09/08/19 | P | 001.00 | 156.75 | | CRISIS PREVENTION CS3 CPT | | CVS | CRISIS PREVENTION |
| SEC | 057 | 11226 | LSP | 09/04/19 | P | 000.25 | 155.75 | | OFFENDER POSTED POLICIES | | LSP | RC/OFFENDER PERSONAL PROPERTY |
| SEC | 057 | 11186 | LSP | 09/01/19 | P | 000.25 | 155.50 | | OFFENDER POSTED POLICIES | | LSP | RC/OFFENDER PERSONAL PROPERTY |
| SEC | 057 | 11160 | LSP | 08/31/19 | P | 000.25 | 155.25 | | OFFENDER POSTED POLICIES | | LSP | OFFENDER PERSONAL PROPERTY |
| SEC | 057 | 11162 | LSP | 08/30/19 | P | 000.25 | 155.00 | | OFFENDER POSTED POLICIES | | LSP | OFFENDER PERSONAL PROPERTY |
| SEC | 057 | 11143 | LSP | 08/27/19 | P | 000.25 | 154.75 | | OFFENDER POSTED POLICIES | | LSP | OFFENDER PERSONAL PROPERTY |
| SEC | 057 | 11129 | LSP | 08/26/19 | P | 000.25 | 154.50 | | OFFENDER POSTED POLICIES | | LSP | OFFENDER PERSONAL PROPERTY |
| SEC | 132 | 07602 | LSP | 08/22/19 | P | 000.25 | 154.25 | | FIRE & EMERGENCY PROCEDUR | | LSP | |
| SEC | 132 | 07601 | LSP | 08/21/19 | P | 000.25 | 154.00 | | FIRE & EMERGENCY PROCEDUR | | LSP | |
| SEC | 021 | 03105 | LSP | 08/20/19 | P | 005.00 | 153.75 | | TACT TEAM TRAINING | | LSP | A SQUAD TACT TEAM TRNG |
| SEC | 132 | 07600 | LSP | 08/18/19 | P | 000.25 | 148.75 | | FIRE & EMERGENCY PROCEDUR | | LSP | |
| SEC | 132 | 07599 | LSP | 08/17/19 | P | 000.25 | 148.50 | | FIRE & EMERGENCY PROCEDUR | | LSP | |
| SEC | 132 | 07597 | LSP | 08/13/19 | P | 000.25 | 148.25 | | FIRE & EMERGENCY PROCEDUR | | LSP | |
| STY | 003 | 05028 | LSP | 08/12/19 | P | 000.25 | 148.00 | | EMERGENCY PREPAREDNESS | | LSP | |
| SEC | 147 | 03691 | LSP | 08/08/19 | P | 000.25 | 147.75 | | COUNT PROCEDURES | | LSP | OFFENDER COUNTS & PROCEDURES |

```
DATE: 07/20/2020                              DPS&C CORRECTIONS SERVICES                        KTTRANS
TIME: 14:45:14                            CAPPED TRAINING - EMPLOYEE TRANSCRIPT                  PAGE 006 OF 012
                                          DATE RANGE: 01/01/18 THRU 07/20/20

     EMPLOYEE: 118566   VOORHIES  JR, DAVID              R/S: BM
```

| CRS TYP | CRS NUM | CLASS NUMBR | CLSS LOCN | FINISH DATE | E S | CLASS HOURS | HRS ACM | YRL TOT | COURSE NAME | PRIMARY INSTRUCTOR | PRO VID | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEC | 147 | 03665 | LSP | 08/07/19 | P | 000.25 | 147.50 | | COUNT PROCEDURES | | LSP | RC/OFFENDER CTS & PROCS |
| SEC | 019 | 38740 | LSP | 08/04/19 | P | 000.25 | 147.25 | | PROCESS AND PROCEDURE FOR | | LSP | FLOOD EVAC PLANS |
| SEC | 019 | 38741 | LSP | 08/03/19 | P | 000.25 | 147.00 | | PROCESS AND PROCEDURE FOR | | LSP | FLOOD EVAC PLANS |
| ADM | 108 | 10491 | LSP | 08/02/19 | P | 000.25 | 146.75 | | DRUG FREE WORK PLACE | | LSP | RC/DRUG FREE WORKPLACE |
| SEC | 147 | 03531 | LSP | 07/29/19 | P | 000.25 | 146.50 | | COUNT PROCEDURES | | LSP | RC-OFFENDER CTS & PROCS |
| SEC | 147 | 03482 | LSP | 07/25/19 | P | 000.25 | 146.25 | | COUNT PROCEDURES | | LSP | RC-OFFENDER CTS & PROCS |
| SEC | 199 | 00520 | LSP | 07/23/19 | P | 006.50 | 146.00 | | SHAKEDOWNS | | LSP | SHAKEDOWN LSP |
| SEC | 147 | 03351 | LSP | 07/21/19 | P | 000.25 | 139.50 | | COUNT PROCEDURES | | LSP | RC/OFFENDER CTS & PROCS |
| SEC | 147 | 03352 | LSP | 07/20/19 | P | 000.25 | 139.25 | | COUNT PROCEDURES | | LSP | RC/OFFENDER CTS & PROCS |
| SEC | 147 | 03353 | LSP | 07/19/19 | P | 000.25 | 139.00 | | COUNT PROCEDURES | | LSP | RC/OFFENDER CTS & PROS |
| SEC | 147 | 03298 | LSP | 07/16/19 | P | 000.25 | 138.75 | | COUNT PROCEDURES | | LSP | RC/OFFENDER CTS & PROCS |
| SEC | 147 | 03299 | LSP | 07/15/19 | P | 000.25 | 138.50 | | COUNT PROCEDURES | | LSP | OFFENDERS CTS & PROCS |
| ADM | 203 | 03719 | LSP | 07/10/19 | P | 000.25 | 138.25 | | LEAVE POLICY | | LSP | RC/EMPLOYEE LEAVE |
| ADM | 203 | 03678 | LSP | 07/07/19 | P | 000.50 | 138.00 | | LEAVE POLICY | | LSP | RC/EMPLOYEE LEAVE |
| ADM | 203 | 03676 | LSP | 07/07/19 | P | 025.00 | 137.50 | | LEAVE POLICY | | LSP | RC/EMPLOYEE LEAVE |
| ADM | 203 | 03675 | LSP | 07/06/19 | P | 000.25 | 112.50 | | LEAVE POLICY | | LSP | RC/EMPLOYEE LEAVE |
| ADM | 203 | 03679 | LSP | 07/05/19 | P | 000.25 | 112.25 | | LEAVE POLICY | | LSP | RC/EMPLOYEE LEAVE |
| MIS | 009 | 09382 | LSP | 06/23/19 | P | 000.25 | 112.00 | | PREA SEXUAL ASSAULT-ABUSE | | LSP | RC/PREA |
| MIS | 009 | 09383 | LSP | 06/21/19 | P | 000.25 | 111.75 | | PREA SEXUAL ASSAULT-ABUSE | | LSP | RC/PREA |
| SEC | 021 | 03025 | LSP | 06/20/19 | P | 004.00 | 111.50 | | TACT TEAM TRAINING | | LSP | TACT TEAM TRAINING A SQUAD |
| SEC | 021 | 03024 | LSP | 06/20/19 | P | 002.00 | 107.50 | | TACT TEAM TRAINING | | LSP | TACT TEAM FIRE ARMS TRAINING A |
| MIS | 009 | 09344 | LSP | 06/17/19 | P | 000.25 | 105.50 | | PREA SEXUAL ASSAULT-ABUSE | | LSP | RC/PREA |
| SEC | 041 | 05134 | LSP | 06/13/19 | P | 000.25 | 105.25 | | SEARCHES AND PATDOWNS | | LSP | RC/SEARCHES OF OFFENDERS |
| SEC | 041 | 05148 | LSP | 06/12/19 | P | 000.25 | 105.00 | | SEARCHES AND PATDOWNS | | LSP | RC/SEARCHES OF OFFENDERS |
| SEC | 041 | 05063 | LSP | 06/09/19 | P | 000.25 | 104.75 | | SEARCHES AND PATDOWNS | | LSP | OFFENDER SEARCHES |
| SEC | 041 | 05227 | LSP | 06/08/19 | P | 000.25 | 104.50 | | SEARCHES AND PATDOWNS | | LSP | SEARCHES OF OFFENDERS |
| SEC | 041 | 05062 | LSP | 06/07/19 | P | 000.25 | 104.25 | | SEARCHES AND PATDOWNS | | LSP | OFFENDER SEARCHES |
| SEC | 041 | 04951 | LSP | 06/04/19 | P | 000.25 | 104.00 | | SEARCHES AND PATDOWNS | | LSP | |
| SEC | 186 | 03255 | LSP | 06/03/19 | P | 000.25 | 103.75 | | SOCIAL NETWORKING | | LSP | |
| SEC | 186 | 03188 | LSP | 05/30/19 | P | 000.50 | 103.50 | | SOCIAL NETWORKING | | LSP | |

```
DATE: 07/20/2020                                    DPS&C CORRECTIONS SERVICES                         KTTRANS
TIME: 14:45:14                                 CAPPED TRAINING - EMPLOYEE TRANSCRIPT                   PAGE 007 OF 012
                                                DATE RANGE: 01/01/18 THRU 07/20/20


        EMPLOYEE: 118566   VOORHIES  JR, DAVID              R/S: BM


CRS CRS  CLASS  CLSS  FINISH   E CLASS  HRS YRL                                                PRO
TYP NUM  NUMBR  LOCN   DATE    S HOURS  ACM TOT      COURSE  NAME        PRIMARY  INSTRUCTOR   VID       COMMENTS
=== ===  =====  ====  ======== = ====== =======  ==========================  ====================  === ================================
ADM 064  01509  TAC   05/29/19 P 000.50  103.00  RETURN TO WORK                                    LSP RETURN TO WORK INSERVICE TRAINI
HLS 080  00127  TAC   05/28/19 P 008.00  102.50  MENTAL HEALTH FIRST AID 8                         LSP MHFA INSERVICE TRAINING
SEC 186  03133  LSP   05/26/19 P 000.25   94.50  SOCIAL NETWORKING                                 LSP
SEC 186  03131  LSP   05/24/19 P 000.25   94.25  SOCIAL NETWORKING                                 LSP
SEC 186  03130  LSP   05/21/19 P 000.25   94.00  SOCIAL NETWORKING                                 LSP
SEC 186  03062  LSP   05/20/19 P 000.25   93.75  SOCIAL NETWORKING                                 LSP
ADM 116  27161  LSP   05/16/19 P 002.00   93.50  STAFF MEETING                                     LSP 2018 EMPLOYEE AWARDS
ADM 194  27672  LSP   05/15/19 P 000.25   91.50  INSTITUTIONAL POLICIES &                          LSP PROHIBITED POLITICAL ACTIVITY
ADM 194  27523  LSP   05/12/19 P 000.25   91.25  INSTITUTIONAL POLICIES &                          LSP PROHIBITED POLITICAL ACTIVITY
ADM 194  27522  LSP   05/11/19 P 000.25   91.00  INSTITUTIONAL POLICIES &                          LSP PROHIBITED POLITICAL ACTIVITY
ADM 194  27521  LSP   05/10/19 P 000.25   90.75  INSTITUTIONAL POLICIES &                          LSP PROHIBITED POLITICAL ACTIVITY
ADM 194  27465  LSP   05/07/19 P 000.25   90.50  INSTITUTIONAL POLICIES &                          LSP PROHIBITED POLITICAL ACTIVITY
ADM 194  27456  LSP   05/06/19 P 000.25   90.25  INSTITUTIONAL POLICIES &                          LSP EMPLOYEE PROHIBITED POLITICAL A
STY 016  09705  LSP   05/02/19 P 000.25   90.00  SAFETY PROCEDURES                                 LSP
STY 016  09621  LSP   05/01/19 P 000.25   89.75  SAFETY PROCEDURES                                 LSP
SEC 008  02653  LSP   04/30/19 P 001.00   89.50  CHEMICAL WEAPONS USE OF                           LSP TRAINING THE TRAINER
STY 016  09541  LSP   04/28/19 P 000.25   88.50  SAFETY PROCEDURES                                 LSP
STY 016  09540  LSP   04/27/19 P 000.25   88.25  SAFETY PROCEDURES                                 LSP
SEC 214  00035  TAC   04/27/19 P 016.00   88.00  2019 CORRESPONDENCE-INDEP                         LSP EIR INSERVICE TRAINING
STY 016  09539  LSP   04/26/19 P 000.25   72.00  SAFETY PROCEDURES                                 LSP
SEC 213  00074  TAC   04/25/19 P 008.00   71.75  2019 CLASSROOM INSTRUCTIO                         LSP CLASSROOM INSTRUCTION INSERVICE
STY 016  09467  LSP   04/23/19 P 000.25   63.75  SAFETY PROCEDURES                                 LSP
SEC 017  06542  LSP   04/22/19 P 000.25   63.50  RESTRAINTS   USE OF                               LSP
SEC 017  06457  LSP   04/18/19 P 000.25   63.25  RESTRAINTS   USE OF                               LSP
SEC 017  06456  LSP   04/17/19 P 000.25   63.00  RESTRAINTS   USE OF                               LSP
SEC 017  06321  LSP   04/14/19 P 000.25   62.75  RESTRAINTS   USE OF                               LSP UTILIZATION OF RESTRAINTS FOR M
SEC 017  06320  LSP   04/13/19 P 000.25   62.50  RESTRAINTS   USE OF                               LSP UTILIZATION OF RESTRAINTS FOR M
SEC 017  06318  LSP   04/12/19 P 000.25   62.25  RESTRAINTS   USE OF                               LSP UTILIZATION OF RESTRAINTS FOR M
SEC 057  11090  LSP   04/09/19 P 000.25   62.00  OFFENDER POSTED POLICIES                          LSP DISPOSAL OF OFFENDER PERSONAL P
SEC 057  11066  LSP   04/08/19 P 000.25   61.75  OFFENDER POSTED POLICIES                          LSP DISPOSAL OF OFFENDER PERSONAL P
```

```
DATE: 07/20/2020                              DPS&C CORRECTIONS SERVICES                     KTTRANS
TIME: 14:45:14                          CAPPED TRAINING - EMPLOYEE TRANSCRIPT                PAGE 008 OF 012
                                          DATE RANGE: 01/01/18 THRU 07/20/20

        EMPLOYEE: 118566    VOORHIES  JR, DAVID              R/S: BM
```

| CRS TYP | CRS NUM | CLASS NUMBR | CLSS LOCN | FINISH DATE | E S | CLASS HOURS | HRS ACM | YRL TOT | COURSE NAME | PRIMARY INSTRUCTOR | PRO VID | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STY | 006 | 22356 | LSP | 04/04/19 | P | 000.25 | | 61.50 | SAFETY TRAINING TOPICS | | LSP | BACK SAFETY |
| SEC | 057 | 11065 | LSP | 04/04/19 | P | 000.25 | | 61.25 | OFFENDER POSTED POLICIES | | LSP | DISPOSAL OF OFFENDER PERSONAL P |
| SEC | 057 | 11064 | LSP | 04/03/19 | P | 000.25 | | 61.00 | OFFENDER POSTED POLICIES | | LSP | DISPOSAL OF OFFENDER PERSONAL P |
| SEC | 057 | 10958 | LSP | 03/31/19 | P | 000.25 | | 60.75 | OFFENDER POSTED POLICIES | | LSP | DISPOSAL OF OFFENDER PERSONAL P |
| SEC | 057 | 10957 | LSP | 03/30/19 | P | 000.25 | | 60.50 | OFFENDER POSTED POLICIES | | LSP | DISPOSAL OF OFFENDER PERSONAL P |
| SEC | 057 | 11020 | LSP | 03/29/19 | P | 000.25 | | 60.25 | OFFENDER POSTED POLICIES | | LSP | DISPOSAL OF OFFENDER PERSONAL P |
| SEC | 021 | 02997 | LSP | 03/28/19 | P | 010.00 | | 60.00 | TACT TEAM TRAINING | | LSP | CERTIFICATION OF TRAINING PPCT |
| SEC | 021 | 02996 | LSP | 03/27/19 | P | 010.00 | | 50.00 | TACT TEAM TRAINING | | LSP | CERTIFICATION OF TRAINING PPCT |
| STY | 006 | 22278 | LSP | 03/25/19 | P | 000.25 | | 40.00 | SAFETY TRAINING TOPICS | | LSP | HEAT STRESS |
| SEC | 057 | 10913 | LSP | 03/25/19 | P | 000.25 | | 39.75 | OFFENDER POSTED POLICIES | | LSP | DISPOSAL OF OFFENDER PERSONAL P |
| ADM | 064 | 01344 | LSP | 03/20/19 | P | 000.25 | | 39.50 | RETURN TO WORK | | LSP | |
| SEC | 021 | 02991 | LSP | 03/19/19 | P | 010.00 | | 39.25 | TACT TEAM TRAINING | | LSP | CERTIFICATION TRAINING PPCT |
| SEC | 021 | 02990 | LSP | 03/18/19 | P | 010.00 | | 29.25 | TACT TEAM TRAINING | | LSP | CERTIFICATION OF TRAINING PPCT |
| ADM | 064 | 01476 | LSP | 03/17/19 | P | 000.25 | | 19.25 | RETURN TO WORK | | LSP | |
| ADM | 064 | 01343 | LSP | 03/16/19 | P | 000.25 | | 19.00 | RETURN TO WORK | | LSP | |
| ADM | 064 | 01475 | LSP | 03/15/19 | P | 000.25 | | 18.75 | RETURN TO WORK | | LSP | |
| FRM | 008 | 08855 | LSP | 03/13/19 | P | 004.00 | | 18.50 | FIREARMS CERTIFICATION ON | | LSP | |
| ADM | 064 | 01194 | LSP | 03/12/19 | P | 000.25 | | 14.50 | RETURN TO WORK | | LSP | |
| ADM | 064 | 01193 | LSP | 03/11/19 | P | 000.25 | | 14.25 | RETURN TO WORK | | LSP | |
| SEC | 019 | 38666 | LSP | 03/07/19 | P | 000.25 | | 14.00 | PROCESS AND PROCEDURE FOR | | LSP | LEO DO'S & DON'TS |
| SEC | 019 | 38665 | LSP | 03/06/19 | P | 000.25 | | 13.75 | PROCESS AND PROCEDURE FOR | | LSP | LEO DO'S & DON'TS |
| IMT | 014 | 09853 | LSP | 02/21/19 | P | 000.25 | | 13.50 | SEXUAL HARASSMENT | | LSP | |
| IMT | 014 | 09852 | LSP | 02/20/19 | P | 000.25 | | 13.25 | SEXUAL HARASSMENT | | LSP | |
| IMT | 014 | 09697 | LSP | 02/17/19 | P | 000.25 | | 13.00 | SEXUAL HARASSMENT | | LSP | |
| IMT | 014 | 09699 | LSP | 02/16/19 | P | 000.25 | | 12.75 | SEXUAL HARASSMENT | | LSP | |
| IMT | 014 | 09698 | LSP | 02/15/19 | P | 000.25 | | 12.50 | SEXUAL HARASSMENT | | LSP | |
| SEC | 075 | 09475 | TAC | 02/14/19 | P | 001.00 | | 12.25 | USE OF FORCE | | LSP | UOF/DT/COLOR OF LAW INSERVICE T |
| SEC | 010 | 04207 | TAC | 02/14/19 | P | 003.00 | | 11.25 | DEFENSIVE TACTICS USE OF | | LSP | UOF/DEFENSIVE TACTICS INSERVICE |
| CPR | 016 | 00844 | TAC | 02/14/19 | P | 004.00 | | 8.25 | AHA HEARTSAVER RECERT OR | | LSP | CPR/FIRST AID INSERVICE TRAININ |
| IMT | 014 | 09701 | LSP | 02/12/19 | P | 000.25 | | 4.25 | SEXUAL HARASSMENT | | LSP | |

```
DATE: 07/20/2020                              DPS&C CORRECTIONS SERVICES                    KTTRANS
TIME: 14:45:14                          CAPPED TRAINING - EMPLOYEE TRANSCRIPT               PAGE 009 OF 012
                                          DATE RANGE: 01/01/18 THRU 07/20/20


    EMPLOYEE: 118566   VOORHIES  JR, DAVID              R/S: BM
```

| CRS TYP | CRS NUM | CLASS NUMBR | CLSS LOCN | FINISH DATE | E S | CLASS HOURS | HRS ACM | YRL TOT | COURSE NAME | PRIMARY INSTRUCTOR | PRO VID | COMMENTS |
|---------|---------|-------------|-----------|-------------|-----|-------------|---------|---------|-------------|--------------------|---------|----------|
| IMT | 014 | 09700 | LSP | 02/11/19 | P | 000.25 | | 4.00 | SEXUAL HARASSMENT | | LSP | |
| ADM | 162 | 00284 | LSP | 02/07/19 | P | 000.25 | | 3.75 | CROSS GENDER SENSITIVITY | | LSP | |
| ADM | 162 | 00283 | LSP | 02/06/19 | P | 000.25 | | 3.50 | CROSS GENDER SENSITIVITY | | LSP | |
| ADM | 162 | 00282 | LSP | 02/03/19 | P | 000.25 | | 3.25 | CROSS GENDER SENSITIVITY | | LSP | |
| ADM | 162 | 00281 | LSP | 02/02/19 | P | 000.25 | | 3.00 | CROSS GENDER SENSITIVITY | | LSP | |
| ADM | 162 | 00280 | LSP | 02/01/19 | P | 000.25 | | 2.75 | CROSS GENDER SENSITIVITY | | LSP | |
| ADM | 201 | 01668 | LSP | 01/29/19 | P | 000.25 | | 2.50 | MISSION STATEMENT | | LSP | |
| ADM | 201 | 01667 | LSP | 01/28/19 | P | 000.25 | | 2.25 | MISSION STATEMENT | | LSP | |
| ADM | 201 | 01578 | LSP | 01/24/19 | P | 000.25 | | 2.00 | MISSION STATEMENT | | LSP | |
| ADM | 201 | 01576 | LSP | 01/20/19 | P | 000.25 | | 1.75 | MISSION STATEMENT | | LSP | |
| ADM | 201 | 01575 | LSP | 01/19/19 | P | 000.25 | | 1.50 | MISSION STATEMENT | | LSP | |
| ADM | 201 | 01574 | LSP | 01/16/19 | P | 000.25 | | 1.25 | MISSION STATEMENT | | LSP | |
| ADM | 201 | 01573 | LSP | 01/13/19 | P | 000.25 | | 1.00 | MISSION STATEMENT | | LSP | |
| ADM | 201 | 01572 | LSP | 01/12/19 | P | 000.25 | | 0.75 | MISSION STATEMENT | | LSP | |
| ADM | 116 | 26718 | LSP | 01/08/19 | P | 000.50 | | 0.50 | STAFF MEETING | | LSP | SUPERVISORS MEETING |
| SEC | 019 | 38480 | LSP | 12/15/18 | P | 000.25 | | 82.00 | PROCESS AND PROCEDURE FOR | | LSP | RC/MP SHIFT CHANGE |
| SEC | 019 | 38479 | LSP | 12/14/18 | P | 000.25 | | 81.75 | PROCESS AND PROCEDURE FOR | | LSP | RC/MP SHIFT CHANGE |
| SEC | 019 | 38454 | LSP | 12/11/18 | P | 000.50 | | 81.50 | PROCESS AND PROCEDURE FOR | | LSP | MAIN PRISON SHIFT CHANGE |
| SEC | 009 | 06622 | LSP | 12/06/18 | P | 000.25 | | 81.00 | CONTRABAND | | LSP | CONTRABAND POLICY |
| SEC | 105 | 07986 | LSP | 12/05/18 | P | 000.25 | | 80.75 | SECURITY PROCEDURES | | LSP | CONDUCTING THOROUGH SHAKEDOWNS |
| SEC | 019 | 38485 | LSP | 12/05/18 | P | 000.50 | | 80.50 | PROCESS AND PROCEDURE FOR | | LSP | HEALTHY LA. CHALLENGE |
| SEC | 147 | 03214 | LSP | 11/22/18 | P | 000.25 | | 80.00 | COUNT PROCEDURES | | LSP | |
| SEC | 147 | 03215 | LSP | 11/21/18 | P | 000.25 | | 79.75 | COUNT PROCEDURES | | LSP | |
| SEC | 147 | 03216 | LSP | 11/18/18 | P | 000.25 | | 79.50 | COUNT PROCEDURES | | LSP | |
| SEC | 017 | 06181 | LSP | 11/16/18 | P | 000.25 | | 79.25 | RESTRAINTS  USE OF | | LSP | |
| SEC | 017 | 06183 | LSP | 11/13/18 | P | 000.25 | | 79.00 | RESTRAINTS  USE OF | | LSP | |
| SEC | 017 | 06182 | LSP | 11/12/18 | P | 000.25 | | 78.75 | RESTRAINTS  USE OF | | LSP | |
| SEC | 017 | 06173 | LSP | 11/08/18 | P | 000.25 | | 78.50 | RESTRAINTS  USE OF | | LSP | |
| SEC | 017 | 06172 | LSP | 11/07/18 | P | 000.25 | | 78.25 | RESTRAINTS  USE OF | | LSP | |
| SEC | 017 | 06171 | LSP | 11/04/18 | P | 000.25 | | 78.00 | RESTRAINTS  USE OF | | LSP | |

```
DATE: 07/20/2020                              DPS&C CORRECTIONS SERVICES                    KTTRANS
TIME: 14:45:14                          CAPPED TRAINING - EMPLOYEE TRANSCRIPT               PAGE 010 OF 012
                                         DATE RANGE: 01/01/18 THRU 07/20/20


     EMPLOYEE: 118566   VOORHIES  JR, DAVID              R/S: BM


CRS CRS  CLASS  CLSS  FINISH   E CLASS  HRS YRL                                            PRO
TYP NUM  NUMBR  LOCN   DATE    S HOURS  ACM TOT     COURSE  NAME      PRIMARY  INSTRUCTOR  VID     COMMENTS
=== ===  =====  ====  ======== = ====== ======= ==========================  ====================== === ================================
SEC 017  06170  LSP   11/03/18 P 000.25  77.75 RESTRAINTS   USE OF                                 LSP
SEC 019  38309  LSP   11/02/18 P 000.25  77.50 PROCESS AND PROCEDURE FOR                           LSP STAFF SATISFACTION SURVEY
SEC 017  06169  LSP   11/02/18 P 000.25  77.25 RESTRAINTS   USE OF                                 LSP
SEC 017  06168  LSP   10/30/18 P 000.25  77.00 RESTRAINTS   USE OF                                 LSP
SEC 147  03206  LSP   10/29/18 P 000.25  76.75 COUNT PROCEDURES                                    LSP
SEC 147  03212  LSP   10/25/18 P 000.25  76.50 COUNT PROCEDURES                                    LSP
ADM 116  26472  LSP   10/25/18 P 001.00  76.25 STAFF MEETING                                       LSP STFMTG/SUPERVISOR
SEC 147  03207  LSP   10/24/18 P 000.25  75.25 COUNT PROCEDURES                                    LSP
SEC 147  03175  LSP   10/21/18 P 000.25  75.00 COUNT PROCEDURES                                    LSP
SEC 147  03176  LSP   10/20/18 P 000.25  74.75 COUNT PROCEDURES                                    LSP
SEC 147  03197  LSP   10/19/18 P 000.25  74.50 COUNT PROCEDURES                                    LSP
SEC 147  03167  LSP   10/10/18 P 000.25  74.25 COUNT PROCEDURES                                    LSP
SEC 103  03470  LSP   10/07/18 P 000.25  74.00 OFFENDER RIGHTS & RESPONS                           LSP
STY 006  21959  LSP   10/06/18 P 000.25  73.75 SAFETY TRAINING TOPICS                              LSP SFTYMTG/UNSAFE ACTS
SEC 075  09369  TAC   09/25/18 P 001.00  73.50 USE OF FORCE                                        LSP COLOR OF LAW INSERVICE TRAINING
SEC 010  04162  TAC   09/25/18 P 003.00  72.50 DEFENSIVE TACTICS USE OF                            LSP DEFENSIVE TACTICS INSERVICE TRA
CPR 016  00819  TAC   09/25/18 P 004.00  69.50 AHA HEARTSAVER RECERT OR                            LSP CPR / FIRST AID INSERVICE TRAIN
SEC 045  06615  LSP   09/12/18 P 001.25  65.50 OFFENDER RULES AND REGULA                           LSP DB CHAIRMAN TRAINING
ADM 116  26129  LSP   09/12/18 P 001.25  64.25 STAFF MEETING                                       LSP TIMEKEEPING RECORDS TRAINING
ADM 108  10120  LSP   09/09/18 P 000.50  63.00 DRUG FREE WORK PLACE                                LSP
ADM 108  10129  LSP   09/07/18 P 000.25  62.50 DRUG FREE WORK PLACE                                LSP
ADM 116  25975  LSP   08/02/18 P 001.00  62.25 STAFF MEETING                                       LSP STFMTG/SUPERVISOR MEETING
ADM 146  04765  LSP   07/29/18 P 000.25  61.25 DRESS CODE                                          LSP
ADM 146  04764  LSP   07/23/18 P 000.25  61.00 DRESS CODE                                          LSP
SEC 021  02888  LSP   07/12/18 P 002.50  60.75 TACT TEAM TRAINING                                  LSP CELL ENTRY TRAINING
ADM 057  00379  LSP   07/05/18 P 000.25  58.25 RECORDS                                             LSP
ADM 057  00377  LSP   07/04/18 P 000.25  58.00 RECORDS                                             LSP
ADM 057  00370  LSP   06/26/18 P 000.25  57.75 RECORDS                                             LSP
ADM 057  00367  LSP   06/25/18 P 000.25  57.50 RECORDS                                             LSP
ADM 116  25849  LSP   05/30/18 P 001.00  57.25 STAFF MEETING                                       LSP SUPERVISOR'S MEETING
```

```
DATE: 07/20/2020                              DPS&C CORRECTIONS SERVICES                    KTTRANS
TIME: 14:45:14                          CAPPED TRAINING - EMPLOYEE TRANSCRIPT               PAGE 011 OF 012
                                            DATE RANGE: 01/01/18 THRU 07/20/20


    EMPLOYEE: 118566   VOORHIES  JR, DAVID              R/S: BM


CRS CRS  CLASS  CLSS  FINISH   E CLASS  HRS YRL                                                PRO
TYP NUM  NUMBR  LOCN   DATE    S HOURS  ACM TOT      COURSE  NAME        PRIMARY  INSTRUCTOR   VID      COMMENTS
=== ===  =====  ====  ======== = ====== =======  ======================  ====================  ===  ================================
ADM 013  04849  LSP   05/29/18 P 000.25   56.25 DEPART RULES-POLICIES-REG                      LSP RC/NO TOLERANCE FOR NONPROFESSI
ADM 013  04821  LSP   05/24/18 P 000.25   56.00 DEPART RULES-POLICIES-REG                      LSP ROLLCALL/NO TOLERANCE FOR NONPR
ADM 013  04820  LSP   05/23/18 P 000.25   55.75 DEPART RULES-POLICIES-REG                      LSP ROLLCALL/NO TOLERANCE FOR NONPR
SEC 075  09122  LSP   05/20/18 P 000.25   55.50 USE OF FORCE                                   LSP USE OF FORCE
SEC 075  09123  LSP   05/19/18 P 000.25   55.25 USE OF FORCE                                   LSP USE OF FORCE
SEC 075  09124  LSP   05/18/18 P 000.25   55.00 USE OF FORCE                                   LSP USE OF FORCE
SEC 075  09121  LSP   05/15/18 P 000.25   54.75 USE OF FORCE                                   LSP USE OF FORCE
SEC 075  09120  LSP   05/14/18 P 000.25   54.50 USE OF FORCE                                   LSP USE OF FORCE
SEC 075  09112  LSP   05/10/18 P 000.25   54.25 USE OF FORCE                                   LSP USE OF FORCE
SEC 075  09111  LSP   05/09/18 P 000.25   54.00 USE OF FORCE                                   LSP USE OF FORCE
SEC 075  09110  LSP   05/06/18 P 000.25   53.75 USE OF FORCE                                   LSP USE OF FORCE
SEC 075  09151  LSP   05/05/18 P 000.25   53.50 USE OF FORCE                                   LSP
SEC 075  09109  LSP   05/04/18 P 000.25   53.25 USE OF FORCE                                   LSP USE OF FORCE
SEC 021  02848  LSP   05/02/18 P 002.00   53.00 TACT TEAM TRAINING                             LSP TACT TEAM (E SQUAD TRAINING)
HLS 069  04873  LSP   05/01/18 P 000.25   51.00 BLOODBORNE PATHOGENS                           LSP INFECTION CONTROL/BLOODBORNE PA
ADM 116  25660  LSP   05/01/18 P 001.00   50.75 STAFF MEETING                                  LSP SUPERVISOR MEETING
HLS 069  04762  LSP   04/24/18 P 000.25   49.75 BLOODBORNE PATHOGENS                           LSP ROLLCALL/INFECTION CONTROL/BLOO
ADM 127  09461  LSP   04/19/18 P 000.50   49.50 VIOLENCE FREE WORKPLACE                        LSP ROLLCALL/VIOLENCE FREE WORKPLAC
ADM 127  09385  LSP   04/14/18 P 000.25   49.00 VIOLENCE FREE WORKPLACE                        LSP ROLLCALL/VIOLENCE FREE WORKPLAC
SEC 105  07519  LSP   04/13/18 P 000.25   48.75 SECURITY PROCEDURES                            LSP ROLLCALL/OFFENDER CONTROL TECHN
SEC 105  07505  LSP   04/10/18 P 000.25   48.50 SECURITY PROCEDURES                            LSP ROLLCALL/OFFENDER CONTROL TECHN
SEC 105  07479  LSP   04/05/18 P 000.25   48.25 SECURITY PROCEDURES                            LSP ROLLCALL/OFFENDER CONTROL TECHN
SEC 105  07450  LSP   04/04/18 P 000.25   48.00 SECURITY PROCEDURES                            LSP ROLLCALL/OFFENDER CONTROL TECHN
SEC 105  07437  LSP   04/01/18 P 000.25   47.75 SECURITY PROCEDURES                            LSP ROLLCALL/OFFENDER CONTROL TECHN
SEC 105  07436  LSP   03/31/18 P 000.25   47.50 SECURITY PROCEDURES                            LSP ROLLCALL/OFFENDER CONTROL TECHN
ADM 146  04611  LSP   03/30/18 P 000.25   47.25 DRESS CODE                                     LSP ROLLCALL/DRESS CODE
SEC 105  07400  LSP   03/27/18 P 000.50   47.00 SECURITY PROCEDURES                            LSP ROLLCALL/OFFENDER CONTROL TECHN
SEC 021  02828  LSP   03/22/18 P 009.00   46.50 TACT TEAM TRAINING                             LSP STATEWIDE TACT TEAM TRAINING
ACA 017  03530  LSP   03/18/18 P 000.25   37.50 DEESCALATION TECHNIQUES                        LSP ROLLCALL/DEESCALATIONSKILLS-TU/
ACA 017  03531  LSP   03/17/18 P 000.25   37.25 DEESCALATION TECHNIQUES                        LSP ROLLCALL/DEESCALATIONSKILLS-TU/
```

```
DATE: 07/20/2020                              DPS&C CORRECTIONS SERVICES                        KTTRANS
TIME: 14:45:14                           CAPPED TRAINING - EMPLOYEE TRANSCRIPT                  PAGE 012 OF 012
                                           DATE RANGE: 01/01/18 THRU 07/20/20

     EMPLOYEE: 118566    VOORHIES  JR, DAVID              R/S: BM


CRS CRS  CLASS  CLSS   FINISH   E CLASS   HRS YRL                                                  PRO
TYP NUM  NUMBR  LOCN    DATE    S HOURS   ACM TOT       COURSE   NAME        PRIMARY  INSTRUCTOR   VID       COMMENTS
=== ===  =====  ====  ======== = ======  =======  ==========================  ======================  ===  ===============================
SEC 078  04251  LSP   03/02/18 P 000.25   37.00 OFFENDER SUPERVISION                                  LSP ROLLCALL/OFFENDER SUPERVISION
IMT 014  08948  WEB   02/28/18 P 001.00   36.75 SEXUAL HARASSMENT                                     RSK 2018 CPTP PREVENTING SEXUAL HAR
HLS 069  04657  WEB   02/28/18 P 001.00   35.75 BLOODBORNE PATHOGENS                                  RSK 2018 ORM BLOODBORNE PATHOGENS
DLC 001  07017  WEB   02/28/18 P 001.00   34.75 DEFENSIVE DRIVING                                     RSK 2018 ORM DEFENSIVE DRIVING
SEC 045  06424  LSP   02/27/18 P 000.25   33.75 OFFENDER RULES AND REGULA                             LSP ROLLCALL/DISCIPLINARY RULES & P
SEC 045  06425  LSP   02/26/18 P 000.25   33.50 OFFENDER RULES AND REGULA                             LSP ROLLCALL/DISCIPLINARY RULES & P
SEC 045  06408  LSP   02/22/18 P 000.50   33.25 OFFENDER RULES AND REGULA                             LSP ROLLCALL/DISCIPLINARY RULES & P
SEC 021  02819  LSP   02/22/18 P 004.00   32.75 TACT TEAM TRAINING                                    LSP TACTICAL OPERATIONS TEAM DYNAMI
SEC 045  06315  LSP   02/18/18 P 000.25   28.75 OFFENDER RULES AND REGULA                             LSP ROLLCALL/DISCIPLINARY RULES & P
SEC 045  06314  LSP   02/16/18 P 000.25   28.50 OFFENDER RULES AND REGULA                             LSP ROLLCALL/DISCIPLINARY RULES & P
SEC 045  06313  LSP   02/16/18 P 000.25   28.25 OFFENDER RULES AND REGULA                             LSP ROLLCALL/DISCIPLINARY RULES & P
SEC 021  02815  LSP   02/15/18 P 003.00   28.00 TACT TEAM TRAINING                                    LSP OTHER/TACTTEAMTRAINING-ALLSHFTS
MIS 119  00008  LSP   02/08/18 P 016.00   25.00 2018 CORRESPONDENCE INDEP                             LSP 2018INDEPENDENTREADINGINSERVICE
SEC 209  00011  TAC   02/06/18 P 008.00    9.00 2018 CLASSROOM INSTRUCTIO                             LSP CLASSROOM INSTRUCTION INSERVICE
ADM 045  07435  LSP   02/04/18 P 000.50    1.00 POLICY REVIEW                                         LSP ROLLCALL/SMOKING POLICY
SEC 078  04186  LSP   01/30/18 P 000.25    0.50 OFFENDER SUPERVISION                                  LSP ROLLCALL/OFFENDERCOUNTS&MOVEMEN
SEC 078  04185  LSP   01/25/18 P 000.25    0.25 OFFENDER SUPERVISION                                  LSP ROLLCALL/OFFENDERCOUNTS&MOVEME
```