UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**GLYNN HAWKINS (#606437)**　　　　　　　　　　　**CIVIL ACTION**

**VERSUS**

　　　　　　　　　　　　　　　　　　　　　　　　　　NO.   19-808-JWD-RLB

**LUKE RHEAMS, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.26) dated March 17, 2021, to which an objection was filed (Doc. 27),

**IT IS ORDERED** that the Court declines to exercise supplemental jurisdiction in connection with any potential state law claims and denies the plaintiff's Motion to Amend (Doc. 23).

**IT IS FURTHER ORDERED** that the defendants' Motion for Summary Judgment (Doc. 17), shall be granted and the plaintiff's claims shall be dismissed, with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>April 5, 2021</u>.

　　　　　　　　　　　　　　　　　　　　　　　　　　**JUDGE JOHN W. deGRAVELLES**
　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**
　　　　　　　　　　　　　　　　　　　　　　　　　　**MIDDLE DISTRICT OF LOUISIANA**