# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**GLYNN HAWKINS (#606437)**

**VERSUS**

**LUKE RHEAMS, ET AL.**

**CIVIL ACTION**

NO.   19-808-JWD-RLB

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered.   The Court declines to exercise supplemental jurisdiction in connection with any potential state law claims, denies the plaintiff's Motion to Amend (R. Doc. 23), and grants the defendants' Motion for Summary Judgment (R. Doc. 17), dismissing plaintiff's claims, with prejudice.

Signed in Baton Rouge, Louisiana, on April 5, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**